Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
(*pro hac vice* application pending)
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and <br><br> ELCO Lighting Inc., a California corporation, <br><br> Defendants. | Civil Action No. 2:18-cv-07090-CAS-GJS <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AGAINST PATENT INFRINGEMENT** <br><br> Date: December 17, 2018 <br> Time: 10:00 a.m. <br> Hon. Christina A. Snyder <br> Courtroom: 8D, 350 West First Street |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2018, at 10:00 a.m. in Courtroom 8D of the United States District Court for the Central District of California, located at 350 West First Street in Los Angeles, California, Plaintiff DMF Inc. ("DMF") will and hereby does move the Court for an order granting a preliminary injunction:

(1) prohibiting Defendants AMP Plus, Inc. dba ELCO Lighting and ELCO Lighting Inc. (collectively "ELCO") and all those acting in concert with ELCO from making, selling, offering to sell, selling, importing into the United States or supplying from the United States ELCO's ELL LED Modules Model Nos. 08xx or 11xx (including ELL0827, ELL0830, ELL0835, ELL0840, ELL08SD, ELL1127, ELL1130, ELL1135, ELL1140 and ELL11SD) referred herein as "the ELCO LED Modules", ELCO's interim design for the ELCO LED Modules, which add a conical metal piece to the back part of these modules ("the Interim ELCO LED Modules"), or any product that is no more than colorably different from the ELCO LED Modules or Interim ELCO LED Modules;

(2) ordering that ELCO and all those acting in concert with ELCO are prohibited from inducing anyone to perform the prohibited actions identified in the foregoing paragraph;

(3) ordering that ELCO recall all ELCO LED Modules and Interim ELCO LED Modules that have entered the United States on or after the date of the filing of the Complaint in this case to the extent that such devices have not been installed in a building by the date of this Order; and

(4) ordering that ELCO shall, within ten days from the date of issuance of this Preliminary Injunction, provide notice and a copy of this Preliminary Injunction to all subsidiaries, affiliates, officers, directors, employees,

principals, agents, customers, sales representatives, distributors, online retailers, online discounters, manufacturers, and attorneys that may have any involvement in designing, developing, making, having made, using, marketing, selling, servicing, or promoting LED modules, trims designed to twist and lock onto modules, or housings designed to house LED modules, as well as any other person or entity acting in active concert or participation with ELCO with respect to any of the activities enjoined here.

This Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, any Reply filed in support of this Motion, the declarations of James Benya, Chip Israel, Peter Maciel, Michael Danesh, Benjamin Chen, and Ben Davidson filed concurrently herewith, the Notice of Lodging of Exhibits filed concurrently herewith, the proposed order granting preliminary injunction filed concurrently herewith, and upon such other evidence and oral argument as may be received by the Court.

Respectfully submitted,

Dated: November 14, 2018    By: /s/ Ben M. Davidson
Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
(*pro hac vice* application pending)
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*