# EXHIBIT 1

EXHIBIT 1 - PAGE 33



# Curriculum Vitae

## JAMES ROBERT BENYA, PE, FIES, FIALD

Principal, the Benya Burnett Consultancy

*Winner of the 2008 Edison Award*

*"At the leading edge of light"* Metropolis, 1999

*"One of the top lighting designers in the US",* Departures by American Express, 1999

*"Top 25 Retail Lighting Designers in US",* Display and Design Ideas, 2002

*"Hot designer",* SNAP Magazine, 2011

*"Jim has been at the forefront from the start, specializing in integrated daylighting strategies and sustainable lighting approaches long before most designers knew what that was,"* Architectural Lighting, 2011

*Inaugural member of the Michigan Lighting Hall of Fame, 2013*

Jim Benya is a professional illuminating engineer, lighting designer, educator and consultant with 40 years of experience. He is a Registered Professional Electrical Engineer, Fellow of the Illuminating Engineering Society of North America (FIES), and Fellow of the International Association of Lighting Designers (IALD). A member of the legendary Smith Hinchman & Grylls Lighting Group, he established and led California's seminal lighting design firm Luminæ Souter Lighting Design as Principal and CEO before starting Benya Lighting Design in 1994 in Portland, Oregon. His design work has been published in every major lighting design and architectural journal, including Architecture, Architectural Record, Architectural Lighting, Progressive Architecture, LD&A, Lighting Dimensions, Interiors, Interior Design, Designers West, Northern California Home and Garden, Architectural Digest, and Building Design and Construction. He has won numerous lighting design awards, including the Edison Award, the Edison Award of Excellence (7 times), the Edison Award for Environmental Design (thrice), the International Illumination Design Award of Excellence, and the Source Awards First Place Award. He is the author of **Lighting Design Basics** (Wiley 2012) and **Lighting Retrofits and Relighting (**Wiley 2011) and his work is featured in nine books, including the Best of Lighting Design. In 2012 he returned to northern California to begin the Benya Burnett Consultancy with partner Deborah Burnett in Davis, California and to work extensively with the California Energy Commission and Southern California Edison.

## PROFESSIONAL DESIGN AND ENGINEERING HISTORY

| | |
|---|---|
| Principal, the Benya Burnett Consultancy | 2012-present |
| Principal, Benya Lighting Design, West Linn, OR | 1994-2013 |
| Principal, Pacific Lightworks, Portland, OR | 1996-1998 |
| Principal, Luminæ Souter Lighting Design, San Francisco | 1983-1994 |
| Associate and Chief Electrical Engineer, the Smith Group, Detroit | 1980-1983 |
| Electrical Engineer and Project Manager, the Smith Group, Detroit | 1973-1980 |

EXHIBIT 1 - PAGE 34

## EDUCATIONAL HISTORY

| | |
|---|---|
| BSE, University of Michigan, Electrical Engineering | 1973 |
| BS, University of Michigan. Computer Science | 1973 |
| Graduate work in Computer Science, University of Michigan | 1973 |
| Professional Development Work in Building Energy Systems, Iowa State | 1978 |
| Professional Development Work in Daylighting, Harvard Graduate School | 2009 |

## ACADEMIC TEACHING HISTORY

| | |
|---|---|
| Adjunct Professor of Architecture, Lawrence Technological University | 1974-1978 |
| Adjunct Professor of Architecture, Wayne State University | 1979 |
| Adjunct Professor of Design, University of Michigan | 1980-1983 |
| Adjunct Professor of Architecture, University of California at Berkeley | 1984-1985 |
| Adjunct Professor of Architecture, California College of Art | 1986-1995 |
| Artist in Residence, University of Nebraska School of Architecture | 1998 |
| Adjunct Professor of Interior Design, Marylhurst University | 2002 |
| Guest Lecturer, Oregon State University Interior Design Lighting Class | 1999-2010 |
| Special studio in Daylighting, Daylectric Lighting, Ball State University | 2007-2009 |
| Director of the Advanced Lighting Design Program, UC Davis | 2012-2013 |

## PROFESSIONAL DEVELOPMENT TEACHING/LECTURE HISTORY

### National and International Venues

| | |
|---|---|
| LightFair International (58 presentations) | 1990-2017 |
| Prof. Lighting Design Conference (Berlin, Madrid, Copenhagen, Rome, Paris) | 2009, 2011, 2013, 2015, and 2017 |
| Professional Lighting Design (Alingsås, Copenhagen, Wismar, Venice) | 2011 |
| Pan Pacific Lighting Conference, (San Francisco) | 1984, 1986, 1989 |
| Intl. Daylighting Conference (Bilbao, Rotterdam, Lausanne, Copenhagen, London) | 2007, 2009, 2011, 2013 and 2015 |
| IALD Annual Conference | 2000, 2002, 2010 |
| IES Annual Conference | 1985, 1988, 1990 2000, 2005, 2017 |
| International Dark Sky Association Annual Meeting | 2002, 2003, 2008 |
| AIA Annual Conference | 2001, 2005, 2007 |
| ASID Annual Conference | 1985, 1986, 1989 1990, 1994, 1998 |
| Green Build | 2002, 2003, 2007 2008, 2009 |
| Neocon Chicago | 1998, 2002, 2009 |
| Strategies in Light (LED and OLED conferences) | 2009, 2011, 2012, 2015, 2017 |
| LED Show | 2013, 2015 |
| LightShow West | 2013, 2014, 2015 |
| LED Specifier Summit | 2013, 2014 |
| US DOE LED/OLED Manufacturer Summit | 2014 |
| IES Airport Lighting Conference | 2014 |

EXHIBIT 1 - PAGE 35

**Local and Regional Venues**

| | |
|---|---|
| Flagstaff Regional Dark Sky Conference | 2014 |
| Designers Saturday, New York | 1992 |
| Lighting Academy, Southern California Edison (5 classes, multiple times) | 2007-2011 |
| AIA Professional Development Classes Presented 20 programs local level) | 2001-2011 |
| ASID Professional Development Classes presented (82 programs local level) | 1983-2009 |
| APEM Professional Development Classes presented (local level) | 1985-1995 |
| IES Regional and Sectional Meetings -75 programs | 1975-2011 |
| Professional Development Classes for Commercial Clients | 1983-2011 |

    Commercial presentation and program clients include Acuity Brands Lighting, Cooper Lighting, GE Lighting, Sylvania Lighting, Lutron Electronics, ELP Lighting, Efficiency Vermont, Southern California Edison, Pacific Gas & Electric, LA DWP, Southern California Gas Co, San Diego Gas & Electric, California Lighting Technology Center, Oklahoma Gas & Electric, Edison Electric Institute, American Lighting Association, Oregon Energy Trust. Pacific Power Company, BC Hydro, Connecticut Power and Light, Con Edison, Com Edison, Atlantic Electric, Georgia Power, Lucifer Lighting, NEEA, NEEP, CHPS, ASHRAE, Energy Center of Wisconsin, ACEEE, NRDC, Professional Lighting Design magazine, Architectural Lighting magazine, Architect magazine, AMC Trade Shows, the Atlanta Mart, the Merchandise Mart, LA Design Center, SF Mart, the Miami Merchandise Mart, Dallas Mart, Specs Retail Conference, the Electric Show, Electric West, EWEB, IIDA

| | |
|---|---|
| College Lectures | 1983-2011 |

    Programs include University of Oregon, Oregon State University, Mt. Hood Community College, University of Washington, University of California Davis, University of California Berkeley, Cal Poly Pomona, Cal Poly San Luis Obispo, University of California Santa Barbara, University of California San Diego, Cal State Chico, Cal State Sacramento, California Art Institute, La Canada College, UCLA, University of Nevada, Las Vegas, University of Texas, UT San Antonio, Venice School of Architecture, Hochschule Wismar, University of Montana, University of Idaho, Arizona State University, Oklahoma State University, University of Nebraska, Lawrence Technological Institute, University of Alabama, Memphis State University, Rhode Island School of Design, Louisiana Tech, University of Colorado, University of Virginia, University of Hawaii, Fashion Institute of Design, University of Vermont, University of Wisconsin, University of Minnesota, Parsons School of Design, University of Rochester, Chaminade College, Ball State University

Papers Presentations

    IES, IALD, ASHRAE, USGBC, ACEEE, AIA, various programs.

Internet Classes and Webinars

| | |
|---|---|
|     Federal Energy Management Program (FEMP) Lighting Class | 1997-2002 |
|     Bonneville Power ETC Program | 2013 |
|     Focus on Energy Webinars (Wisconsin) | 2013, 2014 |
| IES Light Up Philadelphia Conference | 2012 |
| NECA Annual Conference, Las Vegas | 2012 |
| IES Conference Australia New Zealand, Auckland | 2011 |
| IES Conference Australia New Zealand, Queenstown, Keynote Address | 2008 |
| International Daylighting Conference, Bilbao | 2007 |
| Trade Commission of Spain, Barcelona | 2005 |
| IES Annual Conference, Keynote Address | 1997 |

EXHIBIT 1 - PAGE 36

## MEMBERSHIPS

| | |
|---|---|
| Illuminating Engineering Society (IES) | 1975-2017 |
|     Fellow Emeritus | 2016 |
|     Board of Fellows | 2003-2007 |
| | 1994-1998 |
|     Airport Lighting Committee | 2014 |
|     ASHRAE AEDG Schools | 2005-2007 |
|     Technical review committee | 2007 |
|     Spectral effects committee | 1998-2002 |
|     ASHRAE/IES90.1 representative | 1992-1997 |
|     Elected Fellow | 1991 |
|     Energy Management committee | 1983-2008 |
|     Health Care Committee | 1979-1983 |
|     Chair, annual meeting program committee | 1985 |
|     Annual conference papers | 1975,1983,2010 |
|     Elected member | 1975 |
| International Association of Lighting Designers (IALD) | 1987-2017 |
|     Fellows Selection Committee | 2010-2012 |
|     Elected Fellow | 2005 |
|     Special presidential citation | 2003 |
|     LightFair Management Board | 2002-2004 |
|     NCQLP Board | 2002-2003 |
|     Member of Board, Director of External Affairs | 2002-2003 |
|     Member of Board, Director of Education | 2001 |
|     LightFair Program Committee | 1998-2001 |
|     Elected Professional Member | 1987 |
| International Dark Sky Association (IDA) | 2001-2017 |
|     Chair, Model Lighting Ordinance Task Force | 2001-2017 |
|     Chair, Technical Committee | 2013-2015 |
|     Board of Directors | 2001-2015 |
|     Treasurer | 2008-2009 |
|     Technical Committee | 2001-2012 |
| American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) | |
|     Member, SPC 189.1 | 2009-2010 |
|     Member SPC 90.1 | 1992-1997 |
|     AEDG Schools | 2005-2007 |
|     High Efficiency Buildings Conference Paper presenter | 2010, 2012 |
| US Green Buildings Council (USGBC) | 2002-2012 |
| Institute of Electrical and Electronic Engineers         (IEEE) | 2005-2009 |
| National Council on Qualifications for the Lighting Professions (NCLQP) | |
|     Chairman, Examination Committee | 2000 |
|     Chairman, Test Committee | 1997-1999 |
|     Member, organizing committee | 1995-1996 |
|     Lighting Certified | 1998-2010 |
| General Electric Consumer Advisory Council         (GE CAC) | 2001-2012 |
| California Energy Commission  (CEC) | |
|     Advanced Lighting Professional Advisory Committee | 1987-1994 |
|     Advanced Lighting Advisory Committee | 1995-1998 |

EXHIBIT 1 - PAGE 37

## PUBLICATIONS

**Books (Author and Co-Author)**

| | |
|---|---|
| Lighting Design Basics Second Edition, Wiley | 2012 |
| Lighting Retrofits and Relighting, Wiley | 2011 |
| Lighting Design Basics Wiley | 2004 |
| Lighting Fundamentals, EPRI | 1997 |
| Lighting Retrofit Handbook, EPRI | 1997 |
| Daylighting Fundamentals, EPRI | 1998 |
| Lighting Controls: Patterns for Design, EPRI | 1996 |

**Contributing Editor and Author**

| | |
|---|---|
| Advanced Lighting Guidelines, California Energy Commission | 1990,1993 |
| Advanced Lighting Guidelines, New Buildings Institute | 2001,2003,2009 |
| Lighting Controls Patterns for Design, EPRI | 1997 |

**Author and Columnist**

| | |
|---|---|
| Architectural Lighting Magazine | 1988-1992 |
| Architectural Record Magazine | 1992-1997 |
| Architectural Lighting Magazine | 2001-2012 |
| Blog, Architectural Lighting | 2008-2009 |
| Lighting Design and Application | Centennial |

**Articles and papers**

| | |
|---|---|
| Architectural Lighting | 55 articles and columns |
| Architectural Record | 16 articles and columns |
| Progressive Architecture | 1 article (1983) |
| Building Operating Management | 3 articles |
| Better Bricks Website | 4 articles |
| EC&M (McGraw Hill) | 2 articles |
| Building Design and Construction | 2 articles |

**Published White Papers**

| | |
|---|---|
| Lighting Calculations Using LED, Cree Website | 2011 |
| GaN on GaN LED Technology, SORAA Wesbite | 2012 |

## REGISTRATIONS AND CERTIFICATIONS

| | |
|---|---|
| Professional Engineer, California 12078 | 1984-present |
| Professional Engineer, Michigan 24679 | 1977-1984 |
| Class A Energy Auditor, Iowa | 1978 |
| Certified Lighting Efficiency Professional (CLEP) | 1992-1995 |
| Lighting Certified (NCQLP) | 1998-2010 |

EXHIBIT 1 - PAGE 38

## LIGHTING DESIGN AND OTHER AWARDS

2013    Edison Award for Environmental Design, REDDING SCHOOL FOR THE ARTS
2011    Edison Award for Environmental Design, UNIVERSITY OF ARIZONA SIXTH STREET HOUSING
2008    The Edison Award, SACRAMENTO MEMORIAL AUDITORIUM
2008    Edison Award for Environmental Design, SACRAMENTO MEMORIAL AUDITORIUM
2002    Edison Award for Environmental Design, LEWIS AND CLARK LAW LIBRARY
1996    Award of Merit, IL FORNAIO PORTLAND
1992    Award of Merit, ESPRIT DE CORP
1989    Award of Excellence, RUSS BUILDING
1989    Award of Excellence, BANK OF THE WEST
1989    Award of Merit, BROWN AND BAIN
1984    The Edison Award, FRANCO FERINI
2008    Guth Award of Merit and Lumen Award, SIDWELL FRIENDS SCHOOL
2003    Guth Award of Merit, WEST LINN LIBRARY
2003    Guth Award of Merit, SYMANTEC SPRINGFIELD
2003    Guth Award of Merit, LEWIS AND CLARK LAW LIBRARY
2000    Guth Award of Merit, THE HOTEL PATTEE
2000    Guth Award of Merit, THE STREET OF DREAMS
1997    Guth Award of Merit, HARRAH'S MARDI GRAS CASINO
1996    Guth Award of Merit, CITY OF PHOENIX STREET LIGHTING
1995    Guth Award of Merit, PALACE CASINO
1994    Guth Award of Merit, CITY OF MEMPHIS TROLLEY AND MAIN STREET
1993    Guth Award of Merit, ESPRIT DE CORP
1993    Guth Award of Merit and EPRI Efficiency Award, BEECH RESIDENCE
1992    Guth Award of Merit, STANFORD CHILDREN'S HOSPITAL
1991    Guth Award of Merit, WOLF RESIDENCE/MARIN DESIGNERS SHOWCASE
1991    Guth Award of Merit, THE RESORT AT SQUAW CREEK
1991    Guth Award of Merit, THE MARIN CIVIC CENTER
1990    Guth Award of Merit, HILLSBOROUGH RESIDENCE
1989    Guth Award of Merit, EMBASSY SUITES KAANAPALI, MAUI
1988    Award of Excellence, ST. MARY'S CATHEDRAL
1987    Guth Award of Merit, PAN PACIFIC LIGHTING EXPOSITION
1987    Guth Award of Merit, FRANCO FERINI
1986    Guth Award of Merit, RESIDENCE IN MARIN
1984    Guth Award of Merit, COMPREHENSIVE HEALTH SERVICES OF DETROIT
1984    Guth Award of Merit, AYLA FOR MEN
1981    Guth Award of Merit, ATLANTA INTERNATIONAL AIRPORT
2012    Beyond Green Honor Award - First Place for a New Academic Complex, REDDING SCHOOL FOR THE ARTS
2012    Design Excellence Award, AIA Educational Facility Design Awards, REDDING SCHOOL FOR THE ARTS
2011    Beyond Green Advanced Building Citation, PORTLAND COMMUNITY COLLEGE
2011    Design Excellence Award, Community Facilities, HAVEN FOR HOPE
2009    AIA COTE Top Ten, THE CHARTWELL SCHOOL
2006    AIA COTE Top Ten, THE SIDWELL FRIENDS SCHOOL
2004    IALD Presidential Special Service Citation
2003    Better Bricks Professional Services First Runner Up

EXHIBIT 1 - PAGE 39

| | |
|---|---|
| 2003 | IALD International Lighting Design Awards Special Citation, SYMANTEC |
| 1998 | AIA Award, Architecture+Energy Program |
| 1995 | US Department of Transportation and Endowment for the Arts Design for Transportation Award of Merit |
| 1994 | IESNA Presidential Citation |
| 1990 | IESNA South Pacific Coast Vice-President's Award |
| 1990 | Halo/ASID First Place Commercial, BANK OF THE WEST |
| 1980 | Michigan Governor's Award |
| 1976 | Electrical Consultant Energy Efficiency Design Award |

## HIGH PERFORMANCE AND EFFICIENT BUILDINGS INCLUDING LEED

(3) Zero Net Energy Buildings (Fort Huachuca Colonel Smith Middle School, Redding School for the Arts, the Chartwell School)

(15) LEED Platinum Buildings

(1) WELL Platinum Building

(20) LEED Gold Buildings

(15) LEED Silver and Qualified Buildings

## PATENTS

8502480 (2013) for a complex lighting control system that choreographs the lighting of environments and apparel, with emphasis on LED's.

20080005044 (2008) for an electronic signaling system to reduce power demand in buildings.

## CONTACT INFORMATION

James R Benya
Design Services, Inc.
Dba BENYA BURNETT CONSULTANCY
501 Fillmore Court
Davis, CA  95616
Cell/SMS +1 (503) 519-9631
jbenya@benyaburnett.com
www.benyaburnett.com

EXHIBIT 1 - PAGE 40