Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA  22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and ELCO Lighting Inc., a California corporation, <br><br> Defendants. | Civil Action No. 2:18-cv-07090-CAS-GJS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF DMF INC.'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  December 17, 2018 <br> Time: 10:00 a.m. <br> Ctrm:  350 W. First Street, Room 8D <br><br> Hon. Christina A. Snyder |

The Court hereby GRANTS DMF Inc.'s Motion for Preliminary Injunction. The Court ORDERS that until further order of the Court, Defendants AMP Plus, Inc., ELCO Lighting Inc., (collectively "ELCO") and all those acting in concert with ELCO, are prohibited from making, selling, offering to sell, selling, importing into the United States or supplying from the United States ELCO's ELL LED Modules Model Nos. 08xx or 11xx (including ELL0827, ELL0830, ELL0835, ELL0840, ELL08SD, ELL1127, ELL1130, ELL1135, ELL1140 and ELL11SD) referred herein as "the ELCO LED Modules", ELCO's interim design for the ELCO LED Modules, which

add a conical metal piece to the back part of these modules ("the Interim ELCO LED Modules"), or any product that is no more than colorably different from the ELCO LED Modules or Interim ELCO LED Modules.

It is further ordered that ELCO and all those acting in concert with ELCO are prohibited from inducing anyone to perform the prohibited actions identified in the foregoing paragraph.

It is further ordered that ELCO shall recall all ELCO LED Modules and Interim ELCO LED Modules that have entered the United States on or after the date of the filing of the Complaint in this case to the extent that such devices have not been installed in a building by the date of this Order.

It is further ordered that ELCO shall, within ten days from the date of issuance of this Preliminary Injunction, provide notice and a copy of this Preliminary Injunction to all subsidiaries, affiliates, officers, directors, employees, principals, agents, customers, sales representatives, distributors, online retailers, online discounters, manufacturers, and attorneys that may have any involvement whatsoever in designing, developing, making, having made, using, marketing, selling, servicing, or promoting LED modules, trims designed to twist and lock onto modules, or housings designed to house LED modules, as well as any other person or entity acting in active concert or participation with ELCO with respect to any of the activities enjoined here.  ELCO shall provide counsel for DMF with an affidavit identifying the names, titles, addresses, and telephone numbers of the persons that ELCO has served with a copy of this Order in compliance with this provision.

IT IS SO ORDERED.

DATED: _____

HON. CHRISTINA A. SNYDER
United States District Court

Submitted by:
Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com

| | |
|---|---|
| 1 | DAVIDSON LAW GROUP, ALC |
| 2 | 4500 Park Granada Blvd, Suite 202<br>Calabasas, California  91302<br>Office: (818) 918-4622<br>Fax: (310) 473-2941 |
| 3 | |
| 4 | David W. Long<br>longdw@ergoniq.com |
| 5 | (pro hac vice application pending)<br>ERGONIQ LLC |
| 6 | 8200 Greensboro Dr. Suite 900<br>McLean, VA  22102<br>Office: (202) 847-6853 |
| 7 | Attorneys for Plaintiff DMF, Inc. |
| 8 | |
| 9 | |
| 10 | |
| ... | |
| 28 | |