# EXHIBIT 18

**EXH. 18 PAGE 186**

# TIMOTHY S. FISHER

CURRICULUM VITAE
NOVEMBER 2018

University of California Los Angeles
Mechanical & Aerospace Engineering Department                phone: (w) 310-206-8113
420 Westwood Plaza 48-121B Eng IV
Box 159710
Los Angeles, CA 90095-1597                                   email: tsfisher@ucla.edu

# GENERAL INFORMATION

## Education

**Cornell University,** Sibley School of Mechanical & Aerospace Engineering (Ithaca, NY)
Ph.D. in Mechanical Engineering                              Aug 1993 – Aug 1998
    Minor: Electrical Engineering
B.S. in Mechanical Engineering (with Distinction)            Aug 1987 – May 1991

## Appointments

**University of California Los Angeles**, H. Samueli School of Engineering & Applied Science
    Department Chair, Mechanical & Aerospace Engineering        Jul 2018 — present
    John P. & Claudia H. Schauerman Endowed Chair in Engineering  Apr 2018 — present
    Professor of Mechanical & Aerospace Engineering            Jul 2017 — present

**Zhejiang University** (Hangzhou, China)
    Guest Professor, College of Energy Engineering             Jul 2018 — present

**Purdue University**, College of Engineering (West Lafayette, IN)
    Adjunct Professor of Mechanical Engineering                Jul 2017 — present
    Adjunct Professor of Aeronautics & Astronautics            Jul 2017 — present
    James G. Dwyer Professor in Mechanical Engineering         May 2013 —Jun 2017
    Professor of Mechanical Engineering                        Aug 2007 – May 2013
    *and in the School of Aeronautics & Astronautics by courtesy*  Sep 2012 – Jun 2017
    Associate Professor of Mechanical Engineering              Aug 2002 – Aug 2007
    Visiting Assistant Professor of Mechanical Engineering     Jan 2002 – Aug 2002

**BlueVine Graphene Industries, Inc.** (West Lafayette, IN)         Mar 2013 – Nov 2014
    Founder and Chief Technical Officer

**Jawaharlal Nehru Centre for Advanced Scientific Research** (Bangalore, India)
    Adjunct Professor, International Centre for Materials Science  Sep 2008 – present
    Visiting Professor                                         Dec 2007 – May 2008

**Air Force Research Laboratory**, Materials and Manufacturing Directorate (WPAFB, OH)
    Research Scientist (IPA), Thermal Sciences & Materials Branch  Jan 2009 – Jul 2012

**Vanderbilt University**, Department of Mechanical Engineering (Nashville, TN)
    Assistant Professor                                        Sep 1998- May 2002

**Semiconductor Research Corporation Graduate Fellow** (Ithaca, NY)  Aug 1993 – Aug 1998
    Cornell University, Mechanical & Aerospace Engineering

**Motorola**, Design Engineer (Northbrook, IL)                      Jul 1991 – May 1993
    Automotive and Industrial Electronics Group

*T.S. Fisher, p. 2*

# Contents

Honors and Awards..........................................................................................................3

Research: Scholarly Contributions ...............................................................................4

Research: Sponsored Activities ...................................................................................46

Educational Activities ...................................................................................................54

Service ..........................................................................................................................64

**EXH. 18 PAGE 188**

# HONORS AND AWARDS

| | |
|---|---|
| ASME Heat Transfer Memorial Award | 2018 |
| Recipient of John P. & Claudia H. Schauerman Endowed Chair in Engineering, UCLA | 2018 |
| Classic Paper selection by Google Scholar in the Thermal Sciences field | 2017 |
|     Xu and Fisher, 2006 (DOI: 10.1016/j.ijheatmasstransfer.2005.09.039) | |
| Elected International Thermal Conductivity Conference Fellow | 2017 |
| Selected Top Ten "Best of Energy Technology" among papers published in 2014 | 2015 |
|     *Energy Technology* journal, Xiong et al., 2014 (DOI: 10.1002/ente.201402055) | |
| Ruth and Joel Spira Award, Purdue School of Mechanical Engineering | 2015 |
| Excellence in Distance Education Award, Purdue University | 2014 |
| Elected to the Purdue Innovator Hall of Fame | 2014 |
| Selected as a Honeywell Aerospace Advanced Technology Lecturer | 2013 |
| Selected as an ADVANCE Diversity Catalyst, Purdue College of Engineering | 2013 |
| Recipient of the endowed James G. Dwyer Professorship in Mechanical Engineering | 2013 |
| Mentoring Award, Purdue College of Engineering Faculty Awards of Excellence | 2013 |
| 2012 Best Aerospace Power Systems Student Paper (with Saviers & Hodson) | 2013 |
|     AIAA Aerospace Power Systems Technical Committee, *AIAA Paper 2012-4048* | |
| McDonald Mentoring Award, American Society of Mechanical Engineers | 2012 |
| Fellow of the American Society of Mechanical Engineers | 2011 |
| Best Paper Award, (J. Wasniewski et al.), *InterPACK '11 Conference* | 2011 |
| Meritorious Paper Award (with A.D. Franklin), *GOMAC Tech 2009 Conf.* | 2009 |
| Nominated for Best Poster Award, Poster SS5.7 (J.C. Claussen et al.) | 2009 |
|     *2009 Fall MRS Meeting* | |
| Most Cited Papers Award 2005-2008 (with J. Xu), | 2009 |
|     *International Journal of Heat and Mass Transfer* | |
| University Faculty Scholar, Purdue University | 2009 – 2014 |
| Best Paper Award (with D. Singh, J. Murthy), *InterPACK '09 Conference* | 2009 |
| Birck Nanotechnology Center Most Cited Paper Award (with J. Xu) | 2009 |
| Finalist in Science as Art competition (with B. Cola), *2008 Fall MRS Meeting* | 2008 |
| Academic Excellence Award, Purdue Minority Engineering Program | 2007 |
| Invited Participant to the Frontiers in Engineering Symposium, | 2007 |
|  organized by the National Academy of Engineering | |
| Discovery in Mechanical Engineering Award, Purdue University | 2007 |
| Elected as Institute of Biological Engineering Councilor-at-Large | 2004 – 2006 |
| Semiconductor Research Corporation Inventor Recognition Award | 2003 |
| NSF Faculty Early Career Development Award | 2000 – 2005 |
| 3M Nontenured Faculty Award | 1999 |
| Semiconductor Research Corporation Graduate Fellowship | 1993 – 1998 |
| Best Student Poster Award, Packaging Sciences | 1996 |
| *TECHCON '96,* Semiconductor Research Corporation | |
| Best Paper Award (with K. Sikka, K. Torrance), *5th ITHERM Conference* | 1996 |
| Tau Beta Pi and Pi Tau Sigma honor societies | |

# RESEARCH: SCHOLARLY CONTRIBUTIONS

## Journal Articles

(*student, postdoctoral, and visiting advisee names in italics for works under mentorship*)

1.  *Y. Hu*, T.S. Fisher, "Suggested standards for reporting power and energy density in supercapacitor research," in review.

2.  A. Nash, *B. Fu*, T. Bird, T.S. Fisher, N. Jain, "Control-oriented modeling of integrated flash boiling for rapid transient heat dissipation," in review.

3.  Z. Fan, Yu Tian, Zizi Chen, Xiexuzhuzi, T.S. Fisher, "A prevascularized nerve conduit based on stem cell sheet effectively promotes the repair of transected spinal cord injury," in review.

4.  S. Sadeque, *A. Candadai*, Y. Gong, K. Maize, A.K. Ziabari, A.M.S. Mohammed, A. Shakouri, T.S. Fisher, D.B. Janes, "Transient self-heating at nanowire junctions in silver nanowire network conductors," accepted for publication, *IEEE Transactions on Nanotechnology*.

5.  *A. Kundu*, T.S. Fisher, "A symmetric all-solid-state supercapacitor operating at 1.5 V using a redox-active gel electrolyte," in review.

6.  *A. Kundu*, T.S. Fisher, "An all-solid-state thermally chargeable supercapacitor using a redox-active gel electrolyte," in review.

7.  *N.R. Glavin*, A.R. Waite, C. Muratore, J.E. Bultman, A.A. Voevodin, T.S. Fisher, "Thermal characterization of nanoscale amorphous boron nitride/metal interfaces," in review.

8.  *K.R. Saviers, M.A. Alrefae*, T.S. Fisher, "Roll-to-roll production of graphitic petals on carbon fiber tow," accepted for publication, *Advanced Engineering Materials*.

9.  *J. Shi*, T.S. Fisher, X. Ruan, "Decomposition of thermal boundary resistance across carbon nanotube-graphene junctions to different mechanisms," accepted for publication, *ACS Applied Materials & Interfaces*.

10. J. Shi, J. Lee, Y. Dong, A. Roy, T.S. Fisher, X. Ruan, "Phonon polarization conversion across dimensionally mismatched interfaces: carbon nanotube-graphene junction," accepted for publication, *Physical Review B*.

11. D.Y. Zemlyanov, M. Jespersen, D.N. Zakharov, J. Hu, *R. Paul, A. Kumar*, S. Pacley, *N.R. Glavin*, D. Saenz, *K.C. Smith*, T.S. Fisher, A.A. Voevodin, "Versatile technique for assessing thickness of 2D layered materials by XPS," accepted for publication, *Nanotechnology*.

12. M. Hao and T.S. Fisher, "High-throughput transient thermal interface testing method using time-domain thermal response," *International Journal of Heat and Mass Transfer*, vol. 127, pp. 228–233, 2018.

13. *A. Candadai, A. Kumar, M.A. Alrefae*, D. Zemlyanov, T.S. Fisher, "Rapid colorimetric analysis of graphene on copper," *Corrosion Science,* vol. 138, pp. 319-325, 2018.

14. *J.D. Engerer*, J.H. Doty, T.S. Fisher, "Transient cooling by flash boiling in the presence of high-heat-flux loads," *International Journal of Heat and Mass Transfer*, vol. 123, pp. 678–692, 2018.

15. *J.E Hey, S.L. Hodson,* K. Yazawa, J. Doty, T.S. Fisher, "Experimental characterization of dynamic heat exchanger behavior," *International Journal of Heat and Mass Transfer,* Vol. 121, pp. 933–942, 2018.

16. *G. Xiong, P. He*, Z. Lyu, T. Chen, B. Huang, L. Chen, T.S. Fisher, "Bioinspired leaves-on-branchlet hybrid carbon nanostructure for supercapacitors,"*Nature Communications*, Vol. 9, art. no. 790, 2018.

17. P.J. Shamberger, T.S. Fisher, "Cooling power and characteristic times of composite heatsinks and insulants," *International Journal of Heat and Mass Transfer*, Vol. 117 pp. 1205-1215, 2018.

18. *S. Sadasivam*, U.V. Waghmare, T.S. Fisher, "Phonon eigenspectrum-based formulation of the atomistic green's function method," *Physical Review B*, Vol. 96, 174302-10, 2017.

19. *M. Alrefae, A. Kumar*, P. Pandit, *A. Candadai*, I. Bilionis, T.S. Fisher, "Process optimization of graphene growth in a roll-to-roll plasma CVD system," *AIP Advances*, Vol. 7, 115102-20, 2017.

20. H.C. Pangborn, *J.E. Hey*, T.O. Deppen, A.G. Alleyne, T.S. Fisher, "Hardware-in-the-loop validation of advanced fuel thermal management control," *AIAA Journal of Thermophysics and Heat Transfer*, Vol. 31, pp. 901-909, 2017.

21. P.P.S.S. Abadi, M.R. Maschmann, *S.L. Hodson,* T.S. Fisher, J.W. Baur, S. Graham, B.A. Cola, "Mechanical behavior of carbon nanotube forests grown with plasma enhanced chemical vapor deposition: pristine and conformally coated," *Journal of Engineering Materials and Technology,* Vol. 139 (3), art. no. 034502, 2017.

22. *G. Xiong, P. He,* B. Huang, T. Chen, Z. Bo, T.S. Fisher, "Graphene nanopetal wire supercapacitors with high energy density and thermal durability," *Nano Energy,* Vol. 38, pp. 127-136, 2017.

23. *I. Srivastava*, T.S. Fisher, "Slow creep in soft granular packings," *Soft Matter*, Vol. 13, pp. 3411-3421, 2017.

24. *P.T. McCarthy, R. Paul,* D. Zemlyanov, R.G. Reifenberger, T.S. Fisher, "Work function characterization of potassium-intercalated, boron nitride doped graphitic petals," *Frontiers in Mechanical Engineering - Thermal and Mass Transport*, Vol. 3, art. no. 6, 2017.

25. *R. Gupta, A. Kumar, S. Sadasivam*, S. Walia, G.U. Kulkarni, T.S. Fisher, A.C. Marconnet, "Microscopic evaluation of electrical and thermal conduction in random metal wire networks," *ACS Applied Materials & Interfaces*, Vol. 9, pp. 13703-13712, 2017.

26. *R. Gupta*, T.S. Fisher, "Scalable coating of single source Ni hexadecanethiolate precursor on 3D-graphitic petals for asymmetric supercapacitors," *Energy Technology* Vol. 5, pp. 740-746, 2017. (cover article)

27. J. Doty, K. Yerkes, L. Byrd, J. Murthy, A. Alleyne, M. Wolff, S. Heister, T.S. Fisher, "Dynamic thermal management for aerospace technology: a review and outlook," *AIAA Journal of Thermophysics and Heat Transfer,* Vol. Vol. 31, pp. 86-98, 2017.

28. *Q. Zhang, M. Hao*, X. Xu, *G. Xiong*, H. Li, T.S. Fisher, "Flyweight 3D graphene scaffolds with micro-interface barrier derived tunable thermal insulation and flame retardancy," *ACS Applied Materials & Interfaces,* Vol. 9, pp.14232–14241, 2017.

29. K. Yazawa, T.S. Fisher, E.A. Groll, A. Shakouri, "High exergetic modified Brayton cycle with thermoelectric energy conversion," *Applied Thermal Engineering*, Vol. 114, 1366-1371, 2017.

30. *M. Hao, A. Kumar, S.L. Hodson,* D. Zemlyanov, *P. He,* T.S. Fisher, "Brazed carbon nanotube arrays: decoupling thermal conductance and mechanical rigidity," *Advanced Materials Interfaces*, Vol. 4, art. no. 1601042, 2017. (Front cover article)

31. *A. Kundu, M. Alrefae*, T.S. Fisher, "Magnetothermoelectric effects in graphene and their dependence on scatterer concentration, magnetic field and band gap," Journal of Applied Physics, Vol. 121, art. no. 125113, 2017.

32.	N. Ye, J.P. Feser, *S. Sadasivam*, T.S. Fisher, T. Wang, C. Ni, A. Janotti, "Thermal interface conductance across silicide-silicon interfaces: An experimental comparison between epitaxial and non-epitaxial interfaces," *Physical Review B*, Vol. 95, art. no. 085430, 2017.

33.	*S. Sadasivam,* N. Ye, J. Charles, K. Miao, J.P. Feser, T. Kubis, T.S. Fisher, "Thermal transport across metal silicide-silicon interfaces: First-principles calculations and Green's function transport simulations," *Physical Review B*, Vol. 95, art. no. 085310, 2017.

34.	B. Saha, Y.R. Koh, J.P. Feser, *S. Sadasivam*, T.S. Fisher, A. Shakouri, T.D. Sands, "Phonon wave effects in the thermal transport of epitaxial TiN/(Al,Sc)N metal/ semiconductor superlattices," *Journal of Applied Physics*, Vol. 121, art. no. 015109, 2017.

35.	*M. Hao*, Z. Huang, *K.R. Saviers, G. Xiong, S.L. Hodson*, T.S. Fisher, "Characterization of vertically oriented carbon nanotube arrays as high-temperature thermal interface materials," *International Journal of Heat and Mass Transfer*, Vol. 106, pp. 1287–1293, 2017.

36.	M. Legesse, F. El Mellouhi, E.T. Bentria, M.E. Madjet, T.S. Fisher, S. Kais, F.H. Alharbi. "Reduced work function of graphene by metal adatoms," *Applied Surface Science*, Vol. 394, pp. 98–107, 2017.

37.	*G.R. Jackson*, T.S. Fisher, "Response of porous foams filled with phase change material under transient heating," *AIAA Journal of Thermophysics and Heat Transfer*, Vol. 30, pp. 880-889, 2016.

38.	X. Jin, T.S. Fisher, M.A. Alam, "Generalized compact modeling of nanoparticle-based amperometric glucose biosensors," *IEEE Transactions on Electron Devices*, Vol. 63, Issue, pp. 4924-4932, 2016.

39.	*G. Xiong, P. He*, D. Wang, T. Chen, T.S. Fisher, "Hierarchical Ni-Co hydroxide petals on mechanically robust graphene petal foam for high-energy asymmetric supercapacitors," *Advanced Functional Materials*, Vol. 26, 5460–5470, 2016.

40.	*R. Paul*, V. Etacheri, V.G. Pol, J.J. Hu, T.S. Fisher, "Highly porous three-dimensional carbon nanotube foam as a freestanding anode for a lithium-ion battery," *RSC Advances*, Vol. 6, pp. 79734-79744, 2016.

41.	K. Maize, *A. Kundu, G. Xiong, K.R. Saviers*, T.S. Fisher, A. Shakouri, "Electroreflectance imaging of gold–$H_3PO_4$ supercapacitors. Part I: experimental methodology," *The Analyst* Vol. 141, pp. 1448-1461, 2016.

42.	*K.R. Saviers, A. Kundu*, K. Maize, A. Shakouri, T.S. Fisher, "Electroreflectance imaging of gold–$H_3PO_4$ supercapacitors. Part II: microsupercapacitor ageing characterization." *The Analyst* Vol. 141, pp. 1462-1471, 2016.

43.	S. Ghosh, *G. Xiong*, T.S. Fisher, B. Han, "Guidance of cell adhesion and migration by graphitic nanopetals on carbon fibers," *Materials Letters*, Vol. 184, pp. 211-215, 2016.

44.	*J.D. Engerer*, T.S. Fisher, "Flash boiling from carbon foams for high-heat-flux transient cooling," *Applied Physics Letters*, Vol. 109, art. no. 024102–4, 2016.

45.	*N.R. Glavin*, C. Muratore, M.L. Jespersen, J.J. Hu, P.T. Hagerty, A.M. Hilton, A.T. Blake, C.A. Grabowski, M.F. Durstock,M.E. McConney,D.M. Hilgefort, T.S. Fisher, A.A. Voevodin, "Amorphous boron nitride:  a universal, ultra-thin dielectric for two-dimensional material systems," *Advanced Functional Materials*, Vol. 26, pp. 2640–2647, 2016. (Back cover art)

46.	*M. Hao, K.R. Saviers,* T.S. Fisher, "Design and validation of a high-temperature thermal interface resistance measurement system," *Journal of Thermal Science and Engineering Applications*, Vol. 8, art. no. 031008-7, 2016.

47. K. Miao, *S. Sadasivam*, J. Charles, G. Klimeck, T.S. Fisher, T. Kubis, "Büttiker probes for dissipative phonon quantum transport in semiconductor nanostructures," *Applied Physics Letters*, Vol. 108, art. no. 113107-5, 2016.

48. *A. Kumar, N. Ayyagari,* T.S. Fisher, "Effects of graphene nanopetal outgrowths on internal thermal interface resistance in composites," *ACS Applied Materials & Interfaces,* Vol. 8, pp. 6678–6684, 2016.

49. T.S. Fisher, "Contemporary challenges for thermal and mass transport technologies: A perspective on 21st century opportunities for the field," *Frontiers in Mechanical Engineering*, speciality section on Thermal and Mass Transport, Vol. 2, art. no. 4599–3, 2016.

50. *Q. Zhang*, X. Xu, D. Lin, W. Chen, *G. Xiong*, Y. Yu, T.S. Fisher, H. Li, "Hyperbolically patterned 3D graphene metamaterial with negative Poission's ratio and superelasticity," *Advanced Materials,* Vol. 28, 2229–2237, 2016.

51. G. Shivkumar, S.S. Tholeti, *M.A. Alrefae*, T.S. Fisher, A.A. Alexeenko, "Analysis of Hydrogen Plasma in a MPCVD Reactor," *Journal of Applied Physics,* Vol. 119, 113301-13, 2016. (cover art)

52. B. Saha, Y.R. Koh, *J. Comparan, S. Sadasivam*, J.L. Schroeder, M. Garbrecht, J. Birch, D. Cahill, T.S. Fisher, A. Shakouri, T.D. Sands, "Cross-plane thermal conductivity through (Ti,W)N/(Al,Sc)N metal/semiconductor superlattices," *Physical Review B*, Vol. 93, art. no. 045311-11, 2016.

53. *A.D. Tuesta,* A. Bhuiyan, R.P. Lucht, T.S. Fisher, "$H_2$ mole fraction measurements in a microwave plasma using coherent anti-stokes Raman scattering spectroscopy," *Journal of Micro and Nano-Manufacturing*, Vol. 4, art. no. 011005-9, 2016.

54. *S. Sadasivam, S.L. Hodson,* M.R. Maschmann, T.S. Fisher, "Combined microstructure and heat transfer modeling of carbon nanotube thermal interface materials," *Journal of Heat Transfer,* Vol. 38, art. no. 042402–12, 2016.

55. *R. Paul*, R.G. Reifenberger, T.S. Fisher, D.Y. Zemlyanov, "Atomic layer deposition of FeO on Pt(111) by ferrocene adsorption and oxidation," *Chemistry of Materials*, Vol. 27, pp. 5915–5924, 2015.

56. *G. Xiong, P. He,* L. Liu, T. Feng, T.S. Fisher, "Plasma-grown graphene petals templating Ni-Co-Mn hydroxide nanoneedles for high-rate and long-cycle-life pseudocapacitive electrodes," *Journal of Materials Chemistry A*, Vol. 3, pp. 22940-22948, 2015.

57. *R. Paul,* A.A. Voevodin, *A. Kumar,* D. Zemlyanov, J. Remmert, T.J. Asel, S. Elhamri, Shin Mou, W. C. Mitchel, R.P. Garrelts, *A.K. Selvaraj,* X.F. Xu, T.S. Fisher, "Direct growth of few-layer graphene on SiC: Fast deposition at moderate temperature," *Graphene*, Vol. 3, pp. 44-50, 2015.

58. *G.R. Jackson, K.C. Smith, P.C. McCarthy*, T.S. Fisher, "Simulation of thermal storage in wax-impregnated porous foams with a pore-scale submodel," *AIAA Journal of Thermophysics and Heat Transfer*, Vol. 29, No. 4, pp. 812-819, 2015.

59. *J. Shi*, Y. Dong, T.S. Fisher, X. Ruan, "Thermal transport across CNT-graphene covalent and van der Waals junctions," *Journal of Applied Physics*, Vol. 118, art. no. 044302-8, 2015.

60. *G. Xiong, P. He,* L. Liu, T. Feng, T.S. Fisher, "Synthesis of porous Ni-Co-Mn oxide nanoneedles and the temperature dependence of their pseudocapacitive behavior," *Frontiers in Energy Research,* Vol. 3, art. no. 39-9, 2015.

61. *Q. Zhang*, X. Xu, *G. Xiong*, H. Li, T.S. Fisher, "Mechanically robust honeycomb graphene aerogel-based multifunctional polymer composites," *Carbon*, Vol. 93, 659-670, 2015.

62. S.N. Shirodkar, U.V. Waghmare, T.S. Fisher, R. Grau-Crespo, "Engineering the electronic bandgaps and band edge positions in graphene - boron nitride alloys: a first-principles investigation," *Physical Chemistry Chemical Physics*, Vol. 17, pp. 13547-13552, 2015.

63. *P. He*, L. Liu, W. Song, *G. Xiong*, T.S. Fisher, T. Chen, "Large-scale synthesis and activation of polygonal carbon nanofibers with thin ribbon-like structures for supercapacitor electrodes," *RSC Advances*, Vol. 5, pp. 31837-31844, 2015.

64. *N.R. Glavin*, C. Muratore, M.L. Jespersen, T.S. Fisher, A.A. Voevodin, "Temporally and spatially resolved plasma spectroscopy in pulsed laser deposition of ultra-thin boron nitride films," *Journal of Applied Physics*, Vol. 117, art no. 165305-10, 2015.

65. *A.S. Kousalya, K.P. Singh,* T.S. Fisher, "Heterogeneous wetting surfaces with graphitic petal-decorated carbon nanotubes for enhanced flow boiling," *International Journal of Heat and Mass Transfer*, Vol. 87, pp. 380-389, 2015.

66. H. Bao, *A. Kumar*, Y. Cai, Y. Ji, T.S. Fisher, X. Ruan, "Optical properties of thin graphitic nanopetal arrays," *Journal of Quantitative Spectroscopy and Radiative Transfer,* Vol. 158, pp. 84–90, 2015.

67. *S. Sadasivam*, U.V. Waghmare, T.S. Fisher, "Electron-phonon coupling and thermal conductance at a metal-semiconductor interface: First-principles analysis," *Journal of Applied Physics*, Vol. 117, art. no. 134502-10, 2015.

68. A.T. Rosenberger, *S.L. Hodson*, T.S. Fisher, L. Stanciu, "Reactive hot pressing and properties of $Zr_{1-x}Ti_xB_2$-ZrC composites," *Journal of the American Ceramic Society*, Vol. 98, pp. 711–716, 2015.

69. *A. Kumar*, M.R. Maschmann, *S.L. Hodson*, J.W. Baur, T.S. Fisher, "Carbon nanotube arrays decorated with graphene nanopetals enhance mechanical strength and durability," *Carbon*, Vol. 84, pp. 236-245, 2015.

70. *P.T. McCarthy*, R.G. Reifenberger, T.S. Fisher, "Thermionic and photo-excited electron emission for energy conversion processes," *Frontiers in Energy Research* (Nanoenergy Technologies and Materials subsection), Vol. 2, art. no. 00054-15, 2014.

71. *R. Paul*, D. Zemlyanov, A.A.Voevodin, A.K. Roy, T.S. Fisher, "Methanol wetting enthalpy on few-layer graphene decorated hierarchical carbon foam for cooling applications," *Thin Solid Films,* Vol. 572, pp. 169–175, 2014.

72. *N.R. Glavin,* M.L. Jespersen, M.H. Check, J.J. Hu, A.M. Hilton, T.S. Fisher, A.A. Voevodin, "Synthesis of few-layer, large area hexagonal-boron nitride by pulsed laser deposition," *Thin Solid Films*, Vol. 572, pp. 245–250, 2014.

73. *A. Tuesta*, A. Bhuiyan, R.P. Lucht, T.S. Fisher, "Laser diagnostics of plasma in synthesis of graphene-based materials," *Journal of Micro and Nano-manufacturing*, Vol. 2, art. no. 031002-8, 2014.

74. *G. Xiong*, C. Meng, R.G. Reifenberger, P.P. Irazoqui, T.S. Fisher, "Graphitic petal micro-supercapacitor electrodes for ultra-high power density," *Energy Technology*, Vol. 2, pp. 897–905, 2014.

75. *P.T. McCarthy, K.R. Saviers, S.L. Hodson*, T.S. Fisher, "Thermally driven squeezed-film cooling with carbon nanotube-coated gadolinium shuttles," *International Journal of Heat and Mass Transfer*, Vol. 78, pp. 1199-1207, 2014.

76. *A.A. Sisto*, X. Ruan, T.S. Fisher, "Ab initio and finite element predictions of radiative properties of nanostructure arrays: single-walled carbon nanotube arrays," *Journal of Heat Transfer*, Vol. 136, art. no. 062702-6, 2014.

77.   K. Yazawa, *M. Hao*, B. Wu, A.K. Silaen, C.Q. Zhou, T.S. Fisher, A. Shakouri, "Thermoelectric topping cycles for power plants to eliminate cooling water consumption," *Energy Conversion and Management,* Vol. 84, pp. 244-252, 2014.

78.   V.U. Nazarov, F. Alharbi, T.S. Fisher, S. Kais, "Time-dependent density functional theory of coupled electronic lattice motion in quasi-two-dimensional crystals," *Physical Review B,* Vol. 89, art. no.195423 (9 pp.), 2014.

79.   *K.C. Smith, I. Srivastava,* T.S. Fisher, M. Alam, "Variable-cell method for stress-controlled jamming of athermal, frictionless grains," *Physical Review E,* Vol. 89, art. no. 042203-9, 2014.

80.   *G. Xiong,* C. Meng, R.G. Reifenberger, P.P. Irazoqui, T.S. Fisher, "Graphitic petal electrodes for all-solid-state flexible supercapacitors," *Advanced Energy Materials,* Vol. 4, art. no. 1300515-9, 2014.

81.   *G. Xiong,* C. Meng, R.G. Reifenberger, P.P. Irazoqui, T.S. Fisher, "A review of graphene-based electrochemical micro-supercapacitors," *Electroanalysis,* Vol. 26, pp. 30-51, 2014.

82.   R.H. Gerzeski, A. Sprague, J.J. Hu, T.S. Fisher, "Growth of contiguous, repeatable, controlled length, graphite fins from different types of thermally conductive graphite fibers," *Carbon,* Vol. 69, pp. 424–436, 2014.

83.   *J.A. Zuidema,* X. Ruan, T.S. Fisher, "Optical Properties of Ordered Carbon Nanotube Arrays Grown in Porous Anodic Alumina Templates," *Optics Express,* Vol. 21, pp. 22053-22062, 2013.

84.   *K.C. Smith,* T.S. Fisher, "Conduction in jammed systems of tetrahedra," *Journal of Heat Transfer,* Vol. 135, art. no. 081301-7, 2013.

85.   *R.A. Sayer, J.D. Engerer,* N.S. Vidhyadhiraja, T.S. Fisher, "Length and temperature dependent 1/f noise in vertical single-walled carbon nanotube arrays," *Journal of Applied Physics,* Vol. 113, art. no. 144306-5, 2013.

86.   *K.R. Saviers, S.L. Hodson,* T.S. Fisher, J.R. Salvador, L.S. Kasten, "Carbon nanotube arrays for enhanced thermal interfaces to thermoelectric modules," *AIAA Journal of Thermophysics and Heat Transfer,* Vol. 27, pp. 474–481, 2013.

87.   *I. Srivastava, S. Sadasivam, K.C. Smith,* T.S. Fisher, "Combined microstructure and heat conduction modeling of heterogeneous interfaces and materials," *Journal of Heat Transfer,* Vol.135, art. no. 061603-13, 2013.

88.   *P.T. McCarthy, S.J. Vander Laan,* D.B. Janes, T.S. Fisher, "Photonically excited electron emission from modified graphitic nanopetal arrays," *Journal of Applied Physics,* Vol. 113, art. no. 193710-9, 2013.

89.   K.D.M. Rao, B. Radha, *K.C. Smith,* T.S. Fisher, G.U. Kulkarni, "Solution-processed soldering of carbon nanotubes for flexible electronics," *Nanotechnology,* Vol. 24, art. no. 075301-10, 2013.

90.   J.A. Weibel, *S.S. Kim,* T.S. Fisher, S.V. Garimella, "Experimental characterization of capillary-fed carbon nanotube vapor chamber wicks," *Journal of Heat Transfer,* Vol. 135, art. no. 021501-7, 2013.

91.   *R. Paul,* A. A. Voevodin, J. J. Hu, P. B. Amama, S. Ganguli, A. K. Roy, T.S. Fisher, "Boron-carbon-nitrogen foam surfaces for thermal physisorption applications," *Thin Solid Films,* Vol. 528, pp. 187–193, 2013.

92.   *A. Kumar,* A. A. Voevodin, *R. Paul,* I. Altfeder, D. Zemlyanov, D. N. Zakharov, T.S. Fisher, "Nitrogen-doped graphene by microwave plasma chemical vapor deposition," *Thin Solid Films,* Vol. 528, pp. 269-273, 2013.

93.  *A.S. Kousalya, A. Kumar, R. Paul*, D. Zemlyanov, T.S. Fisher, "Graphene: an effective oxidation barrier coating for liquid and two-phase cooling systems," *Corrosion Science*, Vol. 69, pp. 5-10, 2013.

94.  *A.S. Kousalya*, J.A. Weibel, S.V. Garimella, T.S. Fisher, "Metal functionalization of carbon nanotubes for enhanced sintered powder wicks," *International Journal of Heat and Mass Transfer,* Vol. 59, pp. 372–383, 2013.

95.  *G. Xiong, K.P.S.S. Hembram*, R.G. Reifenberger, T.S. Fisher, "$MnO_2$-coated graphitic petals for supercapacitor electrodes,"*Journal of Power Sources,* Vol. 227, pp. 254-259, 2013.

96.  P.B. Amama, J.T. Grant, P.J. Shamberger, A.A. Voevodin, T.S. Fisher, "Improved dehydrogenation properties of Ti-doped $LiAlH_4$: Role of Ti precursors," *Journal of Physical Chemistry C*, Vol. 116, pp. 21886-21894, 2012.

97.  *A.S. Kousalya*, T.S. Fisher, D.H. Altman, "Enhanced thermal performance with carbon nanotube (CNT) modified sintered wicks (特集 冷やす)", *Journal of the Japan Society of Chemical Engineers (化学工学)*, Vol. 76, pp. 507-511, 2012. (invited)

98.  J.L. Wohlwend, P.B. Amama, P.J. Shamberger, V. Varshney, A.K. Roy, T.S. Fisher, "Effects of Ti-containing additives on the dehydrogenation properties of $LiAlH_4$: A combined computational and experimental study," *Journal of Physical Chemistry C*, Vol. 116, pp.22327-22335, 2012.

99.  *C.S. Rout, A. Kumar,* T.S. Fisher, U.K. Gautam, Y. Bando, D. Golberg, "Synthesis of chemically bonded CNT-graphene heterostructure arrays," *RSC Advances*, Vol. 2, pp. 8250-8253, 2012.

100. J. Wasniewski, D. Altman, *S.L. Hodson*, T.S. Fisher, A. Bulusu, S. Graham, B.A. Cola, "Characterization of metallically bonded carbon nanotube-based thermal interface materials using a high accuracy 1D steady-state technique," *Journal of Electronic Packaging*, Vol. 134, art. no. 020901, 2012.

101. *R.A. Sayer*, J. Zeng, H.-H. Hsu, D. Peroulis, T.S. Fisher, "Thermal and electrical conductivity of nanocrystalline nickel microbridges," *Journal of Microelectromechanical Systems*, Vol. 21, pp. 850-858, 2012.

102. *P.T. McCarthy*, E.E. Marinero, T.S. Fisher, "Carbon nanotube thermal interfaces on gadolinium foil," *International Journal of Heat and Mass Transfer*, Vol. 55, pp. 6716–6722, 2012.

103. *R. Paul*, A. A. Voevodin, D. Zemlyanov, A. K. Roy, T. S. Fisher, "Microwave-assisted surface synthesis of boron-carbon-nitrogen foam and its adsorption enthalpy," *Advanced Functional Materials*, Vol. 22, 3682–3690, 2012.

104. *K.C. Smith*, T.S. Fisher, "Models for metal hydride particle shape, packing, and heat transfer," *International Journal of Hydrogen Energy*, Vol. 37, pp. 13417-13428, 2012.

105. *J.C. Claussen, A. Kumar,* D. Jaroch, D.M. Porterfield, T.S. Fisher, "Nanostructuring platinum nanoparticles on multilayered graphene petal nanosheets for electrochemical biosensing," *Advanced Functional Materials,* Vol. 22, pp. 3399–3405, 2012. (Cover article)

106. *G. Xiong*, K.P.S.S. Hembram*, D.N. Zakharov, R.G. Reifenberger, T.S. Fisher, "Controlled thin graphitic petal growth on oxidized silicon," *Diamond and Related Materials,* Vol. 27-28, pp. 1–9, 2012.

107. *K.C. Smith,* P.P. Mukherjee, T.S. Fisher, "Columnar order in jammed $LiFePO_4$ cathodes: ion transport catastrophe and its mitigation," *Physical Chemistry Chemical Physics*, Vol. 14, pp. 7040-7050, 2012.

108.	A. Snyder, Z. Bo, L. Stanciu, *S.L. Hodson*, T.S. Fisher, "The effect of heating rate and composition on the properties of spark plasma sintered zirconium diboride based composites," *Materials Science and Engineering: A*, Vol. 538, pp. 98–102, 2012.

109.	L. Guo, *S.L. Hodson*, T.S. Fisher, X.F. Xu, "Heat transfer across metal-dielectric interfaces during ultrafast-laser heating," *Journal of Heat Transfer*, Vol. 134,  art. no. 042402, 2012.

110.	J.A. Weibel, *S.S. Kim*, T.S. Fisher, S.V. Garimella, "Carbon nanotube coatings for enhanced capillary-fed boiling from porous microstructures," *Nanoscale and Microscale Thermophysical Engineering*, Vol. 16, pp. 1–17, 2012.

111.	*A.S. Kousalya*, C.N. Hunter , S.A. Putnam , T. Miller, T.S. Fisher, "Photonically enhanced flow boiling in a channel coated with carbon nanotubes," *Applied Physics Letters*, Vol. 100, art. no. 071601, 2012. Also in, *Virtual Journal of Nanoscale Science & Technology* -- February 27, 2012.

112.	*A. Kumar*, A. Voevodin, D. Zemlyanov, D. Zakharov, T.S. Fisher, "Rapid synthesis of few-layer graphene over Cu foil," *Carbon*, Vol. 50, pp. 1546–1553, 2012.

113.	P.B. Amama, J. Grant, J. Spowart, P. Shamberger, A. Voevodin, T.S. Fisher, "Catalytic influence of Ni-based additives on the dehydrogenation properties of ball milled $MgH_2$," *Journal of Materials Research*, Vol. 26, pp. 2725-2734, 2011.

114.	*D. Singh*, J.Y. Murthy, T.S. Fisher, "On the accuracy of classical and long wavelength approximations for phonon transport in graphene," *Journal of Applied Physics*, Vol. 110, art. no. 113510, 2011.

115.	*J.C. Claussen*, J. Hengenius, M. Wickner, T.S. Fisher, D. Umulis, D.M. Porterfield, "Effects of Carbon nanotube-tethered nanosphere density on amperometric biosensing: simulation and experiment," *Journal of Physical Chemistry C*, Vol. 115, pp. 20896-20904, 2011.

116.	*D. Singh*, J.Y. Murthy, T.S. Fisher, "Effect of phonon dispersion on thermal conduction across Si/Ge interfaces," *Journal of Heat Transfer*, Vol. 133, art. no. 122401, 2011.

117.	*D. Singh*, J.Y. Murthy, T.S. Fisher, "Spectral phonon conduction and dominant scattering pathways in graphene," *Journal of Applied Physics*, Vol. 110, art. no. 094312, 2011. Also in, *Virtual Journal of Nanoscale Science & Technology -- November 21, 2011.*

118.	*M.S. Artiles, C.S. Rout*, T.S. Fisher, "Graphene-based hybrid materials and devices for biosensing," *Advanced Drug Delivery Reviews*, Vol. 63, pp. 1352–1360, 2011. (invited)

119.	*A. Kumar, C.S. Rout*, T.S. Fisher, "Synthesis and applications of graphene for energy devices," *Journal of Nano Energy and Power Research*, Vol. 1 (inaugural issue), pp. 16-32, 2011.

120.	J.P. McHale, S.V. Garimella, T.S. Fisher, *G.A. Powell*, "Pool boiling performance comparison of smooth and sintered copper surfaces with and without carbon nanotubes," *Nanoscale and Microscale Thermophysical Engineering*, Vol. 15, pp. 133–150, 2011.

121.	*K.C. Smith,* T.S. Fisher, M. Alam, "Isostaticity of constraints in jammed systems of soft frictionless Platonic solids," *Physical Review E*, Vol. 84, art. no. 030301(R), 2011.

122.	A.N. Kuzmin, A. Baev, A.V. Kachynski, P.N. Prasad, T.S. Fisher, A. Shakouri, "Anti-Stokes fluorescence imaging of microscale thermal fields in thin films," *Journal of Applied Physics*, Vol. 110, art. no. 033512, 2011.

123.	*D. Singh*, J.Y. Murthy, T.S. Fisher, "Mechanism of thermal conductivity reduction in few-layer graphene,"  *Journal of Applied* Physics, Vol. 110, art. no. 044317, 2011. Also in, *Virtual Journal of Nanoscale Science & Technology -- September 12, 2011.*

124.  *Z. Huang,* J.Y. Murthy, T.S. Fisher, "Modeling of polarization-specific phonon transmission through interfaces," *Journal of Heat Transfer*, Vol. 133, art. no. 114502, 2011.

125.  *C.S. Rout, A. Kumar,* T.S. Fisher, "Carbon nanowalls amplify surface-enhanced Raman scattering from Ag nanoparticles," *Nanotechnology*, Vol. 22, art. no. 395704, 2011.

126.  *J.C. Claussen, M.S. Artiles,* S. Mohanty, E. McLamore, J. Shi,  J. Rickus, T.S. Fisher, D.M. Porterfield, "Electrochemical glutamate biosensing with nanocube and nanosphere augmented single-walled carbon nanotube networks:  A comparative study," *Journal of Materials Chemistry*, Vol. 21, pp. 11224-11231, 2011.

127.  A. Snyder, D. Quach, J.R. Groza, T.S. Fisher, *S.L. Hodson,* L.A. Stanciu,  "Spark plasma sintering of ZrB2–SiC–ZrC ultra-high temperature ceramics at 1800°C," *Materials Science & Engineering A*, Vol. 528, pp. 6079–6082, 2011.

128.  *J.C. Claussen*, M. Wickner, T.S. Fisher, D.M. Porterfield, "Transforming the fabrication and biofunctionalization of gold nanoelectrode arrays into versatile electrochemical glucose biosensors," *ACS Applied Materials & Interfaces*, Vol. 3, pp. 1765-1770, 2011.

129.  *S.L. Hodson, T. Bhuvana, B.A. Cola,* X.F. Xu, G.U. Kulkarni, T.S. Fisher, "Palladium thiolate bonding of carbon nanotube thermal interfaces," *ASME Journal of Electronic Packaging*, Vol. 133, art. no. 020907, 2011.

130.  *N. Kurra*, G. Prakash, S. Basavaraja, T.S. Fisher, G. U. Kulkarni, R. Reifenberger, "Charge storage in mesoscopic graphitic islands fabricated using AFM bias lithography," *Nanotechnology*, Vol. 22, art. no. 245302, 2011.

131.  *Z. Huang,* T.S. Fisher, J.Y. Murthy, "An atomistic study of thermal conductance across a metal-graphene nanoribbon interface," *Journal of Applied Physics*, Vol. 109, art. no. 074305, 2011.

132.  *C.S. Rout, A. Kumar,* N. Kumar, A. Sundaresan, T.S. Fisher, "Room-temperature ferromagnetism in graphitic petal arrays," *Nanoscale*, Vol. 3, pp. 900-903, 2011.

133.  *D. Singh,* J.Y. Murthy, T.S. Fisher, "Phonon transport across mesoscopic constrictions," *ASME Journal of Heat Transfer*, Vol. 133,  art. no. 042402, 2011.

134.  *Z. Huang,* T.S. Fisher, J.Y. Murthy, "Simulation of thermal conductance across dimensionally mismatched graphene interfaces," *Journal of Applied Physics*, Vol. 108, art. no. 114310, 2010. Also in, *Virtual Journal of Nanoscale Science & Technology -- December 13, 2010*.

135.  *K.C. Smith*, M. Alam, T.S. Fisher, "Athermal jamming of soft frictionless Platonic solids," *Physical Review E*, Vol. 82, art. no. 051304, 2010.

136.  *Z. Huang,* T.S. Fisher, J.Y. Murthy, "Simulation of phonon transmission through graphene and graphene nanoribbons with a Green's function method," *Journal of Applied Physics*, Vol. 108, art. no. 094319, 2010.

137.  *T.L. Pourpoint, V. Velagapudi,* I. Mudawar, Y. Zheng, T.S. Fisher, "Active cooling of a metal hydride system for hydrogen storage," *International Journal of Heat and Mass Transfer*, Vol. 53, pp. 1326-1332, 2010.

138.  *K.C. Smith,* T.S. Fisher, U.V. Waghmare, R. Grau-Crespo, "Dopant-vacancy binding effects in Li-doped magnesium hydride," *Physical Review B*, Vol. 82, art. no. 134109, 2010.

139.  R. Cross, *B.A. Cola,* T.S. Fisher, S. Graham, "A metallization and bonding approach for high performance carbon nanotube thermal interface materials," *Nanotechnology*, Vol. 21, art. no. 445705, 2010.

140. *C.S. Rout, A. Kumar, G. Xiong,* J. Irudayaraj, T.S. Fisher, "Au nanoparticles on graphitic petal arrays for surface-enhanced Raman spectroscopy," *Applied Physics Letters*, Vol. 97, art. no. 133108, 2010.

141. *T. Bhuvana,* W. Boley, B. Radha, B. Hines, G. Chiu, D. Bergstrom, R. Reifenberger, T.S. Fisher, G.U. Kulkarni, "Inkjet printing of palladium alkanethiolates for facile fabrication of metal interconnects and SERS substrates," *Micro and Nano Letters*, Vol. 5, pp. 296-299, 2010.

142. *S.S. Kim, P.B. Amama,* T.S. Fisher, "Preferential biofunctionalization of carbon nanotubes grown by microwave plasma-enhanced CVD," *Journal of Physical Chemistry C*, Vol. 114, pp. 9596-9602, 2010.

143. *R.A. Sayer, S.L. Hodson,* T.S. Fisher, "Improved efficiency of dye-sensitized solar cells using a carbon nanotube counter electrode," *Journal of Solar Energy Engineering*, Vol. 132, art. no. 021007, 2010.

144. *T.L. Westover, A.D. Franklin, B.A. Cola,* T.S. Fisher, R.G. Reifenberger, "Photo- and thermionic emission from potassium-intercalated carbon nanotube arrays," *Journal of Vacuum Science & Technology--B*, Vol. 28, pp. 423-434, 2010.

145. H. Bao, X. Ruan, T.S. Fisher, "Optical properties of ordered vertical arrays of multi-walled carbon nanotubes from FDTD simulations," *Optics Express*, Vol. 18, pp. 6347-6359, 2010.

146. *R.A. Sayer, S.S. Kim, A.D. Franklin,* S. Mohammadi, T.S. Fisher, "Shot noise thermometry for thermal characterization of templated carbon nanotubes," *IEEE Transactions on Components and Packaging Technologies*, Vol. 33, pp. 178-183, 2010.

147. *T. Bhuvana, A. Kumar, A. Sood,* R.H. Gerzeski, J.J. Hu, V.S. Bhadram, C. Narayana, T.S. Fisher, "Contiguous petal-like carbon nanosheet outgrowths from graphite fibers by plasma CVD," *ACS Applied Materials & Interfaces*, Vol. 2, pp. 644–648, 2010.

148. *J.C. Claussen, S.S. Kim,* A. ul Haque, *M.S. Artiles,* D.M. Porterfield, T.S. Fisher, "Electrochemical glucose biosensor of platinum nanospheres connected by carbon nanotubes," *Journal of Diabetes Science and Technology*, Vol. 4, pp. 312-319, 2010.

149. *S. Flueckiger,* T. Voskuilen, T. Pourpoint, T.S. Fisher, Y. Zheng, "In situ characterization of metal hydride thermal transport properties," *International Journal of Hydrogen Energy*, Vol. 35, pp. 614-621, 2010.

150. R. Grau-Crespo, *K.C. Smith,* T.S. Fisher, N.H. de Leeuw, U.V. Waghmare, "Thermodynamics of hydrogen vacancies in $MgH_2$ from first principles and grand-canonical statistical mechanics," *Physical Review B*, Vol. 80, art. no. 174117, 2009.

151. *X.R. Zhang,* T.S. Fisher, A. Raman, T.D. Sands, "Linear coefficient of thermal expansion of porous anodic alumina thin films from atomic force microscopy," *Nanoscale and Microscale Thermophysical Engineering*, Vol. 13, pp. 243–252, 2009.

152. *H. Mishra, B.A. Cola,* V. Rawat, *P.B. Amama,* K.G. Biswas, X.F. Xu, T.S. Fisher, T.D. Sands, "Thermomechanical and thermal contact characteristics of bismuth telluride films electrodeposited on carbon nanotube arrays," *Advanced Materials*, Vol. 21, pp. 4280–4283, 2009.

153. *T. Bhuvana, K.C. Smith,* T.S. Fisher, G.U. Kulkarni, "Self-assembled CNT circuits with ohmic contacts using Pd hexadecanethiolate as in situ solder," *Nanoscale*, Vol. 1, pp. 271-275, 2009.

154. *V. Khanikar,* I. Mudawar, T.S. Fisher, "Flow boiling in a micro-channel coated with carbon nanotubes," *IEEE Transactions on Components and Packaging Technologies*, Vol. 32, pp. 639-649, 2009.

155. *K. Uppireddi, T.L. Westover,* T.S. Fisher, B.R. Weiner, G. Morell, "Thermionic emission energy distribution from nanocrystalline diamond films for direct thermal-electrical energy conversion applications," *Journal of Applied Physics*, Vol. 106, art. no. 043716, 2009.

156. *V. Khanikar,* I. Mudawar, T.S. Fisher, "Effects of carbon nanotube coating on flow boiling in a micro-channel," *International Journal of Heat and Mass Transfer*, Vol. 52, pp. 3805-3817, 2009.

157. J. Baxter, Z. Bian, G. Chen, D. Danielson, M. S. Dresselhaus*, A. G. Fedorov*, T. S. Fisher*, C. W. Jones, E. Maginn, U. Kortshagen, A. Manthiram, A. Nozik, D. Rolison, T. Sands, L. Shi*, D. Sholl, and Y. Wu, "Nanoscale Design to Enable the Revolution in Renewable Energy," *Energy and Environmental Science*, Vol. 2, pp. 559-588, 2009. (*=lead authors)

158. *A.D. Franklin, R.A. Sayer,* T.D. Sands, T.S. Fisher, D.B. Janes, "Toward surround gates on vertical single-walled carbon nanotube devices," *Journal of Vacuum Science and Technology—B*, Vol. 27, pp. 821-826, 2009.

159. *A.D. Franklin, R.A. Sayer,* T.D. Sands, D.B. Janes, T.S. Fisher, "Vertical carbon nanotube devices with nanoscale lengths controlled without lithography," *IEEE Transactions on Nanotechnology*, Vol. 8, pp. 469-476, 2009.

160. *B.A. Cola, J. Xu,* T.S. Fisher, "Contact mechanics and thermal conductance of carbon nanotube array interfaces," *International Journal of Heat and Mass Transfer*, Vol. 52, pp. 3490-3503, 2009.

161. *D.B. Go,* T.S. Fisher, S.V. Garimella, V. Bahadur, "Planar microscale ionization devices in atmospheric air with diamond-based electrodes," *Plasma Sources Science & Technology*, Vol. 18, art. no. 035004, 2009.

162. *K.C. Smith,* Y. Zheng, T.S. Fisher, T.L. Pourpoint, I. Mudawar, "Heat transfer in high-pressure metal hydride systems," *Journal of Enhanced Heat Transfer*, Vol. 16, pp. 189-203, 2009.

163. *D. Singh,* X. Guo, A. Alexeenko, J.Y. Murthy, T.S. Fisher, "Modeling of subcontinuum thermal transport across semiconductor-gas interfaces," *Journal of Applied Physics*, Vol. 106, art. no. 024314, 2009.

164. *J.C. Claussen, A.D. Franklin,* A. ul Haque, D.M. Porterfield, T.S. Fisher, "Electrochemical biosensor of nanocube-augmented carbon nanotube networks," *ACS Nano*, Vol. 3, pp. 37-44, 2009.

165. *D.B. Go,* T.S. Fisher, S.V. Garimella, "Direct simulation of ionization and ion transport for planar microscale ion generation devices," *Journal of Physics D: Applied Physics*, Vol. 42, art. no. 055203, 2009.

166. *P. B. Amama,* C. Lan, *B. A. Cola,* X.F. Xu, R. G. Reifenberger, and T. S. Fisher, "Electrical and thermal interface conductance of carbon nanotubes grown under direct current bias voltage," *Journal of Physical Chemistry C*, Vol. 112, pp. 19727-19733, 2008.

167. *D.B. Go, R.A. Maturana,* T.S. Fisher, S.V. Garimella, "Enhancement of external forced convection by ionic wind," *International Journal of Heat and Mass Transfer*, Vol. 51, pp. 6047-6053, 2008.

168. *B. A. Cola,* X.F. Xu, T. S. Fisher, M. A. Capano, *P. B. Amama,* "Carbon nanotube array thermal interfaces for high-temperature silicon carbide devices," *Nanoscale and Microscale Thermophysical Engineering*, Vol. 12, pp. 228-237, 2008.

169. *P. B. Amama,* D. Zemlyanov, B. Sundarakannan, R. S. Katiyar, T. S. Fisher, "XPS and Raman characterization of single-walled carbon nanotubes grown from pretreated $Fe_2O_3$ nanoparticles," *Journal of Physics D: Applied Physics,* Vol. 41, art. no. 165306, 2008.

170. *R.K. Garg, S.S. Kim,* D.B. Hash, J.P. Gore, T.S. Fisher, "Effects of feed gas composition and catalyst thickness on carbon nanotube and nanofiber synthesis by plasma enhanced chemical vapor deposition," *Journal of Nanoscience and Nanotechnology,* Vol. 8, pp. 3068-3076, 2008.

171. J. A. Michel, *V.S. Robinson,* L. Yang, S. Sambandam, W. Lu, *T.L. Westover,* T. S. Fisher, C. M. Lukehart, "Synthesis and characterization of potassium metal/graphitic carbon nanofiber intercalates," *Journal of Nanoscience and Nanotechnology,* Vol. 8, pp. 1942-1950, 2008.

172. *B.A. Cola, P.B. Amama,* X.F. Xu, T.S. Fisher, "Effects of growth temperature on carbon nanotube array thermal interfaces," *Journal of Heat Transfer,* Vol. 130, pp. 114503-4, 2008.

173. R. Voggu, C.S. Rout, *A.D. Franklin,* T.S. Fisher, C.N.R. Rao, "Extraordinary sensitivity of the electronic structure and properties of single-walled carbon nanotubes to molecular charge-transfer," *Journal of Physical Chemistry C,* Vol. 112, pp. 13053-13056, 2008.

174. *S.V. Aradhya,* S.V. Garimella, T.S. Fisher, "Electrothermal bonding of carbon nanotubes to glass," *Journal of the Electrochemical Society,* Vol. 155, pp. K161-K165, 2008. Also in *Virtual Journal of Nanoscale Science & Technology,* Vol. 18, Issue 5, 2008.

175. *R.K. Garg,* T.N. Anderson, R.P. Lucht, T.S. Fisher, J.P. Gore, "Gas temperature measurements in a microwave plasma by optical emission spectroscopy under single-wall carbon nanotube growth conditions," *Journal of Physics D: Applied Physics*, Vol. 41, art. no. 095206, 2008.

176. *T.L. Westover,* T.S. Fisher, "Simulation of refrigeration by electron emission across nanometer-scale gaps," *Physical Review B,* Vol. 77, art. no. 115426, 2008. Also, in *Virtual Journal of Nanoscale Science and Technology*, Vol. 17, No. 13, 2008.

177. *B.A. Cola, R. Karru,* C.R. Cheng, X.F. Xu, T.S. Fisher, "Influence of bias-enhanced nucleation on thermal conductance through chemical vapor deposited diamond films," *IEEE Transactions on Components and Packaging Technologies*, Vol. 31, No. 1, pp. 46-53, 2008.

178. C. Lan, P. Srisungsitthisunti, *P.B. Amama,* T.S. Fisher, X.F. Xu, R.G. Reifenberger, "Measurement of metal/carbon nanotube contact resistance by adjusting contact length using laser ablation," *Nanotechnology*, Vol. 19, art no 125703, 2008.

179. *T.L. Westover,* T.S. Fisher, "Experimental study of energy exchange attending electron emission from carbon nanotubes," *Heat Transfer Engineering*, Vol. 29, pp. 395-404, 2008.

180. *A.D. Franklin, J.C. Claussen,* T.D. Sands, T.S. Fisher, D.B. Janes, "Independently addressable fields of porous anodic alumina embedded in $SiO_2$ on Si," *Applied Physics Letters*, Vol. 92, art. no. 013122, 2008.

181. *W. Zhang,* N. Mingo, T.S. Fisher, "Simulation of phonon transport across a nanowire junction using an atomistic Green's function method," *Physical Review B*, Vol. 76, art. no. 195429, 2007.

182. *D.B. Go,* S.V. Garimella, T.S. Fisher R.K. Mongia, "Ionic winds for locally enhanced cooling," *Journal of Applied Physics*, Vol. 102, art. no. 053302, 2007. Also, in *Virtual Journal of Nanoscale Science & Technology*, Vol. 16, Issue 14, 2007.

183. C. Lan, *P.B. Amama,* T.S. Fisher, R.G. Reifenberger, "Correlating electrical resistance to growth conditions for multi-wall carbon nanotubes," *Applied Physics Letters*, Vol. 91, art. no. 093105, 2007. Also in *Virtual Journal of Nanoscale Science and Technology*, Vol. 16, No. 11, 2007.

184. *M.R. Maschmann, A.D. Franklin,* T.S. Sands, T.S. Fisher, "Optimization of porous anodic Al-Fe-Al structures for carbon nanotube synthesis," *Carbon*, Vol. 45, pp. 2290-2296, 2007.

185. *P.B. Amama, B.A. Cola,* T.D. Sands, X.F. Xu, T.S. Fisher, "Dendrimer-assisted controlled growth of carbon nanotubes for enhanced thermal interface conductance," *Nanotechnology*, Vol. 18, art. no. 385303, 2007.

186. *A.D. Franklin,* J.T. Smith, T.D. Sands, T.S. Fisher, K.-S. Choi, D.B. Janes, "Controlled decoration of single-walled carbon nanotubes with Pd nanocubes," *Journal of Physical Chemistry C*, Vol. 111, pp. 13756 -13762, 2007.

187. J. Li, *V.S. Robinson,* Y. Liu, W. Lu, T.S. Fisher and C.M. Lukehart, "Synthesis and thermionic emission properties of graphitic carbon nanofibres supported on Si wafers or carbon felt," *Nanotechnology*, Vol. 18, art.no. 325606, 2007.

188. Q. Hang, *M.R. Maschmann,* T.S. Fisher, D.B. Janes, "Assemblies of 2 nm carbon nanotubes and unencapsulated sub-10 nm gold nanoparticles," *Small*, Vol. 3, pp. 1266-1271, 2007.

189. P. Deb, *T.L. Westover,* H. Kim, T.S. Fisher, T.D. Sands, "Field emission from GaN and (Al,Ga)N/GaN nanorod heterostructures," *Journal of Vacuum Science and Technology—B*, Vol. 25, pp. L15-L18, 2007.

190. *S. Ujereh Jr.,* T.S. Fisher, I. Mudawar, "Effects of carbon nanotube arrays on nucleate pool boiling," *International Journal of Heat and Mass Transfer*, Vol. 50, No. 19-20, pp. 4023-4038, 2007.

191. *J.S. Zhang, Y. Zheng,* J.P. Gore, I. Mudawar, T. S. Fisher, "1kWe sodium borohydride hydrogen generation system part II: reactor modeling," *Journal of Power Sources*, Vol. 170, pp. 150-159, 2007.

192. *W. Zhang,* N. Mingo, and T.S. Fisher, "Simulation of interfacial phonon transport in Si-Ge heterostructures using an atomistic Green's function method," *Journal of Heat Transfer*, Vol. 129, pp. 483-491, 2007.

193. *W. Zhang,* T.S. Fisher, N. Mingo, "The atomistic Green's function method: An efficient simulation approach for nanoscale phonon transport," *Numerical Heat Transfer: Part B (Fundamentals)*, Vol. 51, No. 3/4, pp. 333-349, 2007.

194. *B.A. Cola , J. Xu ,* C. Cheng , H. Hu , X.F. Xu, T.S. Fisher, "Photoacoustic characterization of carbon nanotube array thermal interfaces," *Journal of Applied Physics*, Vol. 101, art. no. 054313, 2007. Also, in *Virtual Journal of Nanoscale Science & Technology*, Vol. 15, Issue 12, 2007.

195. *B.A. Cola,* X.F. Xu, T.S. Fisher, "Increased real contact in thermal interfaces:  A carbon nanotube/foil material," *Applied Physics Letters*, Vol. 90, art. no. 093513, 2007. Also, in *Virtual Journal of Nanoscale Science & Technology*, Vol. 15, Issue 11, 2007.

196. *J.S. Zhang, Y. Zheng,* J.P. Gore, T.S. Fisher, "1kWe sodium borohydride hydrogen generation system part I: experimental study," *Journal of Power Sources*, Vol. 165, pp. 844–853, 2007.

197. *A.D. Franklin, M.R. Maschmann,* M. DaSilva, D.B. Janes, T.S. Fisher, T.D. Sands, "In-place fabrication of nanowire electrode arrays for vertical nanoelectronics on silicon substrates," *Journal of Vacuum Science and Technology—B*, Vol. 25, pp. 343-347, 2007. Also, in *Virtual Journal of Nanoscale Science & Technology*, Vol. 15, Issue 9, 2007.

198. *J.S. Zhang,* W.N. Delgass, T.S. Fisher, J.P. Gore, "Kinetics of Ru-catalyzed sodium borohydride hydrolysis," *Journal of Power Sources*, Vol. 164, pp. 772-781, 2007.

199. *T.L. Westover,* T.S. Fisher, *F.E. Pfefferkorn,* "Experimental characterization of anode heating by electron emission from a multi-walled carbon nanotube," *International Journal of Heat and Mass Transfer*, Vol. 50, pp. 595-604, 2007.

200. *M.R. Maschmann, A.D. Franklin,* A. Scott. D.B. Janes, T.D. Sands, T.S. Fisher, "Lithography-free in situ Pd contacts to templated single-walled carbon nanotubes," *Nano Letters*, Vol. 6, No. 12, pp. 2712-2717, 2006.

201. X. Hu, A.A. Padilla, *J. Xu,* T.S. Fisher, K.E. Goodson, "3-omega measurements of vertically oriented carbon nanotubes on silicon," *Journal of Heat Transfer*, Vol. 118, No. 11, pp. 1109-1113, 2006.

202. *J.S. Zhang,* T.S. Fisher, J.P. Gore, D. Hazra, P.V. Ramachandran, "Heat of reaction measurements of sodium borohydride alcoholysis and hydrolysis," *International Journal of Hydrogen Energy*, Vol. 31, No. 15, pp. 2292-2298, 2006.

203. *V.S. Robinson,* Y. Show, G.M. Swain, R.G. Reifenberger, T.S. Fisher, "Thermionic emission from surface-terminated nanocrystalline diamond," *Diamond and Related Materials*, Vol. 15, No. 10, pp. 1601-1608, 2006.

204. *M.R. Maschmann, P.B. Amama,* A. Goyal, Z. Iqbal, T.S. Fisher, "Freestanding vertically oriented single-walled carbon nanotubes grown using microwave plasma-enhanced CVD," *Carbon*, Vol. 44, pp. 2758-2763, 2006.

205. *M.R. Maschmann, A.D. Franklin, P.B. Amama,* D.N. Zakharov, E.A. Stach, T.D. Sands, T.S. Fisher, "Vertical single- and double-walled carbon nanotubes grown from modified porous anodic alumina templates," *Nanotechnology*, Vol. 17, pp. 3925-3929, 2006.

206. *P.B. Amama, O. Ogebule, M.R. Maschmann,* T.D. Sands, T.S. Fisher, "Dendrimer-assisted low-temperature growth of carbon nanotubes by plasma-enhanced chemical vapor deposition," *Chemical Communications*, pp. 2899-2901, 2006.

207. *J. Xu,* T.S. Fisher, "Enhanced thermal contact conductance using carbon nanotube arrays," *IEEE Transactions on Components and Packaging Technologies*, Vol. 29, pp. 261-267, 2006.

208. *P.B. Amama, M.R. Maschmann,* T.S. Fisher, and T.D. Sands, "Dendrimer-templated Fe nanoparticles for the growth of single-wall carbon nanotubes by plasma-enhanced CVD," *Journal of Physical Chemistry B*, Vol. 110, pp. 10636-10644, 2006.

209. *X. Zhang, F.E. Pfefferkorn,* T.S. Fisher, Y.C. Shin, E.D. Hirleman, "Integration of microscale fabrication in an undergraduate manufacturing elective," *International Journal of Engineering Education*, Vol. 22, pp. 343-349, 2006.

210. M. Park, *B.A. Cola,* T. Siegmund, *J. Xu, M.R. Maschmann,* T.S. Fisher, H. Kim, "Effects of a carbon nanotube layer on electrical contact resistance between copper substrates," *Nanotechnology*, Vol. 17, pp. 2294-2303, 2006.

211. *J. Xu,* T.S. Fisher, "Enhancement of thermal interface materials with carbon nanotube arrays," *International Journal of Heat and Mass Transfer*, Vol. 49, pp. 1658-1666, 2006.

212. *B.A. Cola, D.K. Schaffer,* T.S. Fisher, M.A. Stremler, "A pulsed source–sink fluid mixing device," *IEEE Journal of Microelectromechanical Systems*, Vol. 15, pp. 259-266, 2006.

213. *M.R. Maschmann, P.B. Amama,* A. Goyal, Z. Iqbal, R. Gat, T.S. Fisher, "Parametric study of synthesis conditions in plasma-enhanced CVD of high-quality single-walled carbon nanotubes," *Carbon*, Vol. 44, pp. 10-18, 2006.

214. *J.S. Zhang,* T.S. Fisher, P.V. Ramanchandran, J.P. Gore, I. Mudawar, "A review of heat transfer issues in hydrogen storage technologies," *Journal of Heat Transfer*, Vol. 127, pp. 1391-1399, 2005.

215.  *A.B. Jorge,* G.O. Ribeiro, T.S. Fisher, "Application of new error estimators based on gradient recovery and external domain approaches to 2-D elastostatics problems," *Engineering Analysis with Boundary Elements*, Vol. 29, No. 10, pp. 963-975, 2005.

216.  *M.S. Peterson, W. Zhang,* T.S. Fisher, S.V. Garimella, "Low–voltage ionization of air with carbon-based materials," *Plasma Sources Science and Technology*, Vol. 14, pp. 654-660, 2005.

217.  *V.S. Robinson,* T.S. Fisher, J.A. Michel, C.M. Lukehart, "Work function reduction of graphitic nanofibers by potassium intercalation," *Applied Physics Letters*, Vol. 87, No. 6, art.no. 061501, 2005.

218.  V. Bahadur, *J. Xu,* Y. Liu, T.S. Fisher, "Thermal resistance of nanowire-plane interfaces," *Journal of Heat Transfer*, Vol. 164, No. 6, pp. 164-168, 2005.

219.  *D.G. Walker, C.T. Harris,* T.S. Fisher, J.L. Davidson, "Estimation of parameters in thermal-field emission from diamond," *Diamond and Related Materials*, Vol. 14, No. 1, pp. 113-120, 2005.

220.  *W. Zhang,* T.S. Fisher, S.V. Garimella, "Simulation of ion generation and breakdown in atmospheric air," *Journal of Applied Physics*, Vol. 96, No. 11, pp. 6066-6072, 2004.

221.  *D.G. Walker, W. Zhang,* T.S. Fisher, "Simulation of field-emitted electron trajectories and transport from carbon nanotubes," *Journal of Vacuum Science and Technology – B*, Vol. 22, No. 3, pp. 1101-1107, 2004. Also, in *Virtual Journal of Nanoscale Science & Technology*, Vol. 9, Issue 21, 2004.

222.  M.K. McQuain, K. Seale, J. Peek, T.S. Fisher, S. Levy, M.A. Stremler, F.R. Haselton, "Chaotic mixer improves microarray hybridization," *Analytical Biochemistry*, Vol. 325, No. 2, pp. 215-226, 2004.

223.  *C.T. Harris, D.G. Walker,* T.S. Fisher, W.H. Hofmeister, "Experimental characterization of anode heating due to electron field emission," *Microscale Thermophysical Engineering*, Vol. 8, No. 2, pp. 101-110, 2004.

224.  *A.B. Jorge,* T. A. Cruse, T. S. Fisher, G. O. Ribeiro, "Variational self-regular traction-BEM formulation for continuous inter-element displacement derivatives," *Computational Mechanics*, Vol. 32, pp. 401-414, 2003.

225.  *A.B. Jorge,* T.A. Cruse, and T.S. Fisher, "Near-crack contour behavior and extraction of log-singular stress terms of the self-regular traction boundary integral equation," *International Journal for Numerical Methods in Engineering*, Vol. 58, No. 8, pp. 1251-1276, 2003.

226.  T.S. Fisher, *D.G. Walker,* R.A. Weller, "Analysis and simulation of anode heating from electron field emission," *IEEE Transactions on Components and Packaging Technologies*, Vol. 26, No. 2, pp. 317-323, 2003.

227.  *A. Raman, D.G. Walker,* T.S. Fisher, "Simulation of nonequilibrium thermal effects in power LDMOS transistors," *Solid State Electronics*, Vol. 47, No. 8, pp. 1265-1273, 2003.

228.  *S.H. Shin,* T.S. Fisher, D.G. Walker, A.M. Strauss, W.P. Kang, J.L. Davidson, "High-temperature electron emission from diamond films," *Journal of Vacuum Science and Technology-B*, Vol. 21, No. 1, pp. 587-592, 2003.

229.  Y. M. Wong, W. P. Kang, J. L. Davidson, A. Wisitsora-at, K. L. Soh, T.S. Fisher, Q. Li, J. F. Xu, "Field emitter using multiwalled carbon nanotubes grown on silicon tip region by microwave plasma-enhanced CVD," *Journal of Vacuum Science and Technology-B*, Vol. 21, No. 1, pp. 391-394, 2003. Also, in *Virtual Journal of Nanoscale Science & Technology* Vol. 7, Issue 7, 2003.

230. A. Wisitsora-at, W.P. Kang, J.L. Davidson, D.V. Kerns, T.S. Fisher, "Diamond field emission triode with low gate turn-on voltage and high gain," *Journal of Vacuum Science and Technology-B*, Vol. 21, No. 1, pp. 614-617, 2003.

231. *A.B. Jorge,* G.O. Ribeiro and T.S. Fisher, "New approaches for error estimation and adaptivity for 2-D potential boundary element methods," *International Journal for Numerical Methods in Engineering*, Vol. 56, pp. 117-144, 2003.

232. T.S. Fisher, *D.G. Walker,* "Thermal and electrical energy transport and conversion in nanoscale electron field emission processes," *Journal of Heat Transfer*, Vol. 124, No. 5, pp. 954-962, 2002.

233. *A.B. Jorge,* G.O. Ribeiro and T. S. Fisher, "Error estimation and adaptivity approaches in the BEM," *Electronic Journal of Boundary Elements*, Vol. BETEQ 2001, No. 1, pp. 94-103, 2002.

234. T.S. Fisher, "Influence of nanoscale geometry on the thermodynamics of electron field emission," *Applied Physics Letters*, Vol. 79, No. 22, pp. 3699-3701, 2001. Also, in *Virtual Journal of Nanoscale Science & Technology* Vol. 4, Issue 23, 2001.

235. T.S. Fisher, K.E. Torrance, "Optimal shapes of fully embedded channels for conjugate cooling," *IEEE Transactions on Advanced Packaging*, Vol. 24, No. 4, pp. 555-562, 2001.

236. W.P. Kang, T.S. Fisher, J.L. Davidson, "Diamond microemitters--the new frontier of electron field emission and beyond," *New Diamond and Frontier Carbon Technology*, Vol. 11, No. 2, pp. 129-146, 2001. (invited)

237. *D.G. Walker,* T.S. Fisher, J. Liu, R.D. Schrimpf, "Thermal modeling of single event burnout failure in semiconductor power devices," *Microelectronics Reliability*, Vol. 41, pp. 571-578, 2001.

238. *A.B. Jorge,* G.O. Ribeiro, T.A. Cruse, T.S. Fisher, "Self-regular boundary integral formulations for Laplace's equation in 2-D," *International Journal for Numerical Methods in Engineering*, Vol. 51, No. 1, pp. 1-29, 2001.

239. W.W. Thrasher, T.S. Fisher, K.E. Torrance, "Experiments on chimney-enhanced free convection from pin-fin heat sinks," *Journal of Electronic Packaging*, Vol. 122, No. 4, pp. 350-355, 2000.

240. T.S. Fisher, K.E. Torrance, "Constrained optimal duct shapes for conjugate laminar forced convection," *International Journal of Heat and Mass Transfer*, Vol. 43, pp. 113-126, 2000.

241. T.S. Fisher, K.E. Torrance, "A complex variable boundary element approach to fully developed flow and heat transfer in ducts of general cross section," *International Journal for Numerical Methods in Engineering*, Vol. 45, pp. 1631-1655, 1999.

242. T.S. Fisher, K.E. Torrance, "Experiments on chimney-enhanced free convection," *Journal of Heat Transfer*, Vol. 121, No. 3, pp. 603-609, 1999.

243. K.K. Sikka, K.E. Torrance, T.S. Fisher, "Experiments on low velocity cooling of high conductivity substrates," *IEEE Transactions on Components and Packaging Technology*, Vol. 22, No. 2, pp. 307-315, 1999.

244. T.S. Fisher, K.E. Torrance, "Free convection limits for pin-fin cooling," *Journal of Heat Transfer*, Vol. 120, No. 3, pp. 633-640, 1998.

245. L. Cao, J.P. Krusius, M.A. Korhonen, T.S. Fisher, "Transient thermal management of portable electronics using heat storage and dynamic power dissipation control," *IEEE Transactions on Components, Packaging and Manufacturing Technology--Part A*, Vol. 21, No. 1, pp. 113-123, 1998.

246. T.S. Fisher, K.E. Torrance, K.K. Sikka, "Analysis and optimization of a natural draft heat sink system," *IEEE Transactions on Components, Packaging, and Manufacturing Technology--Part A*, Vol. 20, No. 2, pp. 111-119, 1997.

247. K.K. Sikka, T.S. Fisher, K.E. Torrance, C.R. Lamb, "Effect of package orientation on mixed convection from a PQFP," *IEEE Transactions on Components, Packaging, and Manufacturing Technology--Part A*, Vol. 20, No. 2, pp. 152-159, 1997.

248. K.K. Sikka, T.S. Fisher, K.E. Torrance. "Thermal analysis and optimization of substrates with directionally enhanced conductivities," *Journal of Electronic Packaging*, Vol. 119, No. 1, pp. 64-72, 1997.

249. T.S. Fisher, F.A. Zell, K.K. Sikka, K.E. Torrance, "Efficient heat transfer approximation for the chip-on-substrate problem," *Journal of Electronic Packaging*, Vol. 118, No. 4, pp. 271-279, 1996.

250. T.S. Fisher, C.T. Avedisian, J.P. Krusius, "Transient thermal response due to periodic heating on a convectively cooled substrate," *IEEE Transactions on Components, Packaging, and Manufacturing Technology--Part B: Advanced Packaging*, Vol. 19, No. 1, pp. 255-262, 1996.

# Books

1. *G. Xiong, A. Kundu*, T.S. Fisher, *Thermal Effects in Supercapacitors*, part of the series: *SpringerBriefs in Applied Sciences and Technology: Thermal Engineering and Applied Science* (ed. F.A. Kulacki), Springer, New York, 2015 (ISBN 978-3-319-20242-6).

2. T.S. Fisher, *Thermal Energy at the Nanoscale*, Vol. 3 in *Lessons from Nanoscience: A Lecture Notes Series*, Eds. M.S. Lundstrom and S. Datta, World Scientific Publishing, Singapore, 2014 (ISBN-978-981-4449-77-9).

# Book Chapters

1. *M.A. Alrefae, N.R. Glavin*, A.A. Voevodin, T.S. Fisher, "Plasma chemical and physical vapour deposition methods and diagnostics for 2D materials," Ch. 7 (pp. 275-316) in *2D Inorganic Materials beyond Graphene*, eds. CNR Rao, UV Waghmare, World Scientific, London, 2018 (ISBN: 9781786342690).

2. G.A. Powell, A. Bulusu, J.A. Weibel, S.S. Kim, S.V. Garimella, T.S. Fisher, "Hydrophilic CNT-sintered copper composite wick for enhanced cooling," *Cooling of Microelectronic and Nanoelectronic Equipment: Advances and Emerging Research*, Ch. 12 (pp. 307-332), World Scientific, 2014.

3. *S. Sadasivam, Y. Che, Z. Huang*, Liang Chen, Satish Kumar, T.S. Fisher, "The atomistic Green's function method for interfacial phonon transport," *Annual Reviews of Heat Transfer*, Vol. 17, Ch. 4 (pp. 89-145), Begell House Publishers, 2014.

4. X. Wang, *B.A. Cola,* T.L. Bougher, *S.L. Hodson,* T.S. Fisher, X.F. Xu, "Photoacoustic technique for thermal conductivity and thermal interface measurements," *Annual Reviews of Heat Transfer*, Vol. 16, Ch. 5 (pp. 135-157), Begell House Publishers, 2013 (DOI: 10.1615/AnnualRevHeatTransfer.v16.50).

5. *J.C. Claussen,* J. Shi, *C.S. Rout, M.S. Artiles,* M.M. Wickner, M. Stensberg, D.M.Porterfield, T.S. Fisher, "Nano-sized biosensors for medical applications," Ch. 8 in *Biosensors for Medical Applications*, Edited by Professor Séamus Higson, Woodhead Publishing Limited, UK, 2012 (ISBN 978-1-84569-935-2).

6. P.B. Amama, M.R. Maschmann, T.S. Fisher, "Enhanced Control of Single-Walled Carbon Nanotube Properties Using MPCVD with DC Electrical Bias," Chapter 12, in *Electronic*

*Properties of Carbon Nanotubes*, edited by Jose Mauricio Marulanda, 2011 (ISBN 978-953-307-499-3).

7. *J.C. Claussen,* J. Shi, A.R. Diggs, D.M. Porterfield, T.S. Fisher, "Electrochemical biosensors based on carbon nanotubes," Ch. 8 (pp. 187-217) of *Carbon Nanomaterials*, in Volume 9 of *Nanomaterials for Life Sciences*, ed. C. Kumar, Wiley-VCH, 2011 (ISBN 978-3-527-32169-8).

8. *B.A. Cola,* T.S. Fisher, X.F. Xu, "Carbon nanotube array thermal interfaces," Ch. 6 (pp. 101-118) in *Carbon Nanotubes: New Research*, ed. A. P. Ottenhouse, Nova Science Publishers, 2009.

## Refereed Conference Proceedings

1. K. Yazawa, E.A. Groll, T.S. Fisher, A. Shakouri, "High exergetic modified Brayton cycle with thermoelectric energy conversion," Proceedings of the 4th International Conference on Microgeneration and Related Technology, October 28-30, Tokyo, Japan, 2015.

2. T.O. Deppen, J.E. Hey, A.G. Alleyne, T.S. Fisher, "A model predictive framework for thermal management of aircraft," Proceedings of the ASME 2015 Dynamic Systems and Control Conference DSCC2015, October 28-30, Columbus, Ohio, 2015.

3. K. Yazawa, S. Heister, T.S. Fisher, "Enhancement and optimization of planar impingement heat transfer for thermoelectric power generation," paper InterPACKICNMM2015-48692, Proceedings of the ASME 2015 International Technical Conference and Exhibition on Packaging and Integration of Electronic and Photonic Microsystems, July 6-9, San Francisco, CA, 2015.

4. Y. Wang, R. Paul, T.S. Fisher, X. Ruan, "Thermal Transport in Single-layer Graphene Doped with h-BN Islands," 2014 International Mechanical Engineering Congress and Exposition, paper IMECE2014-39618, Montreal, Canada, 2014.

5. S.L. Hodson, R.A. Sayer, T.P. Koehler, J.R. Serrano, S.M. Dalton,T.S. Fisher, "Effect of Gamma-Ray Irradiation on the Thermal Contact Conductance of Carbon Nanotube Thermal Interface Materials," 2013 International Mechanical Engineering Congress and Exposition, paper # IMECE2013-62773, San Diego, 2013.

6. A.D. Tuesta, A. Bhuiyan, R.P. Lucht, T.S. Fisher, "Laser Diagnostics of Plasma in Synthesis of Graphene-Based Materials," 2013 International Mechanical Engineering Congress and Exposition, paper # IMECE2013-63823, San Diego, 2013.

7. J. Engerer, G.R. Jackson, R. Paul, T.S. Fisher, "Flash Boiling and Desorption From a Macroporous Carbon-Boron-Nitrogen Foam," 2013 International Mechanical Engineering Congress and Exposition, paper # IMECE2013-64884, San Diego, 2013.

8. S. Sadasivam, S.L. Hodson, T.S. Fisher, "Microstructure-dependent heat transfer modeling of carbon nanotube arrays for thermal interface applications, 2013 ASME Summer Heat Transfer Conference, paper # HT2013-17337, Minneapolis, 2013.

9. Rajib Paul, Tyler Voskuilen, Dmitry Zemlyanov, Timothée L. Pourpoint, T.S. Fisher, "Chemically B-N Modified Activated Carbon and Its Thermal Stability and Desorption Enthalpy With Methanol," 2012 International Mechanical Congress & Exposition, paper # IMECE2012-89531, Houston, TX, 2012.

10. Bhagirath Duvvuri, Anurag Kumar, Hua Bao, Haoxiang Huang, Timothy Fisher, Xiulin Ruan, "Thermal Radiative Properties of Vertical Graphitic Petal Arrays," Proceedings of the ASME 2012 3rd Micro/Nanoscale Heat & Mass Transfer International Conference, paper # MNHMT2012-75228, Atlanta, GA, 2012.

11.  Liang Guo, Stephen L. Hodson, Timothy S. Fisher, Xianfan Xu, "Heat Transfer Across Metal-Dielectric Interfaces During Ultrafast-Laser Heating," 2011 International Mechanical Congress & Exposition, paper # IMECE2011-64165, Denver, CO, 2011.

12.  Robert A. Sayer, Jeffrey D. Engerer, Sudeshna Sen, N. S. Vidhyadhiraja, Timothy S. Fisher, "Low-Frequency Electrical Noise Thermometry for Micro- and Nano-Scale Devices," 2011 International Mechanical Congress & Exposition, paper # IMECE2011-63586, Denver, CO, 2011.

13.  Nicholas R. Glavin, Chad N. Hunter, Michael H. Check, David B. Turner, Timothy S. Fisher, "Correlation of Electrochemical Impedance to Pool Boiling Behavior on Copper," 2011 International Mechanical Congress & Exposition, paper # IMECE2011-63550, Denver, CO, 2011.

14.  Chad N. Hunter, Nicholas R. Glavin, Andrey A. Voevodin, David B. Turner, Michael H. Check, Shawn A. Putnam, Timothy S. Fisher, "Effects of UV-Visible Irradiation on Pool Boiling Behavior of Copper," 2011 International Mechanical Congress & Exposition, paper #IMECE2011-63460, Denver, CO, 2011.

15.  A. Sisto, X. Ruan, T. S. Fisher, J. B. Neaton, "Predicting the Properties of Nanostructured Metamaterials: Vertically Aligned Single-Walled Carbon Nanotube Arrays," 2011 International Mechanical Congress & Exposition, paper #IMECE2011-64011, Denver, CO, 2011.

16.  Joseph Wasniewski, David Altman, Stephen Hodson, T.S. Fisher, Anuradha Bulusu, Samuel Graham, Baratunde Cola, "Characterization of metallically bonded carbon nanotube-based thermal interface materials using a high accuracy 1D steady state technique," 2011 InterPACK Conference, paper #InterPACK2011-52148, Portland, OR 2011. (winner of Best Paper Award)

17.  David Altman, Joseph Wasniewski, Mark North, Sungwon S. Kim, T.S. Fisher, "Development of micro/nano engineered wick-based passive heat spreaders for thermal management of high power electronic devices, " 2011 InterPACK Conference, paper # InterPACK2011-521122, Portland, OR 2011.

18.  D. Singh, J.Y. Murthy, T.S. Fisher, "Spectral dependence of phonon transport and scattering in graphene," *Proceedings of the International Heat Transfer Conference-IHTC14,* paper # IHTC14-23136, Washington, DC, August 2010.

19.  S.S. Kim, J.A. Wiebel, T.S. Fisher, S.V. Garimella, "Thermal performance of carbon nanotube enhanced vapor chamber wicks," *Proceedings of the International Heat Transfer Conference-IHTC14*, paper IHTC14-22929, Washington, DC, August 2010.

20.   Z. Huang, J.Y. Murthy, T.S. Fisher, "Thermal conductance and constriction resistance of single-layer graphene nano ribbons," *Proceedings of the International Heat Transfer Conference-IHTC14*, paper IHTC14-23088, Washington, DC, August 2010.

21.  T. Voskuilen, K.C. Smith, T. Pourpoint, T.S. Fisher, "Effective diffusion-limited kinetics of metal hydrides incorporating realistic particle morphology," 1st International Conference on Materials for Energy, Karlsruhe, Germany, July 6-8, 2010.

22.  K.C. Smith, T.S. Fisher, "Effective thermal conductivity of metal hydride-metal matrix composites: a theoretical investigation," Proceedings of the 20th ISHMT-ASME Heat and Mass Transfer Conference, Mumbai, India, January 4-6, 2010.

23.  Z. Huang, T.S. Fisher, J.Y. Murthy, "Simulation of phonon transmission through graphene with a Green's function method," *Proc. of the ASME 2009 International Congress and Exposition*, paper IMECE2009-10651, Orlando, FL, 2009.

24.  D. Singh, J.Y. Murthy, T.S. Fisher, "Effect of phonon dispersion on thermal conduction across Si/Ge interfaces," *Proc. of the ASME 2009 InterPACK Conference*, paper

InterPACK2009-89208, San Francisco, 2009 (*winner of the conference's Best Paper Award*).

25. S.L. Hodson, T. Bhuvana, B.A. Cola, G.U. Kulkarni, X.F. Xu, T.S. Fisher, "Palladium thiolate bonding of carbon nanotube thermal interfaces for high-temperature electronics," *Proc. of the ASME 2009 InterPACK Conference*, paper InterPACK2009-89352, San Francisco, 2009.

26. R.A. Sayer, S.L. Hodson, T.S. Fisher, *Proc. of the ASME 2009 Energy Sustainability Conference*, paper ES2009-90331, San Francisco, 2009.

27. K. C. Smith, T. S. Fisher, and M. Alam, "Quasi-static Compaction of Metal Hydride Powder," in Powders and Grains 2009, American Institute of Physics, Vol. 1145, pp. 90-93, Boulder, CO, 2009.

28. A. D. Franklin, R. A. Sayer, T. D. Sands, T. S. Fisher, and D. B. Janes, "Toward surround gates on vertical single-walled carbon nanotube devices," in *21st International Vacuum Nanoelectronics Conference*, pp. 821-826, Wroclaw, POLAND, 2008.

29. T. L. Westover, A. D. Franklin, R. G. Reifenberger, T. S. Fisher, "Photo-enhanced thermionic emission from potassium-intercalated carbon nanotube arrays," *Proc. of 3rd Energy Nanotech. International Conference (ENIC2008)*, paper ENIC2008-53034, Jacksonville, FL, 2008.

30. D. Singh, J.Y. Murthy, T.S. Fisher, "Thermal transport in finite-sized nanocomposites," *Proceedings of the 2008 ASME Summer Heat Transfer Conference*, paper HT2008-56385, Jacksonville, FL, 2008.

31. Z. Huang, J. Murthy, T. Fisher, "Modeling of polarization-specific phonon transmission functions through interfaces," in *Proceedings of the ASME Heat Transfer Summer Conference*, pp. 557-562, Jacksonville, FL, 2008.

32. D. Singh, X. Guo, A. Alexeenko, J.Y. Murthy, T.S. Fisher, "Modeling of subcontinuum thermal transport across semiconductor-gas interfaces," *Proceedings of the 2008 ASME Summer Heat Transfer Conference*, paper HT2008-56427, Jacksonville, FL, 2008.

33. T.L. Pourpoint, A. Sisto, K.C. Smith, T.G. Voskuilen, M.K. Visaria, Y. Zheng, T.S. Fisher, "Performance of thermal enhancement materials in high pressure metal hydride storage systems," *Proceedings of the 2008 ASME Summer Heat Transfer Conference*, paper HT2008-56450, Jacksonville, FL, 2008.

34. B.A. Cola, S.L. Hodson, X.F. Xu, T.S. Fisher, "Carbon nanotube array thermal interfaces enhanced with paraffin wax," *Proceedings of the 2008 ASME Summer Heat Transfer Conference*, paper HT2008-56483, Jacksonville, FL, 2008.

35. R.A. Sayer, T.S. Fisher, "Shot Noise Thermometry with Carbon Nanotubes," *Proceedings of the Eleventh Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, pp. 931-936, Orlando, 2008.

36. V. Khanikar, I. Mudawar, T.S. Fisher, "Flow Boiling in a Micro-Channel Coated with Carbon Nanotubes," *Proceedings of the Eleventh Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, pp. 960-969, Orlando, 2008.

37. S.V. Aradhya, S.V. Garimella, T.S. Fisher, "Electrothermally Bonded Carbon Nanotube Interfaces," *Proceedings of the Eleventh Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, pp. 1071-1077, Orlando, 2008.

38. K.C. Smith, P.D. Gilbert, C.S. Polster, T.S. Fisher, "Heat Conduction in Metal Hydride Nano-Particles," *2nd Energy Nanotechnology International Conference*, paper ENIC2007-45037, Santa Clara, CA, Sept 2007.

39. T.L. Westover, P.B. Amama, A. Dighe, N. Lilovich, T.S. Fisher, " Thermionic Emission from Alkali Metal-intercalated Carbon Nanotube Arrays for Direct Energy Conversion,"

*2nd Energy Nanotechnology International Conference*, paper ENIC2007-45043, Santa Clara, CA, Sept 2007.

40. B.A. Cola, X.F. Xu, T.S. Fisher, "Carbon Nanotube Array Thermal Interfaces on Chemical Vapor Deposited Diamond," *2007 InterPACK Conference*, pp. 967-969, Vancouver, Canada, July 2007.

41. D.B. Go, R.A. Maturana, T.S. Fisher, S.V. Garimella, "External Forced Convection Enhancement using a Corona Discharge," *2007 ASME Summer Heat Transfer Conference*, paper SHTC2007-32379, Vancouver, Canada, July 2007.

42. D. Singh, T.S. Fisher, J.Y. Murthy, "Thermal contact resistance of a silicon nanowire on a substrate," in *2007 InterPACK Conference*, pp. 1007-1017, Vancouver, Canada, July 2007.

43. T.L. Westover, G. Powell, T.S. Fisher, "Thermionic Emission from Potassium-Intercalated Carbon Nanotube Arrays," *2007 ASME Summer Heat Transfer Conference*, paper SHTC2007-32300, Vancouver, Canada, July 2007.

44. B.A. Cola, X.F. Xu, T.S. Fisher, "Aluminum Foil/Carbon Nanotube Thermal Interface Materials," *2007 ASME Summer Heat Transfer Conference*, paper SHTC2007-32815, Vancouver, Canada, July 2007.

45. Jay C. Rozzi, Richard Kaszeta, T.S. Fisher, "Thermal Interface Materials Based on Anchored Carbon Nanotubes," SAE Paper 2007-01-3127, *SAE International Conference on Environmental Systems*, Chicago, July 2007.

46. Y. Zheng, V. Velagapudi, T. Pourpoint, T.S. Fisher, I. Mudawar, J.P. Gore, "Thermal Management Analysis of On-Board High-Pressure Metal Hydride Systems," *2006 International Mechanical Engineering Congress and Exposition*, paper IMECE2006-14080, Chicago, November 2006.

47. S. Ujereh Jr., T. Fisher, I. Mudawar, "Effects of Carbon Nanotube Array Spacing on Boiling Heat Transfer," *2006 International Heat Transfer Conference*, paper 482.00, Sydney, 2006.

48. B.A. Cola, J. Xu, C. Cheng, X.F. Xu, T.S. Fisher, "Thermal Resistance of Two-Sided Carbon Nanotube Interfaces Measured by a Photoacoustic Technique," *2006 International Heat Transfer Conference*, paper 481.00, Sydney, 2006.

49. B.A. Cola, R. Karru, C. Cheng, X.F. Xu and T.S. Fisher, "Influence of Bias-enhanced Nucleation on Thermal Conductance through Plasma-enhanced Chemical Vapor Deposited Diamond Films," *Proceedings of the Tenth Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, pp. 512-518, San Diego, CA, June 2006.

50. D.B. Go, S.V. Garimella and T.S. Fisher, "Numerical Simulation of Microscale Ionic Wind for Local Cooling Enhancement," *Proceedings of the Tenth Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, pp. 45-53, San Diego, California, June 2006.

51. Y. Liu and T.S. Fisher, "Thermionic Energy Conversion with Nanoscale Materials and Devices," *23rd Symposium on Space Nuclear Power and Propulsion*, paper 183, Albuqerque, NM, February 2006.

52. J.S. Zhang, Y. Zheng, T.S. Fisher, T.S. and J.P. Gore, "Modeling of a Packed-bed Reactor in a Sodium Borohydride-based Hydrogen Storage System," *2006 SAE World Congress*, SAE-06P-612, Detroit, MI, 2006.

53. J. Xu and T. S. Fisher, "Thermal Conductance Enhancement with Two-Sided Carbon Nanotube Interfaces," *18th National & 7th ISHMT-ASME Heat and Mass Transfer Conference*, IIT Guwahati, India, HTC-2006-C336, January 2006.

54.  S. Ujereh Jr,, P. Amama, W. Qu, I. Mudawar, T.S. Fisher, "Enhanced Pool Boiling Using Carbon Nanotube Arrays on a Silicon Surface," *2005 International Mechanical Engineering Congress and Exposition*, IMECE2005-80065, Orlando, FL, November 2005.

55.  R. K. Garg, J. P. Gore, T. S. Fisher, "Numerical Simulation of Gas-Phase Growth Environment of Carbon Nanotube Synthesis by Plasma-Enhanced Chemical Vapor Deposition," IMECE2005-81953, Orlando, FL, November 2005.

56.  S. Kim and T.S. Fisher, "Effects of Process Parameters on Carbon Nanotube Synthesis by Plasma Enhanced Chemical Vapor Deposition (PECVD)," *2005 International Mechanical Engineering Congress and Exposition*, IMECE2005-81431, Orlando, FL, November 2005.

57.  J. Xu and T. S. Fisher, "Thermal Contact Conductance through Diamond and Carbon Nanotube Interfaces," *2005 International Mechanical Engineering Congress and Exposition*, IMECE2005-80540, Orlando, FL, November 2005.

58.  J.S. Zhang and T.S. Fisher, "Thermal Modeling of a Sodium Borohydride-Based Hydrogen Storage System," *2005 International Mechanical Engineering Congress and Exposition*, IMECE2005-79401, Orlando, FL, November 2005.

59.  J. Chee, R. Karru, T.S. Fisher, D. Peroulis, "DC – 65GHz Characterization of Nanocrystalline Diamond Leaky Film for Reliable RF MEMS Switches, " *Proceedings of the 35th European Microwave Conference*, pp. 1527-1530, October 2005.

60.  J.S. Zhang, T.S. Fisher, P.V. Ramachandran, and J.P. Gore, "Heat of Reaction Measurements of Sodium Borohydride Alcoholysis," *2005 Summer Heat Transfer Conference*, HT2005-72424, San Francisco, CA, July 2005.

61.  V.S. Robinson, T.S. Fisher, Y. Show, G. Swain, F.E. Pfefferkorn, "Thermionic Emission Energy Distributions from Nanocrystalline Diamond," *2004 International Mechanical Engineering Congress and Exposition*, Anaheim, IMECE2004-59406, November 2004.

62.  T. Westover, T.S. Fisher, V. Chopra, F.E. Pfefferkorn, "Experimental Characterization of Anode Heating Due to Electron Emission from an Individual Carbon Nanotube," *2004 International Mechanical Engineering Congress and Exposition*, Anaheim, IMECE2004-61163, November 2004.

63.  J. Zhang, J.J. Hugenroth, I. Mudawar, T.S. Fisher, "Parametric Study of a Thermosyphon Loop Pressure Drop Model," *2004 International Mechanical Engineering Congress and Exposition*, Anaheim, IMECE2004-60251, November 2004.

64.  Y. Liu, H. Raza, T.S. Fisher, "Simulation of Thermionic Emission from a Quantum Wire Using the Non-equilibrium Green's Function Method," *2004 International Mechanical Engineering Congress and Exposition*, Anaheim, IMECE2004-59730, November 2004.

65.  J. Xu and T.S. Fisher, "Thermal Contact Conductance Enhancement with Carbon Nanotube Arrays," *2004 International Mechanical Engineering Congress and Exposition*, Anaheim, IMECE2004-60185, November 2004.

66.  J. Xu, T.S. Fisher, "Enhanced Thermal Contact Conductance using Carbon Nanotube Arrays," *Proceedings of the Ninth Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, Las Vegas, NV, pp. 549-555, June 2004.

67.  Daniel J. Schlitz, Suresh V. Garimella and T.S. Fisher, "Microscale Ion-driven Air Flow over a Flat Plate,"*2004 ASME Heat Transfer/Fluids Engineering Summer Conference*, HT-FED04-56470, Charlotte, NC, July 2004.

68.  T.S. Fisher, "Theory of Thermionic Emission from a Quantum Wire," *Sixth ISHMT/ASME Heat Transfer Conference*, Kalpakkam, India, 6 pp., January 2004.

69.  R. K. Garg, J. P. Gore, T. S. Fisher, "Numerical Simulation of Hydrocarbon-Hydrogen Reaction Chemistry in a CVD Reactor," *2003 ASME International Mechanical Engineering Congress and Exposition*, IMECE2003-42076, Washington, D.C., November 2003.

70.  Vishal Chopra, Vance Robinson, Frank Pfefferkorn, and T.S. Fisher, "Thermionic Electron Emission from Nanostructured Diamond," *2003 International Mechanical Engineering Congress and Exposition*, IMECE2003-41893, Washington, DC, November 2003.

71.  W. Zhang, T. S. Fisher, D. J. Schlitz, S. V. Garimella, "DSMC Simulation of Ion Generation in Atmospheric Air," *2003 International Mechanical Engineering Congress and Exposition*, IMECE2003-41803, Washington, DC, November 2003.

72.  D.J. Schlitz, S.V. Garimella, T.S. Fisher, "Numerical Simulation of Microscale Ion-driven Air Flow," *2003 International Mechanical Engineering Congress and Exposition*, IMECE 2003-41316, Washington, DC, November 2003.

73.  M.S. Peterson, T.S. Fisher, S.V. Garimella, and D.J. Schlitz, "Experimental Characterization of Low-Voltage Field Emission from Carbon-based Cathodes in Atmospheric Air," *2003 International Mechanical Engineering Congress and Exposition*, IMECE2003-41775, Washington, DC, November 2003.

74.  D.G. Walker, T.S. Fisher, "Modeling of Carbon Nanotube Emission Using Airy Functions," *2003 ASME Summer Heat Transfer Conference*, Las Vegas, NV, July 2003, paper #47276, pp. 1-6, 2003.

75.  R. K. Garg, J. P. Gore, T. S. Fisher, "Numerical Simulation of Gas Phase Reaction Chemistry in Methane-Hydrogen Mixtures," *Proceedings of the 2003 ASME Summer Heat Transfer Conference*, Las Vegas, NV, July 2003, paper #47474, pp. 1-7, 2003.

76.  W. Zhang, T.S. Fisher, "Application of the Lattice-Boltzmann Method to Sub-Continuum Heat Conduction," *2002 International Mechanical Engineering Congress and Exposition*, New Orleans, LA, November 2002, paper #IMECE2002-32122, pp. 1-6, 2002.

77.  D.G. Walker, T.S. Fisher, "Electron Transport and Anode Heating Due to Field Emission from Carbon Nanotubes," *2002 International Mechanical Engineering Congress and Exposition*, New Orleans, LA, November 2002, paper #IMECE2002-32126, pp. 1-8, 2002.

78.  A. Al-badri, D.G. Walker, R.D. Schrimpf, T.S. Fisher, "Single-Event Failure In Power Diodes," *2002 International Mechanical Engineering Congress and Exposition*, New Orleans, LA, November 2002, paper # IMECE2002-32116, pp. 1-7, 2002.

79.  A.B. Jorge, G.O. Ribeiro, T.S. Fisher, "New Gradient Recovery and External Domain Error Estimators: Extension to 2-D Elastostatics BEM," in *MECOM 2002 – 1st South American Congress on Computational Mechanics, III Brazilian Congress on Computational Mechanics, and VII Argentine Congress on Computational Mechanics*, Oct. 28-31, 2002, Santa Fe-Paraná, Argentina, proceedings published in *Mecánica Computacional*, S. R. Idelsohn, V. E. Sonzogni and A.Cardona (Eds.), Vol. XXI, pp. 1328-1349, 2002.

80.  A.B. Jorge, G.O. Ribeiro, T.S. Fisher, "Gradient Recovery and External Domain: Extension of Two New Error Estimators to 2-D Elastostatics BEM," in *GIMC 2002 – 3rd Joint Conference of Italian Group of Computational Mechanics and Ibero-Latin American Association of Computational Methods in Engineering, XIV Italian Congress of Computational Mechanics and XXIII CILAMCE*, June 24-26, 2002, Giulianova, Italy, Proceedings on CD-ROM, University of L'Aquila, Vol. 1, pp. 1-11, 2002.

*T.S. Fisher, p. 27*

81.  T.S. Fisher, D.G. Walker, R.A. Weller, "Analysis and Simulation of Anode Heating from Electron Field Emission," *Eighth Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems*, San Diego, June 2002.

82.  A.B. Jorge, T.A. Cruse, T.S. Fisher and G.O. Ribeiro, "Variational Self-regular Traction-BEM Formulation with Minimization of Inter-element Jump Discontinuities," *IABEM 2002 Symposium*, Austin, TX, USA, May 2002, Proceedings on CD-ROM, University of Texas at Austin, Vol. 1, pp. 1-13, 2002.

83.  A.B. Jorge, G.O. Ribeiro and T.S. Fisher, "Error Estimators For BEM Based On Partial Gradient Recovery For Higher Order Elements," WCCM V - *Fifth World Congress on Computational Mechanics*, Vienna, Austria, pp. 1-10, July 2002.

84.  S.H. Shin, T.S. Fisher, D.G. Walker, A.M. Strauss, W.P. Kang, J.L. Davidson, "High-Temperature Electron Emission from Diamond Films," *2001 International Mechanical Engineering Congress and Exposition*, New York, November 2001, paper #IMECE-2001-2674, pp. 1-5, 2001.

85.  A. Raman, D.G. Walker, T.S. Fisher, "Non-equilibrium Thermal Effects in SOI Power Transistors," *2001 International Mechanical Engineering Congress and Exposition*, New York, November 2001, paper #IMECE-2001-21693, pp. 1-7, 2001.

86.  A.B. Jorge, G.O. Ribeiro and T.S. Fisher, "Error Estimation and Adaptivity Approaches in BEM," in *BETEQ / IABEM2001 – Joint Meeting Of International Conference On Boundary Element Techniques And International Association For Boundary Element Methods*, Rutgers University, New Brunswick, NJ, July 2001, proceedings published as *Advances in Boundary Element Techniques II*, M. Denda, M. H. Aliabadi and A. Charafi (Editors), Hoggar, Geneva, pp. 117-126, 2001.

87.  A.B. Jorge, G. O. Ribeiro and T. S. Fisher, "Error Estimation Approaches for the Collocation Boundary Element Method," *Cilamce 2000 - 21st Iberian Latin-American Congress on Computational Methods in Engineering*, IMPA, Rio de Janeiro, RJ, pp.1-21, December 2000.

88.  T.S. Fisher and D.G. Walker, "Direct Refrigeration by Electron Field Emission from Diamond Microtips," *2000 International Mechanical Engineering Congress and Exposition*, Orlando, FL, HTD Vol. 366-2, pp. 325-330, November 2000.

89.  D.G. Walker, T.S. Fisher, J. Ralston-Good, and R.D. Schrimpf, "Coupled Phonon Energy Transport in Semiconductor Devices," *2000 International Mechanical Engineering Congress and Exposition*, Orlando, FL, HTD Vol. 366-2, pp. 373-380, November 2000.

90.  T.S. Fisher, A.M. Strauss, J.L. Davidson, and W.P. Kang, "Thermodynamic Characterization of a Diamond-Based Electron Emitter," *Proceedings of the 17th Symposium on Space Nuclear Power and Propulsion*, Albuquerque, NM, pp. 1313-1318, Jan. 2000.

91.  T.S. Fisher and K.E. Torrance, "Optimal Shapes of Fully Embedded Channels for Conjugate Cooling," *Proceedings of the 1999 International Mechanical Engineering Congress and Exposition*, Nashville, TN, November 1999.

92.  T.S. Fisher and K.E. Torrance, "Free Convection Limits for Pin-Fin Cooling," *Proceedings of the 1997 ASME National Heat Transfer Conference*, Baltimore, MD, HTD Vol. 339, pp. 129-138, August 1997.

93.  T.S. Fisher, K.E. Torrance, and K.K. Sikka, "Analysis and Optimization of a Natural Draft Heat Sink System," *Proceedings of the Fifth Intersociety Conference on Thermal Phenomena in Electronic Systems*, Orlando, FL, pp. 115-123, June 1996. (Awarded Best Paper at the conference)

94.  K.K. Sikka, T.S. Fisher, K.E. Torrance and C.R. Lamb, "Effect of Wind Tunnel Orientation on Mixed Convection from a Surface Mount Electronic Package," *Proceedings of the Fifth Intersociety Conference on Thermal Phenomena in Electronic Systems*, Orlando, FL, pp. 21-30, June 1996.

95.  L. Cao, J.P. Krusius, M. Korhonen and T.S. Fisher, "Transient Thermal Management in Electronic Packaging Using Dynamic Control of Power Dissipation and Heat Transfer," in *Proceedings of the 46th Electronic Components and Technology Conference*, Orlando, FL, pp. 205-211, May 1996.

96.  L. Cao, J.P. Krusius, T.S. Fisher, and C.T. Avedisian, "Transient Energy Management Strategies for Portable Systems," in *Proceedings of the 45th Electronic Components and Technology Conference*, Las Vegas, NV, pp. 1161-1165, May 1995.


## Conference Proceedings and Presentations

(Acceptance Based on Abstract Review)

1.  K.R. Saviers, M. Alrefae, T.S. Fisher, "Continuous manufacturing of graphitic petals on carbon fibers," Technical Presentation IMECE2016-67210, 2016 International Mechanical Engineering Congress & Exposition, Phoenix, AZ, Nov. 2016.

2.  M. Alrefae, A. Kumar, A.A. Candadai, P. Pandita, I. Bilionis, T.S. Fisher, "Roll-to-roll manufacturing of graphene using plasma chemical vapor deposition," Technical Presentation IMECE2016-67235, 2016 International Mechanical Engineering Congress & Exposition, Phoenix, AZ, Nov. 2016.

3.  J. Shi, J. Lee, Y. Dong, A. Roy, T.S. Fisher, X. Ruan, "Phonon mode conversion at dimensionally- mismatched interfaces: carbon nanotube-graphene junction," Technical Presentation IMECE2016-67689, 2016 International Mechanical Engineering Congress & Exposition, Phoenix, AZ, Nov. 2016.

4.  J. Shi, X. Ruan, T.S. Fisher, "Decomposition of thermal boundary resistance across carbon nanotube-graphene junctions," Technical Presentation IMECE2016-67889, 2016 International Mechanical Engineering Congress & Exposition, Phoenix, AZ, Nov. 2016.

5.  A.A. Candadai, V. Jain, S. Mungamuru, T.S. Fisher, "Application of the McKelvey-Shockley flux method for ballistic-diffusive steady state heat transfer with generation," Technical Presentation IMECE2016-66214, 2016 International Mechanical Engineering Congress & Exposition, Phoenix, AZ, Nov. 2016.

6.  J.D. Engerer, T.S. Fisher, "Cooling of transient, high-heat-flux loads generated by thermally sensitive devices," AIAA Aviation 2016, Oral Presentation, Washington, DC, June 2016.

7.  M. Hao, T.S. Fisher, "Brazed carbon nanotube-graphene hybrids as efficient thermo-mechanical high-temperature interfaces," poster #34, Gordon Research Conference on Multifunctional Materials & Structures, Ventura, CA, February 2016.

8.  Galen R. Jackson, T.S. Fisher, "Response of porous foams filled with phase change material under transient heating," paper AIAA 2015-2811, 45th AIAA Thermophysics Conference, Dallas, TX, 2015.

9.  Ritu Gupta, Kimberly Saviers, Guoping  Xiong, Ronald Reifenberger, and Timothy S. Fisher, "Electric double-layer supercapacitor based on 3D graphitic petals with iongel electrolyte," ACS National Meeting and Expo, paper ENFL 147, March 2015.

10.  J. Doty, K. Yerkes, L. Byrd, J. Murthy, A. Alleyne, M. Wolff, S. Heister, T.S. Fisher, "Dynamic thermal management for aerospace technology: a review and outlook," 53rd

AIAA Aerospace Sciences Meeting, paper AIAA 2015-2086, Kissimmee, FL, January 2015.

11.  G.R. Jackson, K.C. Smith, P.C. McCarthy, T.S. Fisher, "Simulation of thermal storage in wax-impregnated porous foams with a pore-scale submodel," 11th Annual AIAA/ASME Joint Thermophysics and Heat Transfer Conference, paper AIAA-2014-3122, Atlanta, GA, 2014.

12.  Kai Miao, Hesameddin Ilatikhameneh, Yu He, Michael Povolotskyi, Gerhard Klimeck, Tillmann Kubis, T.S. Fisher, "Thermal transport across strain relaxed Si/Ge interfaces," presented at the 17th International Workshop on Computational Electronics, Paris, France, June 3-6, 2014.

13.  M. Hao, K. Saviers, R. Paul, T.S. Fisher, "Brazing of Carbon Nanotube Arrays for High-Temperature Thermal Interface Applications," poster IMECE2013-66327, presented at the 2013 International Mechanical Engineering Congress & Exposition, San Diego, CA, Nov. 2013.

14.  J.W. Boley, C.C. Shou, P. McCarthy, T.S. Fisher, G.TC. Chiu, "The Role of Coalescence in Inkjet Printing Functional Films: An Experimental Study," NIP & Digital Fabrication Conference, (2), 508-513, Sept. 2013.

15.  J.W. Boley, C.C. Shou, P. McCarthy, T.S. Fisher, G.TC. Chiu, "Effect of Print Masks on the Functional Performance of Inkjet Printed Pd Hexadecanethiolate in Toluene," NIP & Digital Fabrication Conference, (2), 514-518, Sept. 2013.

16.  C.C. Shou, P. McCarthy, G.TC. Chiu, T.S. Fisher, "A Study of Inkjet Printed Line Morphology Using Volatile Ink with Non-zero Receding Contact Angle for Conductive Trace Fabrication," NIP & Digital Fabrication Conference, (2), 384-389, Sept. 2013.

17.  K. Fisher, G. Xiong, T.S. Fisher, "Thin Electrical Double Layer Simulation of Micro-electrochemical Supercapacitors," SRC TECHCON, Sept. 2013.

18.  Victoria A. Farnsworth, Mark S. Lundstrom, Supriyo Datta, Ron Reifenberger, Arvind Raman, Timothy Fisher, Alejandro Strachan, Michael McLennan, Swaroop Shivarajapura, Lynn K. Zentner, Krishna Madhavan, Gerhard Klimeck, "nanoHUB-U: A Science Gateway Structured Online Education," 13th IEEE International Conference on Nanotechnology (IEEE-NANO 2013), Shangri-La Hotel, Beijing, China, Aug 2013.

19.  A. Tuesta, A. Bhuiyan, T.S. Fisher, R.P. Lucht , "Laser diagnostics of plasma in synthesis of graphene-based materials,"  2013 Colombia-US Workshop on Nanotechnology for Energy and Medical Applications, Medellin, Colombia, March 2013.

20.  G. Xiong, R. Paul, R. Reifenberger, T.S. Fisher, "Graphitic electrodes modified with boron and nitrogen for electrochemical energy storage enhancement," abstract C39.00010, American Physical Society Meeting, Baltimore, March 2013.

21.  P.T. McCarthy, T.S. Fisher, E.E. Marinero, "Magneto thermoelectric generator with carbon nanotube thermal interfaces," abstract Z12.00009, American Physical Society Meeting, Baltimore, March 2013.

22.  Ishan Srivastava, Kyle Smith, T.S. Fisher, "Columnar self assembly for scalable, high-performance thermoelectrics," 2012 Fall MRS Meeting, paper # B12.26, Boston, November 2012.

23.  Kyle Smith, Ishan Srivastava, Sridhar Sadasivam, T.S. Fisher, "Strict, Athermal jamming of soft, frictionless grains," 2012 Fall MRS Meeting, paper # U1.06, Boston, November 2012.

24.  Rajib Paul, Kimberly Saviers, Dmitry Zemlyanov, Steven Fairchild, Andrey Voevodin, Jianjun Hu, T.S. Fisher, "Controlled chemical modification of carbon nanotubes with

boron-nitride and related electrical characteristics," 2012 Fall MRS Meeting, paper # W3.44, Boston, November 2012.

25.   Jeffrey Engerer, Andrei O. Dubitsky, Rajib Paul, T.S. Fisher, "Enhanced desorption enthalpy from a mesoporous foam for rapid thermal energy storage," 2012 International Mechanical Congress & Exposition, paper # IMECE2012-85957, Houston, TX, November 2012.

26.   Stephen Hodson, Anurag Kumar, Richard Garrelts, Xianfan Xu, T.S. Fisher, "CNT arrays reinforced with integral graphene petals as a thermal interface material," 2012 International Mechanical Congress & Exposition, paper # IMECE2012-87499, Houston, TX, November 2012.

27.   Anurag Kumar, Andrey Voevodin, Timothy Fisher, "Thermal interface resistance between a carbon fiber and its epoxy matrix," 2012 International Mechanical Congress & Exposition, paper # IMECE2012-88298, Houston, TX, November 2012.

28.   Jennifer L. Wohlwend, Placidus Amama, Patrick Shamberger, Vikas Varshney, Ajit Roy, T.S. Fisher, "First principles study of the effect of Ti-based additives on the electronic structure of $LiAlH_4$," 2012 International Mechanical Congress & Exposition, paper # IMECE2012-89251, Houston, TX, November 2012.

29.   K.C. Smith, M. Alam, T.S. Fisher, "Jamming of particles with cubo-octahedral symmetry," 21st International Conference on Discrete Simulation of Fluid Mechanics, Bangalore, July 2012.

30.   K.R. Saviers, S.L. Hodson, J.R. Salvador, L.S. Kasten, T.S. Fisher, "Carbon nanotube arrays for enhanced thermal interfaces to thermoelectric modules," 10th International Energy Conversion Engineering Conference, paper # AIAA-2012-4048, Atlanta, July 2012. (winner of 2012 Best Student Paper Award from the AIAA Aerospace Power Systems Technical Committee)

31.   A. Kumar, A. Voevodin, R. Paul, D. Zemlyanov, D. Zakharov, J. Remmert, I. Altfeder, T.S. Fisher, "Rapid synthesis and in-situ nitrogen doping of few-layer graphene using microwave plasma chemical vapor deposition (MPCVD)," paper TS4-1-9, International Conference on Metallurgical Coatings & Thin Films, San Diego, CA, April 2012.

32.   A. Kumar, A. Voevodin, R. Paul, D. Zemlyanov, D. Zakharov, J. Remmert, I. Altfeder, T.S. Fisher, "Characterization of graphene on Cu and SiC surfaces," paper TS4-1-6, International Conference on Metallurgical Coatings & Thin Films, San Diego, CA, April 2012.

33.   T.S. Fisher, S.L. Hodson, A. Kumar, A. Voevodin, "Heat flow across heterojunctions: Toward useful nanoscale thermal interface materials," paper TS1-1-4 (invited), International Conference on Metallurgical Coatings & Thin Films, San Diego, CA, April 2012.

34.   P.B. Amama, J. Grant, P. Shamberger, A. Voevodin, T.S. Fisher, "Modified lithium alanate for high-capacity thermal energy storage," paper TS1-1-9, International Conference on Metallurgical Coatings & Thin Films, San Diego, CA, April 2012.

35.   R. Paul, A. Voevodin, P.B. Amama, S. Ganguli, A.K. Roy, T.S. Fisher,  J.J. Hu, "Microwave-assisted surface synthesis of amorphous and crystalline boron-carbon-nitrogen foams for thermal physisorption applications," paper F3-1-6, International Conference on Metallurgical Coatings & Thin Films, San Diego, CA, April 2012.

36.   David Altman, Anurag Gupta, Sung Guk Lee, Stephen Hodson, Timothy Fisher, Anuradha Bulusu, Samuel Graham, Baratunde Cola, "Solder bonded carbon nanotube TIMs for compliant, high performance die attach," 2012 GOMACTech Conference, San Diego, CA, March 2012.

37.    Ishan Srivastava, Timothy S. Fisher, S. Fernando, A.C. Catlin, Puneet Gupta, Preeti S. Rao, "Online thermal properties database for structure-property correlated materials," 2011 International Mechanical Congress & Exposition, paper # IMECE2011-64551, Denver, CO, 2011.

38.    K.C. Smith, P. Mukherjee, T.S. Fisher, "Microstructural modeling of LiFePO$_4$ Granular cathodes: toward enhanced ion transport," 2011 Fall ECS Meeting, Abstract # 748, Boston, MA.

39.    Narendra Kurra, Gyan Prakash, Basavaraja S., T.S. Fisher, Kulkarni G., R.G. Reifenberger, "Formation and electrical characterization of mesoscopic graphitic islands using AFM bias lithography," International Conference on Materials for Advanced Technologies, Symposium J: Nanoscale Patterning, Assembly, and Surface Modification, paper ICMAT11-A-1870, Singapore, 2011.

40.    J.C. Claussen, A. ul Haque, M.S. Artiles, S. Mohanty, J. Shi, J.L Rickus, T.S. Fisher, D.M. Porterfield, "Carbon nanotube networks augmented with tunable metallic nanostructures as electrochemical biosensors," Proceedings of the Annual Meeting of the Institute of Biological Engineering, Cambridge, MA, 2010.

41.    J.C. Claussen, S.J. Vander Laan, R.A. Sayer, T.S. Fisher, M.D. Porterfield, "Nanostructured platinum coated carbon nanotube caterpillars as electrochemical biosensors," Proceedings of the Materials Research Society Fall 2010 Meeting, Boston, MA, 2010.

42.    J.C. Claussen, A. ul Haque, M.S. Artiles, S. Mohanty, J. Shi, S.S Sungwon, J.L Rickus, T.S. Fisher, D.M. Porterfield, "Electrochemical biosensors of templated nanoelectrode arrays," Proceedings of the Annual Meeting of the Institute of Biological Engineering, Cambridge, MA., 2010.

43.    J.C. Claussen, D.M. Porterfield, T.S. Fisher, "Biosensor capture kinetics model of nanocube-augmented carbon nanotube networks," Proceedings of Materials Research Society Fall 2009 Meeting, 2009.

44.    Kishore Uppireddi, T.L. Westover, T.S. Fisher, B.R. Weiner, G. Morell, "Thermionic emission energy distribution from nanocrystalline diamond for direct thermal-electrical energy conversion applications," Proceedings of Materials Research Society Fall 2009 Meeting, 2009.

45.    J.C. Claussen, A. ul Haque, T.S. Fisher, M.D. Porterfield, "A highly sensitive nanocube augmented carbon nanotube-based lab-on-a-chip platform for continuous astronaut health monitoring," American Society of Gravitational and Space Biology Annual Conference, Raleigh, NC, 2009.

46.    K. C. Smith, and T. S. Fisher, "Physics based models for metal hydride particle morphology, distribution, and effective thermal conductivity," Proceedings of Materials Research Society Spring 2009 Meeting, 2009.

47.    A. D. Franklin, T. S. Fisher, "Toward manufacturable nanoelectronics using templated vertical carbon nanotubes," *GOMAC Tech 2009*, Paper 19.3, Orlando, FL, 2009. (*winner of the conference's Meritorious Paper Award*)

48.    B.A. Cola and T.S. Fisher, "Contact Mechanics of Carbon Nanotube Array Interfaces," *Fall 2008 Materials Research Society Conference*, Boston, MA, 2008.

49.    A. D. Franklin, J. C. Claussen, R. A. Sayer, T. D. Sands, D. B. Janes, T. S. Fisher, "Vertically aligned arrays of templated single-walled carbon nanotubes for nanoelectronics," *Fall 2008 Materials Research Society Conference*, Boston, MA, 2008.

50.  D. B. Go, T. S. Fisher, S. V. Garimella, and V. Bahadur, "Planar microscale ionization devices in atmospheric air with diamond-based electrodes," in *19th European Sectional Conference on Atomic and Molecular Physics of Ionized Gases*, Granada, SPAIN, 2008.

51.  A. D. Franklin, J.A. Zuidema, T. S. Fisher, "Fabrication of porous anodic titania thin films for application in solar cells," *Joint India-US Workshop on Scalable Nanomaterials for Enhanced Energy Transport, Conversion and Efficiency*, Bangalore, India, 2008.

52.  A. D. Franklin, R. A. Sayer, J. C. Claussen, T. D. Sands, D. B. Janes, T. S. Fisher, "Self-aligned ordered arrays of vertical carbon nanotubes with controllable lengths," *2008 Electronic Materials Conference*, Santa Barbara, CA, 2008.

53.  A. D. Franklin, R. A. Sayer, T. D. Sands, D. B. Janes, T. S. Fisher, "Templated vertical carbon nanotube devices with wrap-around gating," *International Conference on Nanoscience and Technology (ICN-T)*, Keystone, CO, 2008.

54.  R. A. Sayer, S. Kim, A. D. Franklin, C. Lan, R. G. Reifenberger, S. Mohammadi, T. S. Fisher, "Measurement of thermal resistance by shot noise in carbon nanotubes," *International Conference on Nanoscience and Technology (ICN-T)*, Keystone, CO, 2008.

55.  J. T. Smith, A. D. Franklin, Q. Hang, T. S. Fisher, T. D. Sands, D. B. Janes, "Silicon supported porous anodic alumina templates with long-range order for vertical nanoscale devices," *2007 Electronic Materials Conference*, South Bend, IN, 2007.

56.  A. D. Franklin, J. T. Smith, T. D. Sands, T. S. Fisher, D. B. Janes, "Semi-vertical SWNT FETs: Steps towards verticality and manufacturability," *Nano and Giga Challenges in Electronics and Photonics*, Phoenix, AZ, 2007.

57.  B.A. Cola, M.R. Maschmann, C. Henry, and T.S. Fisher. Copper Foil/Carbon Nanotube Array Thermal Interface Materials used For CPU Burn-In. *Proceedings of VMIC-VLSI/ULSI Multilevel Interconnect Conference*, Fremont, CA, 2007. *Invited*

58.  A.D. Franklin, J.T. Smith, M.R. Maschmann, D.B. Janes, T.D. Sands, T.S. Fisher, "Lithography-free In Situ Ohmic Contacts to Single-Walled Carbon Nanotubes," 2006 *MRS Fall Meeting*, paper Q6.6, Boston, November 2006.

59.  D.B. Go, T.S. Fisher, S.V. Garimella, "Direct Simulation Monte Carlo Analysis of Microscale Field Emission and Ionization of Atmospheric Air," *2006 International Mechanical Engineering Congress and Exposition*, IMECE2006-14476, Chicago, November 2006.

60.  P.B. Amama, M.R. Maschmann, T.S. Fisher, T.D. Sands, "Dendrimer-Templated Fe Nanoparticles for the Growth of Single-Wall Carbon Nanotubes by Plasma-Enhanced CVD," AIChE Annual Meeting, San Francisco, CA, #8a-22a, November 2006.

61.  P.B. Amama, O. Ogebule, M.R. Maschmann, T.D. Sands, T.S. Fisher, "Dendrimer-Assisted Low-Temperature Growth of Carbon Nanotubes by Plasma-Enhanced Chemical Vapor Deposition," AIChE Annual Meeting (poster), San Francisco, CA, #164v, November 2006.

62.  A.D. Franklin, M.R. Maschmann, M. DaSilva, D.B. Janes, T.S. Fisher, and T. Sands, "Contact Metallization Process for Vertical Carbon Nanotube Arrays Templated in Porous Anodic Alumina," *2006 Electronic Materials Conference*, State College, PA, June 2006.

63.  P.B. Amama, M.R. Maschmann, T.S. Fisher, T.D. Sands, "Plasma-Enhanced CVD Growth of Single-Wall Carbon Nanotubes Using Dendrimer-Stabilized Fe Nanoparticles," *2006 NSTI Nanotechnology Conference and Trade Show*, Paper # 1043, Boston, Massachusetts, May 2006.

64.  J.S. Zhang, Y. Zheng, T.S. Fisher, P.V. Ramachandran and J.P. Gore, "Experimental Study of a 1 kWe Sodium Borohydride Hydrogen Storage System," *2006 National Hydrogen Association Annual Conference*, #2997, Long Beach, CA, March 2006.

65. A.D. Franklin, M.R. Maschmann, P.B. Amama, D.B. Janes, T.S. Fisher, T.D. Sands, "Contacting Vertical Single-Walled Carbon Nanotube Arrays Using Palladium Nanowires," *France – US Workshop on Nanobiotechnology* (poster), Washington, DC, March 2006.

66. P.B. Amama, O. Ogebule, M.R. Maschmann, T.D. Sands, T.S. Fisher, "Dendrimer-Assisted Low-Temperature Growth of Carbon Nanotubes by Plasma-Enhanced Chemical Vapor Deposition," *231st ACS National Meeting*, Atlanta, GA, March 2006.

67. P. B. Amama, M. R. Maschmann, T. S. Fisher, T. D. Sands, "Plasma-Enhanced CVD Synthesis of High-Quality Carbon Nanotubes Using Dendrimer-Encapsulated Iron Nanoparticles," *13th Foresight Conference on Advanced Nanotechnology*, San Francisco, October 2005.

68. M. R. Maschmann, P. B. Amama, T. S. Fisher, T. D. Sands, "Synthesis of Isolated Vertical Single-Wall Carbon Nanotubes from Porous Templates," *13th Foresight Conference on Advanced Nanotechnology*, San Francisco, October 2005.

69. P. B. Amama, M. R. Maschmann, T. S. Fisher, T. D. Sands, "Plasma-Enhanced CVD Synthesis of Single-Walled Carbon Nanotubes using Dendrimer-Encapsulated Iron Nanoclusters," *230th ACS National Meeting*, U2040, Washington, DC, August 2005.

70. M. R. Maschmann, P. B. Amama, T. S. Fisher, "Synthesis of Vertically Oriented Single-Walled Carbon Nanotubes using Plasma-Enhanced CVD and Applied Substrate Bias," (poster) *230th ACS National Meeting*, Washington, DC, August 2005.

71. J.S. Zhang, T.S. Fisher, P.V. Ramachandran, and J.P. Gore, "Measurements of Kinetics of Liquid-Phase Catalysis -- Sodium Borohydride Hydrolysis Catalyzed by Ru on Activated Carbon," *2005 National Hydrogen Association Annual Conference*, Washington, DC, March 2005.

72. R. Gat, M.M. Maschmann, A. Goyal, Z. Iqbal and T.S. Fisher, "Single and Multiwall Carbon Nanotube Deposition using Dedicated Microwave CVD System," *2005 NSTI Nanotechnology Conference*, Paper # 273, Anaheim, May 2005.

73. J. Li, W.J. Lu, V.S. Robinson, T.S. Fisher, C.M. Lukehart, "Enhanced mechanical robustness and chemical resistance of GCNF/SiC/carbon felt nanocomposites as field-emission materials," *Abstracts of Papers of the American Chemical Society*, Vol. 229 (032-IEC Part 1), p. U914, March 2005.

74. X. Hu, A.A. Padilla, J. Xu, T.S. Fisher, K. E. Goodson, "Thermal Characterization of Aligned Carbon Nanotubes on Silicon," *Proceedings of the 21st SEMI-THERM Symposium*, pp. 292-297, San Francisco, March 2005.

75. M.R. Maschmann, Amit Goyal, Z. Iqbal, T.S. Fisher, Roy Gat, "Growth of Single-Walled Carbon Nanotubes by Microwave Plasma Enhanced Chemical Vapor Deposition," *2004 Fall Meeting of the Materials Research Society*, Paper # HH1.3, Boston, December 2004.

76. S.S. Kim, M.R. Maschmann, T.S. Fisher, "Effects of Gas Composition and Catalyst Thickness on Carbon Nanotube Synthesis by Plasma Enhanced Chemical Vapor Deposition," *2004 International Mechanical Engineering Congress and Exposition*, IMECE2004-59784, Anaheim, November 2004.

77. V.S. Robinson, T. S. Fisher, Yoshiyuki Show, Greg Swain, "Thermionic Emission from Surface-Treated Nanocrystalline Diamond," *Ninth International Symposium on Diamond Materials*, part of the 206th Meeting of The Electrochemical Society, Paper No. U1-1827, Honolulu, HI, October 2004.

78. Y. Liu, T.S. Fisher, "Simulation of Thermionic Emission from Quantum Wires," *ASME Integrated Nanosystems Conference*, NANO2004-46041, Pasadena, CA, September 2004.

79. M.R. Maschmann, Amit Goyal, Z. Iqbal, T.S. Fisher, Roy Gat, "Growth and Characterization of Single-Walled Carbon Nanotubes by Microwave Plasma Enhanced Chemical Vapor Deposition," *2004 Electronic Materials Conference*, Paper R9, Notre Dame, IN, June 2004.

80. Mark K. McQuain, Kevin Seale, Joel Peek, T.S. Fisher, Shawn Levy, Mark Stremler, Frederick R. Haselton, "Chaotic Mixer Improves Microarray Hybridization," *2003 BMES Annual Fall Meeting*, Nashville, October 2003.

81. R. K. Garg, J. P. Gore, T. S. Fisher, D. Hash, M. Meyyappan, "A Computational Study of Gas Phase Chemistry in Carbon Nanotube Synthesis by PECVD," *Proceedings of the 2003 Third IEEE Conference on Nanotechnology*, San Francisco, CA, August 2003, Paper #TJ2, pp. 1-4, 2003.

82. R. K. Garg, J. P. Gore, T. S. Fisher, "Numerical Simulation of Hydrogen-Hydrocarbon Reactions for Applications in Nanocarbon Synthesis," *Proceedings of the Third Joint Meeting of the US Sections of the Combustion Institute*, Chicago, IL, March 2003, paper #F37, pp. 1-6, 2003.

83. Y. Wang, T.S. Fisher, J.L. Davidson, L. Jiang, "Thermal Conductivity of Nanoparticle Suspensions," *8th AIAA/ASME Joint Thermophysics and Heat Transfer Conference*, St. Louis, June 2002, paper #AIAA-2002-3345, pp. 1-6, 2002.

84. C.T. Harris, P.W. Majsztrik T.S. Fisher, J.L. Davidson, W.P. Kang, "Thermal-Field Electron Emission from Nanostructured CVD Diamond Films," *8th AIAA/ASME Joint Thermophysics and Heat Transfer Conference*, St. Louis, June 2002, paper #AIAA-2002-3024, pp. 1-7, 2002.

85. P.W. Majsztrik, T. S. Fisher, "Analysis of a Diamond-Based Solar-Thermionic Power Generation System," *8th AIAA/ASME Joint Thermophysics and Heat Transfer Conference*, St. Louis, June 2002, paper #AIAA-2002-2903, pp. 1-8, 2002.

86. J.L. Davidson, W.P. Kang, T.S. Fisher, K. Holmes, A. Wisitsora-at, and M. Howell, "Some Practical Examples of Diamond Microelectromechanical Structures (DMEMS)," *2001 Joint International Meeting/200th Meeting of the Electrochemical Society*, San Francisco, CA., September 2-7, 2001.

87. A.B. Jorge, T. A. Cruse, and T. S. Fisher, "Asymptotic near crack contour behavior of the self-regular traction boundary integral equation". in 6th USNCCM - *6th US National Congress in Computational Mechanics*, Dearborn, Michigan, p. 326, August 2001.

88. S.H. Shin, T.S. Fisher, D.G. Walker, A.M. Strauss, W.P. Kang, J.L. Davidson, "High-Temperature Electron Emission from Diamond Films for Energy Conversion Applications," *Proceedings of the 2001 International Vacuum Microelectronics Conference*, Davis, CA, pp. 269-270, August 2001.

89. Wisitsora-at, W. P. Kang, J. L. Davidson, D. V. Kerns, T.S. Fisher, "Diamond Field Emission Triode with Low Gate Turn-on Voltage and High Gain," *Proceedings of the 2001 International Vacuum Microelectronics Conference*, Davis, CA, pp. 285-286, August 2001.

90. D.G. Walker, T.S. Fisher, J.L. Davidson, W.P. Kang, "Parameter Estimation for Electron Field Emission," *Proceedings of the Sixth Applied Diamond Conference*, Auburn, AL, pp. 144-149 August 2001.

91.   T.S. Fisher, D.G. Walker, and A.B. Jorge, "A Self-Regular Boundary Element Method for Near-Boundary Heat Transfer," *2000 International Mechanical Engineering Congress and Exposition*, Orlando, FL, November 2000.

92.   D.G. Walker, J. Liu, T.S. Fisher, and R.D. Schrimpf, "Thermal Characterization of Single Event Burnout Failure in Semiconductor Power Devices," *Proceedings of the 16th Annual IEEE Semiconductor Thermal Measurement and Management Symposium (SEMITHERM)*, San Jose, CA, pp. 213-219, March 2000.

93.   T.S. Fisher and K.E. Torrance, "Experiments on Chimney-Enhanced Free Convection," presented at *TECHCON '98*, Semiconductor Research Corporation, Las Vegas, NV, September 1998.

94.   L.P. Cao, J.P. Krusius, T.S. Fisher, C.T. Avedisian, "Transient Energy Management Strategies for Portable Systems," *Proceedings of the 45th Electronic Components and Technology Conference*, pp. 1161-1165, 1995.

## Citation Summary



Source: ISI Web of Science, accessed 30 Jan 2018. ISI h-index: 39. Google Scholar h-index: 49.

## Presentations

1.  T.S. Fisher, "Practice your scales! Thermal, energy and bio nanomaterials for fast processes," UC Riverside Mechanical Engineering Graduate Student Association Symposium, May 2018. (invited)

2.  T.S. Fisher, "Roll-to-roll Plasma Chemical Vapor Deposition for Scalable Nanomanufacturing of Graphene with Energy and Biosensing Applications," California NanoSystems Institute and Mechanical & Aerospace Engineering Joint Seminar, UCLA, May 2018. (invited)

3.  T.S. Fisher, "Thermal Materials and Fast Transient Processes for Aerospace (and more)," University of California Irvine Mechanical & Aerospace Engineering Seminar, April 2018. (invited)

4.  T.S. Fisher, "Thermal Materials and Fast Transient Processes for Aerospace," Yazaki Technology Center America seminar, March 2018. (invited)

5.  T.S. Fisher, "Multifunctional graphene petal-based heterostructure nanocomposites," International Conference on Nanoscience and Technology, ICONSAT 2018, Bengaluru, India, March 2018. (invited)

6.  T.S. Fisher, "From materials to controlled systems: Building an industry-focused research center," ASME Mechanical Engineering Education Leadership Summit, San Diego, CA, March 2018. (invited)

7.  T.S. Fisher, "Thermal Materials and Fast Transient Processes for Aerospace," HRL Seminar Series, HRL Laboratories, Malibu, CA, March 2018. (invited)

8.  T.S. Fisher, "Thermal, energy and bio nanomaterials for fast, multiscale processes," Central South University, State Key Lab for Powder Metallurgy Seminar, August 2017. (invited)

9.  T.S. Fisher, "Thermal, energy and bio nanomaterials for fast, multiscale processes," Zhejiang University, State Key Lab for Clean Energy Utilization Seminar, August 2017. (invited)

10. T.S. Fisher, "Thermal, energy and bio nanomaterials for fast processes," Lanzhou University Engineering Seminar, August 2017. (invited)

11. T.S. Fisher, "Practice your scales! Thermal, energy and bio nanomaterials for fast processes," UCLA Department of Mechanical and Aerospace Engineering Seminar, September 2016. (invited)

12. T.S. Fisher, "New Thinking on the Third Offset," Panelist at the Purdue Symposium on Global Security and Defense Innovation, December 2016. (invited)

13. T.S. Fisher, "Practice your scales! Thermal, energy and bio nanomaterials for fast processes," UCLA Department of Mechanical and Aerospace Engineering Seminar, September 2016. (invited)

14. T.S. Fisher, "Heat flow across interfaces and heterojunctions: toward useful and well characterized thermal interfaces," Northrop Grumman, NG Next Seminar, Manhattan Beach, CA, September 2016. (invited)

15. T.S Fisher, "Thermal materials and fast transient processes for aerospace," InterPACK Workshop, Santa Clara, CA, June 2016. (invited)

16. T.S. Fisher, "Cross-interface coupling of phonons and electrons," 2016 Office of Naval Research Thermal Science and Engineering Program Review, Charlottesville, VA, June 2016.

17. T.S. Fisher, "Heat flow across interfaces and heterojunctions," 3rd International Conference on Phononics and Thermal Energy Sciences, Xi'an, China, May 2016. (invited)

18. T.S. Fisher, "Heat flow across heterojunctions: Toward well characterized and useful thermal interfaces," University of Illinois Department of Mechanical Science and Engineering Seminar, Urbana-Champaign, IL, May 2016. (invited)

19. T.S. Fisher, "Online nanotechnology curriculum: nanoHUB-U and edX," Center for Soft Matter and Nanosciences, Bangalore, India, March 2016. (invited)

20. T.S. Fisher, "Thermal and energy nanomaterials for fast processes," Workshop on Nanoscience and Nanotechnology, sponsored by the Indian Academies of Sciences, Alva's Institute of Engineering and Technology, Moodbidri, Karnataka, March 2016. (invited)

21. T.S. Fisher, "Practice your scales! Thermal and energy nanomaterials for fast processes," University of Illinois Department of Mechanical Science and Engineering Seminar, Urbana-Champaign, IL, January 2016. (invited)

22. T.S. Fisher, "Nanoscale thermal transport," presented in a special panel session of the AIAA Terrestrial Energy Committee, AIAA SciTech 2016, San Diego, January 2016.

23. T.S. Fisher, "Synthesis and characterization of materials for energy storage," Global Initiative of Academic Networks short course (7 lectures + concluding remarks, see http://www.livemyevent.in/iitj/mtm.html), sponsored by the Indian Department of Human Resource Development, at Indian Institute of Technology - Jodhpur, December 2015. (invited)

24. T.S. Fisher, "Emerging thermal and energy nanomaterials for rapid transient events," Center for Soft Matter and Nanosciences, Bangalore, India, December 2015. (invited)

25. T.S. Fisher, "Thermal effects in supercapacitors," ICMS-Cambridge Winter School on Chemistry and Physics of Materials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, December 2015. (invited)

26. T.S. Fisher, "Mathematics for solving interfacial vibrational energy flow problems," Hamad bin Khalifa University, Qatar, Graduate Math Lecture, Oct. 2015. (invited)

27. T.S. Fisher, "Bi-and tri-metal oxide and hydroxide nanoneedles with extraordinary pseudocapacitive characteristics," 11th JNC Research Conference on Chemistry of Materials, Alleppey, Kerala, India, Oct. 2015. (invited)

28. T.S. Fisher, "Emerging thermal and energy nanomaterials for rapid transient events," Missouri University of Science & Technology, Mechanical Engineering Seminar, Sept. 2015. (invited)

29. T.S. Fisher, "Graphene and h-BN structures for corrosion protection and enhanced desorption enthalpy," Workshop on Theory and Experiment in Mixed Carbon / Boron Nitride Nanostructures, University of Reading, UK, August 2015. (invited)

30. T.S. Fisher, "Scalable, roll-to-roll synthesis of graphene-based materials for power and thermal applications," Northrop Grumman Aerospace Systems Nanotechnology Basic Research Workshop, Rediondo Beach, CA, July 2015. (invited)

31. S. Sadasivam, K. Miao, T. Kubis, T.S. Fisher, "Atomistic simulations of heat transport across metal-semiconductor interfaces," ASME 2015 Applied Mechanics and Materials Conference, Seattle, WA, June 2015. (keynote, invited)

32. T.S. Fisher, "Thermionic and Photo-excited Electron Emission for Energy Conversion Processes with 2D Materials," International Computational Workshop on Solar Energy, Qatar Energy and Environmental Research Institute, April 2015. (invited)

33. Ritu Gupta, Kimberly Saviers, Guoping Xiong, Ronald Reifenberger, T.S. Fisher, "Electric double-layer supercapacitor based on 3D graphitic petals with ionogel electrolyte," 249th ACS National Meeting & Expo, Denver, March 2015. (invited)

34. Ritu Gupta, Guoping Xiong, Anurag Kumar, T.S. Fisher, "Scalable Production of Metal-Oxide Coated 3D Graphene for Electrochemical Energy Storage," JNCASR - Purdue Workshop on Nanomaterials for Energy, Bangalore, March 2015. (invited)

35. T.S. Fisher, G.U. Kulkarni, "The India-US Joint Networked Centre on Nanomaterials for Energy," Indo-US Joint Center Monitoring Workshop, Bangalore, March 2015. (invited)

36. Guoping Xiong, Kerry Maize, Arpan Kundu, Ali Shakouri, Ronald. G. Reifenberger, and Timothy S. Fisher, "Graphitic petals for electrochemical energy storage," Joint Indo-US Workshop on Nanomaterials for Energy, West Lafayette, September 2014.

37. T.S. Fisher, "nanoHUB-U in a Flipped Class: Effect on Depth of Learning," Workshop on Cloud-based modeling and simulations to enhance student learning in engineering and science, 121st ASEE Annual Conference and Exposition, Indianapolis, June 2014. (invited)

38. T.S. Fisher, "The Landauer Approach Applied to Heat Flow in Nanomaterials," ICMS-Cambridge Winter School on Chemistry and Physics of Materials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, December 2013. (invited)

39. T.S. Fisher, "Emerging Thermal Materials and Transient Processes for Aerospace," Honeywell Aerospace Advanced Technology Lecture, Torrance, CA, November 2013

40. T.S. Fisher, "A pocket guide to nanoHUB 2013," presented at Georgia Tech Open Access Week, October 2013. (invited)

41. T.S. Fisher, "PurdueNExT's Online Nanotechnology Curriculum," presented at various universities in India (Bangalore, Pune), October 2013.

42.     T.S. Fisher, "Nanosheet and granular structures for electrochemical energy storage," Chemistry and Physic of Materials Seminar, J. Nehru Centre for Advanced Scientific Research, Bangalore, August 2013. (invited)

43.     T.S. Fisher, "Thermal energy at the nanoscale: A nanoHUB-U course," Intel Education nanoHUB-U Workshops, Dalian and Chengdu, China, July 2013.

44.     T.S. Fisher, "Nanosheet and granular structures for advanced energy devices," Qatar Energy and Environmental Research Institute Seminar, Doha, Qatar, May 2013. (invited)

45.     T.S. Fisher, "Emerging thermal materials and processes for aerospace," Boeing Satellite Systems Seminar El Segundo, CA, April 2013. (invited)

46.     T.S. Fisher, "Graphene-based topographies for enhanced transport," 2013 Colombia-US Workshop on Nanotechnology for Energy and Medical Applications, Medellin, Colombia, March 2013. (invited)

47.     T.S. Fisher, "Graphene-based topographies for enhanced transport," ICMS-Cambridge Winter School on Chemistry and Physics of Materials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, December 2012. (invited)

48.     T.S. Fisher, "Energy Research at Purdue," Purdue West Coast Partnership, Discovery with Delivery Symposium, Palo Alto, CA, November 2012. (invited)

49.     T.S. Fisher, "Nanomaterials for Rapid Thermal Response," 2012 Nanotechnology Materials and Devices (NMD) Workshop, University of Dayton Research Institute, November 2012. (invited)

50.     T.S. Fisher, "Turning Nanoscience into Nanotechnology through Interface Engineering," University of Notre Dame Mechanical Engineering Seminar, 9 October 2012. (invited)

51.     T.S. Fisher, "Emerging Thermal Materials for Aerospace," 10th International Energy Conversion Engineering Conference, panel session on Thermal Management, 30 July 2012. (invited)

52.     T.S. Fisher, "Phonon Transport at Interfaces," Phonon School of the International Workshop on Computational Electronics, University of Wisconsin, 22 May 2012. (invited)

53.     T.S. Fisher, T.D. Sands, G.U. Kulkarni, U.V. Waghmare, "Bi-Lateral Collaboration on Nanomaterials for Energy: Real Results and Future Prospects," Symposium on Nanomaterials for Energy, West Lafayette, IN, 17 April 2012.

54.     Guoping Xiong, Chuizhou Meng, K.P.S.S. Hembram, Dimitry Zhakarov,  Ronald. G. Reifenberger, Pedro. P Irazoqui, T.S. Fisher, "Graphitic Petals for Electrochemical Charge Storage," Symposium on Nanomaterials for Energy, West Lafayette, IN, 17 April 2012.

55.     T.S. Fisher, "Heat Flow Across Heterojunctions: Toward Useful Nanoscale Thermal Interface Materials," International Conference on Metallurgical Coatings and Thin Films, 27 April 2012. (invited)

56.     T.S. Fisher, "Interfaces: The Key to Turning Nanoscience into Nanotechnology," Virginia Tech Mechanical Engineering Seminar, 8 February 2012. (invited)

57.     T.S. Fisher, "Optimization of Nanoparticle Assemblies for Amperometric Biosensing and Electrochemical Energy Storage," University California-Riverside Mechanical Engineering Seminar, Riverside, CA, January 2012. (invited)

58.     T.S. Fisher, "Integration of Nanocarbons and Metal Nanoparticles for Amperometric Biosensing," Indo-US Workshop on Nanoparticle Assembly: From Fundamentals to Applications, New Delhi, India, December 2011. (invited)

59. T.S. Fisher, "The Crucial Role of Interfaces in Thermal Applications of Nanomaterials," 2nd International Conference on Nanomaterials and Nanotechnology, IIT-Guwahati, December 2011, Guwahati, India. (invited)

60. T.S. Fisher, "A Bottom-up View of Heat Transfer in Nanomaterials," ICMS-Cambridge Winter School on Chemistry and Physics of Materials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, December 2011. (invited)

61. T.S. Fisher, "Heterogeneous Carbon-based Nanostructures for Thermal, Electrical, and Energy Applications," 4th Bangalore Nano Conference, Bangalore, India, December 2011. (invited)

62. T.S. Fisher, "Integrated Metal-Carbon Nanostructures for Optimal Biosensing," Non-invasive Micro-test Technique and Biosensor Symposium, Beijing, China, December 2011. (invited)

63. T.S. Fisher, "Vision for Engagement in a India-USA Institute for Advanced Studies," VIT University, October 2011. (invited)

64. T.S. Fisher, "Integrated Metal-Carbon Nanostructures for Amperometric Biosensing," VIT University Nanotechnology Seminar, October 2011. (invited)

65. T.S. Fisher, "Integrated Metal-Carbon Nanostructures for Amperometric Biosensing," University of Louisville Engineering Platforms Seminar Series, September 2011. (invited)

66. T.S. Fisher, "Thermal Transport across Interfaces: Phonons," NCN Summer School 2011, Purdue University, July 2011. (invited)

67. T.S. Fisher, "Thermal Transport across Interfaces: Electrons," NCN Summer School 2011, Purdue University, July 2011. (invited)

68. T.S. Fisher, "Nanosheet, nanoshell, and granular structures for advanced energy devices," IUPUI Mechanical Engineering Seminar, April 2011. (invited)

69. T.S. Fisher, "Nanomaterials for Energy: US-India Collaborations and Opportunities," Delphi India Technology Centre, Bangalore, India, March 2011. (invited)

70. T.S. Fisher, "Carbon Nanotubes and Graphene: An Overview," Kuvempu University, Dept. of Industrial Chemistry, Shankaragatta, India, March 2011. (invited)

71. T.S. Fisher, "Thermal Storage: From Materials to New Systems Concepts," AFOSR Thermal Program Review, Dayton, OH, October 2010. (invited)

72. T.S. Fisher, "Exploiting the Collective Behavior of Carbon Nanotubes," International Symposium on Nanotechnology-INSYN 2010, VIT University, Vellore, India, August 2010.

73. Anurag Kumar, Chandra Sekhar Rout, Kyle Smith, Kevin McMullen, T.S. Fisher, "Nanosheet, Nanoshell, and Granular Structures for Advanced Energy Devices," Workshop on Basics of Nanomaterials and Applications in Energy Conversion, Transport, and Storage, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, August 2010. (invited)

74. T.S. Fisher, "Carbon Nanotube Synthesis and Applications," Short Course on Physics and Chemistry of Nanomaterials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, August 2010. (invited)

75. T.S. Fisher, "Fundamentals of Electron Emission," Short Course on Physics and Chemistry of Nanomaterials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, August 2010. (invited)

76. T.S. Fisher, "Thermal Transport Across Interfaces," Short Course on Physics and Chemistry of Nanomaterials, J. Nehru Centre for Advanced Scientific Research, Bangalore, India, August 2010. (invited)

77.   T.S. Fisher, "A Bottom-Up View of Heat Transfer in Nanomaterials," Network for Computational Nanotechnology Summer School: Electronics from the Bottom Up, Purdue University, West Lafayette, IN, July 2010. (invited) (available at http://nanohub.org/resources/11029).

78.   T.S. Fisher, "Exploiting the Collective Behavior of Carbon Nanomaterials," Keynote Lecture, ICONSAT 2010, Mumbai, India, February 2010. (invited)

79.   T.S. Fisher, "Electronics Applications of Nanomaterials," IIT-Bombay, Workshop on Nanomaterials adn Devices for Energy Applications, February 2010. (invited)

80.   T.S. Fisher, "Carbon Nanotube Arrays: Synthesis and Applications," SASTRA University, Workshop on Nanomaterials, February 2010. (invited)

81.   T.S. Fisher, "Exploiting the Collective Behavior of Carbon Nanotubes," University of Pennsylvania, Mechanical Engineering Seminar Series, January 2010. (invited)

82.   T.S. Fisher, "Exploiting the Collective Behavior of Carbon Nanotubes," University of Colorado-Boulder, Mechanical Engineering Seminar Series, January 2010. (invited)

83.   T.S. Fisher, "Vertical Templated Carbon Nanotube Arrays: Synthesis and Applications," University of Minnesota Mechanical Engineering Seminar Series, April 2009. (invited)

84.   T.S. Fisher, "Heterogeneous Carbon-based Nanostructures for Thermal, Electrical, and Energy Applications," 2008 Bangalore Nano Conference, Bangalore, India, December 2008. (invited)

85.   T.S. Fisher, "Enhanced Energy Conversion and Storage with Nanomaterials," Indian Institute of Technology—Chennai, Chemistry Seminar Series, Chennai, India, December 2008. (invited)

86.   S.L. Hodson and T.S. Fisher, "Improved Thermal Conductance at Heterogeneous Carbon Nanotube Interfaces by Altering the Molecular Environment," Molecules to Materials: New Directions—An International Conference, International Centre for Materials Science, Bangalore, India, December 2008. (invited)

87.   T.S. Fisher, "Carbon Nanomaterials for Old and New Energy Applications," Purdue Energy Club Lecture, West Lafayette, IN, November 2008. (invited)

88.   T.S. Fisher, "Integrated Nanostructures for Biosensing," Purdue Physiological Sensing Symposium, West Lafayette, IN, November 2008. (invited)

89.   T.S. Fisher, "Heterogeneous Nanomaterials for Enhanced Energy Transport, Storage, and Conversion," Air Force Research Laboratory Thermal Management Materials Workshop, Dayton, OH, September 2008. (invited)

90.   T.S. Fisher, "Overview of Energy-Related Research at the Birck Nanotechnology Center," Vellore Institute of Technology, Vellore, India, August 2008. (invited)

91.   T.S. Fisher, "Carbon Nanomaterials for Old and New Energy Applications," Joint India-US Workshop on Scalable Nanomaterials for Enhanced Energy Transport, Conversion, and Efficiency, Bangalore, India, August 2008. (invited)

92.   K.C. Smith and T.S. Fisher, "Some Challenges for Hydrogen Storage in Metal Hydrides," NSF Energy-Nano Workshop, Jacksonville, FL, August 2008. (invited)

93.   T.S. Fisher, "Enhanced Energy Conversion and Storage with Nanomaterials," NIIST, Trivandrum, India, April 2008. (invited)

94.   T.S. Fisher, "Carbon-Based Nanomaterials and Devices for Enhanced Energy Transport and Conversion," Future Directions of Advanced Materials Research: A Discussion Meeting, Shimla, India, April 2008. (invited)

95.   T.S. Fisher, "Heat Transfer at the Nanoscale and Some Consequences for Nanoelectronics," IBM Technology Centre, Bangalore, India, March 2008. (invited)

96. T.S. Fisher, "Engineering the Structure of Carbon Nanotubes for Biosensor Applications," Interdisciplinary Biological Sciences Seminar Series, National Centre for Biological Sciences, Tata Institute for Fundamental Research, Bangalore, India, March 2008. (invited)

97. T.S. Fisher, "Applications of Carbon Nanotubes for Enhanced Heat Transfer," Mechanical Engineering Seminar Series, Indian Institute of Science, Bangalore, India, March 2008. (invited)

98. T.S. Fisher, "Nanostructures for Enhanced Interfacial Thermal and Electrical Transport," International Conference on Nano Science and Technology 2008 (ICONSAT 2008), Chennai, India, February 2008. (invited)

99. T.S. Fisher, "Carbon Nanostructures for Enhanced Energy Conversion and Storage," GE Global Research Technical Seminar Series, John F. Welch Technology Centre, Bangalore, India, February 2008.  (invited)

100. T.S. Fisher, "Heat Transfer across Solid Contacts Enhanced with Nanomaterials," Network for Computational Nanotechnology, Nanotechnology 501 Lecture Series, recording available at http://thermalhub.org/resources/70, February 2008.

101. T.S. Fisher, "Enhanced Heat Transfer with Carbon Nanostructures," Delphi Tech Centre, Bangalore, India, January 2008. (invited)

102. T.S. Fisher, "Nanoscale Materials and Devices for Enhanced Energy Transport and Conversion: An Overview of the Nanoscale Transport Research Group at Purdue University," Seminar Series, Jawaharlal Nehru Centre for Advanced Scientific Research, recording available at http://thermalhub.org/resources/77, January 2008. (invited)

103. T.S. Fisher, "Heat Transfer Issues in Hydrogen Storage Technologies," International Workshop on Engineering Fundamentals and Applications of Fuel Cells, Jadavpur University, Kolkata, India, January 2008. (invited)

104. T.S. Fisher, "Thermal Interface Materials," International Workshop on Thermal Design and Management in Electronics, Bangalore, India, January 2008. (invited)

105. T.S. Fisher, "Free Convection Cooling of Electronics," International Workshop on Thermal Design and Management in Electronics, Bangalore, India, January 2008. (invited)

106. T.S. Fisher, "Some Applications of Carbon Nanotubes for Enhanced Thermal Transport in Electronics," Honeywell Technical Seminar Series, October 2007. (invited)

107. T.S. Fisher, "Electron Emission for Nanoscale Carbon Materials," Network for Computational Nanotechnology, Nanotechnology 501 Lecture Series, recording available at https://www.nanohub.org/resources/2710/, April 2007. (invited)

108. T.S. Fisher, "Some Applications of Carbon Nanotubes for Enhanced Thermal Transport in Electronics," Louisiana State University Mechanical Engineering Seminar, April 2007. (invited)

109. T.S. Fisher, "Some Applications of Carbon Nanotubes for Enhanced Thermal Transport in Electronics," Northern Illinois University Mechanical Engineering Seminar, February 2007. (invited)

110. T.S. Fisher, "Some Applications of Carbon Nanotubes for Enhanced Thermal Transport in Electronics," University of Notre Dame Aerospace and Mechanical Engineering Seminar, November 2006. (invited)

111. T.S. Fisher, "Some Applications of Carbon Nanotubes for Enhanced Thermal Transport in Electronics," University of Wisconsin Lindbergh Lecture Series, October 2006. (invited)

112. T.S. Fisher, "Understanding Phonon dynamics via 1D Atomic Chains," Network for Computational Nanotechnology, Nanotechnology 501 Lecture Series, recording available at https://www.nanohub.org/resources/1186/, October 2006. (invited)

113. T.S. Fisher, "Nanotechnology for Improved Energy Transport, Conversion, and Storage," Joint ASME-ASM Central Indiana Fall Meeting, September 2006. (invited)

114. T.S. Fisher, "Thermal Interface Materials," International Workshop on Thermal Design and Management in Electronics, Bangalore, India, January 2006. (invited)

115. J. Xu and T.S. Fisher, "Thermal Interface Properties of Carbon Nanotube Arrays," 2005 AIChE Annual Meeting, Cincinnati, OH, November 2005. (invited)

116. T.S. Fisher, "Enhanced Interfacial Transport using Carbon Nanotube Arrays," 51st Holm IEEE Conference, Chicago, IL, September 2005. (invited)

117. T.S. Fisher, "Energy Transport During Electron Emission from Nanostructures," Air-Conditioning and Refrigeration Technology Institute Live Meeting, December 12, 2005. (invited)

118. T.S. Fisher, "Energy Transport and Conversion by Electron Emission from Carbon Nanomaterials," University of Kentucky Mechanical Engineering Seminar Series, October 2005. (invited)

119. T.S. Fisher, "Thermoelectrics and Thermionics: From Heat to Electricity," Stanford University, Air Force/Army/NSF Joint Workshop on Multifunctional Structures for Energy Harvesting & Storage, Stanford, CA, December 15, 2004. (invited)

120. T.S. Fisher, "Diamond and Other Carbon Materials for Solar-Thermionic Energy Conversion," Stanford University, Global Climate and Energy Project Workshop on Solar Energy, October 19, 2004. (invited)

121. T.S. Fisher, T.D. Sands, "Nanomaterials for Devices," NASA URETI Annual Review, October 15, 2004.

122. T.S. Fisher, "Emerging Thermal Issues in Nanoscale Electronics," University of Iowa Mechanical Engineering Seminar Series, April 8, 2004. (invited)

123. T.S. Fisher, "Synthesis of Carbon Nanotubes by Plasma-Enhanced CVD," DoE Grand Challenge Workshop on Nanotechnology and Energy, Arlington, VA, March 17, 2004. (invited)

124. T.S. Fisher, "Thermionic Energy Conversion with Nanoscale Materials and Devices," DoE Grand Challenge Workshop on Nanotechnology and Energy, Arlington, VA, March 16, 2004. (invited)

125. T.S. Fisher, "Emerging Thermal Issues in Nanoscale Electronics," Thermal Management Workshop, Indian Institute of Science, Bangalore, India, January 3, 2004. (invited)

126. T.S. Fisher, "Carbon Nanotube Materials and Devices," NASA Ames URETI Annual Review, Moffett Field, CA, October 28, 2003.

127. T.S. Fisher, "Thermally Induced Electron Emission from Quantum Wires," Purdue INAC/NCN Summer Undergraduate Research Seminar Series, June 25, 2003. (invited)

128. T.S. Fisher, "Nanoscale Energy Conversion by Selective Electron Emission: A New Paradigm or Maxwell's Demon Revisited?" Energy and Nanotechnology: Strategy for the Future, Baker Institute, Rice University, Houston, TX, May 4, 2003. (invited)

129. T.S. Fisher, "Thermal and Electrical Energy Transport in and from Carbon Nanostructures," Sandia National Laboratories Microsystems Technology Seminar Series, Sandia, CA, April 22, 2003. (invited)

130. T.S. Fisher, "Pattern and Process of Transport at Nanometer Scales," 2003 ASME Central Indiana Section Awards Dinner, April 8, 2003. (invited)

131. T.S. Fisher, "Pattern and Process of Transport at Nanometer Scales," 2003 Annual International Meeting of the Institute of Biological Engineering, Athens, GA, January 17, 2003. (plenary session, invited)

132. T.S. Fisher, "Energy Transport during Electron Emission from Novel Nanostructures," ASME Nanotechnology Webcast (http://www.asme.org/education/disted/nanowebcast.htm), December 11, 2002. (invited)

133. T.S. Fisher, "Thermal and Electrical Energy Transport in Carbon Nanostructures," Purdue University Nanotechnology Seminar Series, November 1, 2002. (invited)

134. T.S. Fisher, D.G. Walker, C.T. Harris, "Thermal Transport in Electron Field Emission Processes," US-Japan Nanotherm Seminar, Berkeley, CA, June 2002. (invited)

135. T.S. Fisher, "Carbon Nanostructures for Applications in Energy Transport and Conversion," Delphi Automotive Systems, May 6, 2002. (invited)

136. J. L. Davidson, W. P. Kang, T.S. Fisher, A. Wisitsora-at, K. Holmes, and P. Taylor, "CVD Diamond for Components and Emitters", *2001 International Conference on Metallurgical Coatings and Thin Films*, San Diego, California, April 30 - May 4, 2001. (invited)

137. J. L. Davidson, W. P. Kang, T.S. Fisher, "Recent Development of Diamond Microtip Field Emitter Cathodes and Devices*", Sixth Applied Diamond Conference/ Second Frontier Carbon Technology Joint Conference* (ADC/FCT '01), Auburn University, Alabama, USA, August 6-10, 2001. (invited)

138. T.S. Fisher, W. P. Kang, J. L. Davidson, "Energy Conversion Aspects of Diamond Microtip Field Emitter Devices", *200th Meeting of the Electrochemical Society*, September 2-7, 2001, San Francisco. (invited)

139. T.S. Fisher, F.R. Haselton, M.A. Stremler, "Microfluidics Research Applied to Biological Sciences," 3M Microreplication Technology Center, St. Paul, MN, July 17, 2001. (invited)

140. T.S. Fisher, "Direct Energy Conversion by Electron Emission from Carbon-Based Nanostructures," Purdue University, School of Mechanical Engineering, March 19, 2001. (invited)

141. T.S. Fisher, "Prospects for Direct Energy Conversion by Electron Emission from Low-Dimensional Nanostructures," Mechanical and Aerospace Engineering Colloquium Series, Cornell University, February 6, 2001. (invited)

142. T.S. Fisher, "Non-Continuum Modeling and Simulation of Heat Transport in Semiconductor Structures and Devices," Solid-State Seminar Series, Department of Physics, Vanderbilt University, April 21, 2000. (invited)

143. T.S. Fisher, "Simulation of Coupled Electronic and Thermal Transport in Advanced Integrated Power Devices," Motorola Automotive and Industrial Electronics Group Technical Seminar, Northbrook, IL, January 10, 2000. (invited)

144. T.S. Fisher, "Direct Energy Conversion by Field Emission from Microstructures," 3M Microreplication Technology Chapter Seminar Series, St. Paul, MN, January 7, 2000. (invited)

145. T.S. Fisher, "Geometric and Shape Optimization for Convective Cooling of Electronic Components," presented at the *1997 Graduate Fellowship Annual Conference*, Semiconductor Research Corporation, Santa Clara, CA, September 1997. (invited)

146. T.S. Fisher, K.E. Torrance, and K.K. Sikka, "Optimization of Passive Cooling via the Chimney Effect," presented at *TECHCON '96*, Semiconductor Research Corporation, Phoenix, AZ, September 1996 (Awarded Best Student Poster in Packaging Sciences).

## Patents

1.  A.G. Ocken, N.A. Unterman, T.S. Fisher and M.I. Petrites, "Laminated Electronic Module Assembly," Patent # US5,179,501, issued January 12, 1993.

2.  T.S. Fisher, M.I. Petrites and A. Ocken, "Electronic Module Assembly and Method of Forming Same," Patent # US5,216,581, issued June 1, 1993.

3.  T.S. Fisher, M.I. Petrites and A. Ocken, "Electronic Module Assembly and Method of Forming Same," Patent #US5,265,322, issued November 30, 1993.

4.  T.S. Fisher, S.V. Garimella, D.B. Go, R.K. Mongia, "Various Methods, Apparatuses, and Systems That Use Ionic Wind to Affect Heat Transfer," Patent #US7,545,640, issued June 9, 2009.

5.  J. Xu, T.S. Fisher, "Enhancement of Thermal Interface Conductivities with Carbon Nanotube Arrays," Patent #US8,093,715 B2, issued January 10, 2012.

6.  S.V. Aradhya, T.S. Fisher, S.V. Garimella, "Method of Bonding Carbon Nanotubes," Patent #US8,262,835 B2, issued September 11, 2012.

7.  B.A. Cola, T.S. Fisher, "Electrothermal Interface Material Enhancer," Patent #US8,220,530, issued July 17, 2012. Also Canadian Patent #2,666,815 issued May 28, 2013.

8.  T.S. Fisher, S.V. Garimella, S.V. Aradhya, "Method of Bonding Carbon Nanotubes," Patent #US 8,419,885 B2, issued April 16, 2013.

9.  T.S. Fisher, S.L. Hodson, B.A. Cola, G.U. Kulkarni, T. Bhuvana, "Palladium Thiolate Bonding of Carbon Nanotubes," Patent #US8,541,058 B2, issued September 24, 2013.

10. M.R. Maschmann, T.S. Fisher, T.D. Sands, R. Bashir, "Vertical Carbon Nanotube Device in Nanoporous Templates," Patent #US 8,679,630 82, issued March 24, 2014.

11. J. Claussen, A.D. Franklin, T.S. Fisher, D.M. Porterfield, "Electrochemical Biosensor," Patent #US US 8715981 B2, issued May 6, 2014.

12. B.A. Cola, T.S. Fisher, "Methods for Attaching Carbon Nanotubes to a Carbon Substrate," Patent #US 8,919,428 B2, issued December 30, 2014.

13. K.C. Smith, T.S. Fisher, "Method of exploiting particle morphology to optimize granular structure and charge/discharge performance of lithium ion battery cathodes," Patent #US 9,166,228, issued October 20, 2015.

14. T.S. Fisher, A. Kumar, "Rapid synthesis of graphene and formation of graphene structures," Patent #US 9,187,824, issued November 17, 2015.

15. A.D. Franklin, M.R. Maschmann, T.S. Fisher, T.D. Sands, "Contact Metallization of Carbon Nanotubes," Patent #US 9487,877 B2 issued November 8, 2016.

16. A.D. Franklin, T.D. Sands, T.S. Fisher, D. Janes, "FET Fabrication from CNTs," Reg. No. 65259.00.US, pending.

17. C.M. Lukehart, J. Michel, T.S. Fisher, V.S. Robinson, "Thermionic Emitting Metal Intercalated Graphitic Nanofibers," Reg. No. PCT/US2006/029539, pending.

18. R.A. Sayer, T.S. Fisher, "Electrical Noise Thermometer Using Nanowires or Nanotubes," Patent ID 64982.P1.US, provisional.

19. B.A. Cola, T.S. Fisher "'Electrothermal Interface Material Enhancer on Thin Flexible Substrates," Patent ID 65223.P1.US, provisional.

20. A. Bulusu, T.S. Fisher, G. Powell, "Metal Coating of Carbon Nanotubes to Enhance Their Hydrophilicity and Convective Thermal Performance," provisional pending.

21.     J. Claussen, A. Kumar, Jaroch, T.S. Fisher, D.M. Porterfield, "Nanostructuring Pt Nanoparticle Modified Graphene Petal Nanosheet Biosensors," Reg. No. 65934.P1.US, provisional.

22.     T.S. Fisher, A. Kumar, J. Claussen, R.G. Reifenberger, G. Xiong, "Modified Graphitic Electrodes for Electrochemical Energy Storage Enhancement," Reg. No. PCT/US13/32446.

23.     T.S. Fisher, "Thermoelectric Device Consisting of a Polymer Gel Electrolyte and Nanostructured Carbon Electrodes," Reg. No. 61/936,862 US, provisional.

24.     G. Xiong, R. Paul, T.S. Fisher, R. Reifenberger, "Graphitic Electrodes Modified with Boron and Nitrogen for Electrochemical Energy Storage Enhancement," Reg. No. 61/723,757 US, provisional.

25.     G. Xiong, A. Kumar, T.S. Fisher, "Graphitic Petals Decorating Carbon Nanotube Arrays on Carbon Cloth," Reg. No. 61/644,717 US, provisional.

26.     G. Xiong, T.S. Fisher. Porous NixCoyMn1-x-y oxide nanoneedle arrays for high-performance supercapacitor electrodes and psedocapacitive and methods of forming. Application number: 62/143,113 and 14/871,010. (Provisional).

---

# RESEARCH: SPONSORED ACTIVITIES

## Research Contracts and Grants Awarded

### External Awards as Principal Investigator
˙Original PI at the time of award for these contracts at Vanderbilt. Became subcontract PI at Purdue.

| Title | Sponsor | Amount | Dates | Co-PIs |
|-------|---------|--------|-------|--------|
| High throughput plasma manufacturing for graphene and related devices | Department of Defense | $70,000 | 1/1/17 to 12/31/17 | - |
| RMS Hybrid Heat Spreader Testing at AFRL-II | Raytheon | $10,000 | 6/1/16 to 10/1/16 | - |
| Studies of the Role of Electron Correlations in Potential-Matched Direct Nonequilibrium Solar Refrigeration | Qatar Environmental & Energy Res Inst | $299,450 | 8/11/15 to 8/11/18 | - |
| Graphene Contact Coating Development | Molex Incorporated | $59,862 | 9/1/15 to 1/31/16 | - |
| Purdue G-load Test of Heat Pipes | Raytheon | $10,000 | 8/14/15 to 11/30/15 | - |
| CITMAV Industry Consortium | Boeing, Honeywell, Lockheed Martin, Northrop Grumman, Rolls-Royce | $1,100,000 | 1/15/15 to 8/31/18 | A. Alleyne (UIUC), J. Doty (UDayton), S. Heister, J. Murthy (UT-Austin), T. Shih, M. Wolff (WSU) |
| Integration of MPCVD Grown Graphene in 2D Heterostructures for Electronic Materials | Universal Technologies Corp./AFRL | $62,500 | 6/16/14 to 6/29/15 | |
| RMS Hybrid Heat Spreader Testing at AFRL | Raytheon | $26,266 | 6/15/14 to 9/10/14 | |

| | | | | |
|---|---|---|---|---|
| Center for Integrated Thermal Management of Aerospace Vehicles | AFRL | $1,498,887 | 2/7/14 to 8/6/17 | A. Alleyne (UIUC), J. Doty (UDayton), S. Heister, J. Murthy (UT-Austin), T. Shih, M. Wolff (WSU) |
| Application of Nanotechnologies to Advanced Missiles | Lockheed Martin | $64,152 | 10/01/13 to 02/28/14 | |
| Carbon Nanotube Thermal Interface Materials Fabrication | Sandia National Lab | $6,987 | 7/2/13 to 9/1/13 | |
| UKIERI Trilateral Partnership: Carbon Boronitride for Combined Solar Hydrogen Production and Storage | UK-India Education and Research Partnership | $26,265 | 9/1/13 to 8/31/15 | R. Grau-Crespo (UC-London) U.V. Waghmare (JNCASR) |
| Cross-Interface Coupling of Electrons and Phonons | ONR | $475,399 | 7/31/12 to 9/30/15 | X.F. Xu |
| System Analysis of Rapid Transient High-Performance Thermal Technology and Systems | AFRL/PC Krause & Assoc. | $185,184 | 10/20/11 to 1/31/15 | S. Heister |
| MURI: Nanofabrication of Tunable 3D Nanotube Architectures | CWRU/AFOSR (lead PI: L. Dai) | $1,502,777 (Pur. share) | 11/30/11 to 5/31/16 | X. Ruan |
| Characterization of Calcium Cobalt Oxide Nanoshell Thermoelectrics | DoE/Center for Integrated Nanotech | $50,000 (est., in-kind) | 8/1/11 to 12/31/12 | C.T. Harris (Sandia) |
| Nano Thermal Interface Material Development (Phase III) | Raytheon/DARPA | $338,375 | 2/1/12 to 2/28/13 | X.F. Xu |
| Enhancement of Vegetable Oils using Nano Additives | GE Global Research | $26,888 | 1/25/11 to 6/30/12 | D. Janes |
| Nano Thermal Interface Material Development (Phase II) | Raytheon/DARPA | $516,246 | 11/1/10 to 1/25/12 | X.F. Xu J. Murthy |
| Thermal Ground Plane Program: Nanostructured Wick Material System Development (Phase III) | Raytheon/DARPA | $225,100 | 12/1/10 to 11/30/11 | |
| Interface Thermal Management for Thermal Protection Systems | Universal Technologies Corp./AFRL | $87,291 | 6/1/10 to 5/15/13 | |
| Database Development for thermalHUB | UDRI/AFRL | $32,280 | 1/1/10 to 9/30/10 | A.C. Caitlin |
| Thermal Ground Plane Program: Nanostructured Wick Material System Development (Phase II) | Raytheon/DARPA | $330,924 | 12/1/09 to 11/30/10 | |
| IPA Agreement with AFRL | AFRL | $500,371 | 1/20/09 to6/30/12 | |
| Enhanced Thermal Interfaces for Compact Reciprocating Energy Conversion Devices | PowerMEMS/ AFOSR | $93,552 | 6/1/09 to 10/31/10 | T. Sands |
| Nano Thermal Interface Material Development | Raytheon/DARPA | $799,068 | 6/1/09 to | X.F. Xu |

| Nano Thermal Interface Material Development (Phase I) | Raytheon/DARPA | $788,868 | 6/1/09 to 10/29/10 | X.F. Xu J. Murthy S. Garimella |
|---|---|---|---|---|
| The India-US Joint Networked Centre on Nanomaterials for Energy | IUSSTF | $59,341 | 6/1/09 to 3/15/15 | T. Sands P. Sharma |
| Synthesis of Arrays of Carbon Nanotube on Copper Sheets | Eaton Innovation Center | $13,725 | 4/30/09 to 6/15/09 | - |
| Electrical and Thermal Conductivity Measurement of Nanomaterial Sheets | Eaton Innovation Center | $9,500 | 1/31/09 to 3/31/09 | - |
| US-India Workshop: Frontiers in Scalable Nanostructured Interface Materials | NSF | $52,612 | 6/15/08 to 5/31/12 | G.U. Kulkarni T. Sands U. Waghmare |
| Frontiers in Applications of Carbon Nanotubes and Graphene: US–India Workshops | Indo-US Science and Technology Forum | $31,750 | 2/1/08 to 12/31/08 | G.U. Kulkarni T. Sands P. Sharma U. Waghmare |
| Thermal and Electrical Characterization of CNT Vias | Cooling Technologies Research Center | $80,000 | 1/1/08 to 12/31/09 | T. Sands |
| Characterization of Composite Heat Spreaders | Cooling Technologies Research Center | $80,000 | 1/1/08 to 12/31/09 | S. Garimella |
| Carbon Nanotube/Foil Thermal Interfaces | Nanoconduction | $18,758 | 1/1/08 to 3/31/08 | X.F. Xu |
| Network for Computational Nanotechnology: A Supplement to the International Research and Education in Engineering Program | NSF | $10,500 | 1/1/08 to 12/31/08 | - |
| qHUB : Cyberinfrastructure for Community-Driven Research and Learning in Heat Transfer | NSF | $145,942 | 10/1/07 to 9/30/10 | C.Grigoropoulos J. Lukes J. Murthy G. Walker |
| Synthesis of Carbon Nanotube Arrays for Thermal Interfaces | Creare, Inc/NASA | $136,302 | 12/1/06 to 5/30/09 | - |
| Carbon Nanotube Thermal Interfaces | HRL Labs | $19,977 | 9/30/2007 | - |
| Carbon Nanotube Thermal Interfaces | HRL Labs | $14,000 | 6/1/2007 to 9/1/2007 | |
| Thermal Interface Characterization | HRL Labs | $11,438 | 9/1/2006 to 5/31/2007 | - |
| Metal Hydride Composite Pellet Development | General Motors | $147,792 | 9/15/2006 to 9/14/2008 | - |
| SGER-GOALI: Interfacial Thermal Transport across Carbon Nanotube Arrays | NSF | $70,259 | 9/15/06 to 2/29/08 | X.F. Xu |
| Integrated Multiscale Electro-Thermal Simulation | PC Krause/AFRL | $261,364 | 6/19/06 to 4/30/08 | J. Murthy |
| Synthesis of Carbon Nanotube Arrays for Thermal Interfaces | Creare/NASA | $20,000 | 1/25/06 to 7/24/06 | - |

| Thermal Interface Materials Based on CNTs | Intel Corp. | $25,000 | 11/3/05 to -- | - |
|---|---|---|---|---|
| Nanometrology Research | Nanoconduction, Inc. | $5,000 | 9/14/05 to -- | - |
| Enhanced Heat Transfer in Metal Hydrides for Hydrogen Storage | General Motors | $169,851 | 10/1/05 to 3/31/07 | I. Mudawar<br>J.P. Gore |
| Low-Temperature CNT Thermal Interfaces | Cooling Technologies Research Center | $30,000 | 1/1/06 to 12/31/06 | - |
| CNT Electrical Interfaces for Thermoelectrics | Cooling Technologies Research Center | $80,380 | 1/1/06 to 12/31/07 | T.D. Sands |
| Direct Cooling by Electron Field Emission | Cooling Technologies Research Center | $45,093 | 1/1/05 to 12/31/05 | - |
| Alternative Hydrogen Fueling Technologies | General Motors | $40,000 | 10/15/04 to 3/14/05 | P.V. Ramachandran J.P. Gore |
| SGER: Development of a Multiscale Manufacturing Teaching Laboratory | NSF | $101,800 | 9/1/03 to 8/31/05 | D. Hirleman A. Raman Y. Shin S. Wereley X.F. Xu |
| REU: Undergraduate Research in Microscale Direct Energy Conversion by Field Emission | NSF | $10,000 | 5/1/04 to 3/31/05 | - |
| REU: Undergraduate Research in Microscale Direct Energy Conversion by Field Emission | NSF | $10,000 | 5/1/03 to 4/30/04 | - |
| Ultra-High Thermal Conductance Interfaces Using Carbon Nanotube Arrays | Cooling Technologies Research Consortium | $151,345 | 1/1/03 to 12/31/05 | S. Garimella |
| NIRT: Direct Power Generation by Electron Emission from Novel Carbon Nanostructures* | NSF | $1,516,913 | 9/15/02 to 8/31/07 | J.L. Davidson C.M. Lukehart G.M. Swain |
| Compact Man-Portable Power Generation by Electron Emission from Diamond Nanotips* | DARPA/ARO | $639,942 | 7/1/01 to 6/30/03 | J.L. Davidson |
| Direct Thermal to Electric Energy Converter | USAF-SBIR | $24,576 | 4/1/01 to 12/31/01 | J.L. Davidson |
| Radiation Tolerant Solar Power Generation via Electron Emission from Diamond Nanotips | NRO | $347,948 | 2/1/01 to 10/31/01 | W.P. Kang |
| Advanced Microchannel Systems for Electronics Cooling | 3M | $17,971 | 9/1/00 to 8/31/01 | - |
| CAREER: Microscale Direct Energy Conversion by Field Emission and Microscale Technology in Thermo-Fluids Engineering Education | NSF | $310,000 | 4/1/00 to 3/31/04 | - |

| | | | | |
|---|---|---|---|---|
| REU: Undergraduate Research in Microscale Direct Energy Conversion by Field Emission | NSF | $21,963 | 5/1/00 to 4/30/02 | - |
| Diamond-based MEMS Devices for Nottingham Cooling of Semiconductors | Semiconductor Research Corporation | $16,667 | 9/1/99 to 10/31/99 | A.M. Strauss J.L. Davidson W.P. Kang |
| 3M Nontenured Faculty Award | 3M | $5,000 | 3/16/99 to 3/15/00 | - |
| | | $11,587,556 | | |

## External Awards as Co-Principal Investigator

| Title | Sponsor | Amount | Dates | PI |
|---|---|---|---|---|
| SNM:  Large scale manufacturing of low-cost functionalized carbon nanomaterials for energy storage and biosensor applications | NSF | $1,497,905 | 12/1/13 to 11/30/17 | A. Raman |
| Purdue Center for Faculty Success | NSF | $9,946 | 10/1/08 to 3/31/15 | L. Weldon |
| Development of Cost-Competitive Advanced Thermoelectric Generators for Direct Conversion of Vehicle Waste Heat into Useful Electrical Power | GM/DoE | $865,778 | 6/1/12 to 12/31/15 | X.F. Xu |
| Thermal Management Testbed | Rolls Royce/ AFRL | $200,000 | 12/5/11 to 3/31/15 | S. Heister |
| SNM:  A Scalable Nanomanufacturing Machine for Parallel Nanolithography and Parallel Fabrication of Nanoscale Devices | NSF | $1,300,000 | 7/15/11/ to 6/30/15 | X.F. Xu |
| Predicitive Simulations of Thermal Transport in CNT-Metal Networks and Photonically Enhanced Flow Boiling from Nanostructured Surfaces | AFOSR | $736,204 | 5/15/11 to 8/14/14 | X. Ruan |
| Thermoelectrics Partnership: Thermo-electrics for Automotive Waste Heat Recovery | NSF | $1,391,825 | 1/1/2011 to 12/31/14 | X.F. Xu |
| An Integrated Klystron Cavity for mm-Wave Power Amplifier Modules | Innosys Inc. | $40,000 | 9/1/09 to 2/28/10 | S. Mohammadi |
| Multiphysics Approach to Carbon Nanotube Arrays for Nanophotonics Applications | Lawrence Berkeley National Laboratory | $25,000 | 1/1/10 to 12/31/10 | X. Ruan |
| Modeling and Simulation of Thermal Transport Across Interfaces | AFRL | $41,502 | 3/23/09 to 3/23/10 | J. Murthy |
| Photon-Phonon-Electron Coupling in Ordered Vertical Nanostructures | AFRL | $33,605 | 7/1/09 to 9/30/10 | X.F. Xu |
| High-Resolution Laser Diagnostics and Modeling of Single-Walled Carbon Nanotube Synthesis by Plasma-Enhanced CVD | NSF | $404,736 | 10/1/08 to 9/30/12 | R. Lucht |
| Photoacoustic Measurement of Thermal Conductance at Low Temperatures | Universal Technology Corp | $144,762 | 11/21/08 to 12/11/11 | X. Xu |
| Heat Transfer Characterization of Metal Organic Frameworks for Cryo-adsorption of Hydrogen Gas | General Motors | $150,874 | 3/17/08 to 9/30/09 | T. Pourpoint |
| Thermal Ground Plane Program: Nanostructured Wick Material System Development (Phase I) | Raytheon/ DARPA | $491,470 | 5/5/08 to 11/12/09 | S. Garimella |
| Optically Modulated Radiative Surface Coatings Using Ordered Array of Vertical Carbon Nanotubes | AFOSR | $421,786 | 3/15/08 to 11/30/10 | X. Ruan |
| Micro/Nanoscale Technologies for Ultra-High-Flux Cooling and Enhanced Thermal Spreading | Sony | $532,259 | 10/1/07 to 9/30/09 | S. Garimella |
| Optimization of Manufacturable High-Pressure Hydride Storage Systems - Phase I | General Motors | $1,182,697 | 4/1/07 to 8/31/09 | T. Pourpoint |
| Integrated Structure is Sensor (Isis) | Northrop - DARPA | $244,204 | 5/18/06 to 12/31/07 | J. Sullivan |
| Center for Security of Large-Scale Systems | AFRL | $738,102 | 7/19/06 to 8/31/08 | O. Wasynczuk |
| GM High Pressure Metal Hydride System | General Motors | $550,026 | 1/1/06 to 3/31/07 | S. Meyer |
| Microscale Ionic Wind for Local Cooling Enhancement: Modeling and Experiments | Intel Corp. | $232,935 | 1/1/06 to 6/15/08 | S. Garimella |
| Institute for Nanoelectronics and Computing | NASA | $14,933,275 | 9/1/02 to 8/31/07 | S. Datta |
| Center for Security of Large-Scale Systems | AFRL | $1,000,524 | 4/1/05 to 3/14/07 | O. Wasynczuk |

| | | | | |
|---|---|---|---|---|
| Microscale Ionic Wind for Local Cooling Enhancement: Modeling | Intel Corp. | $40,000 | 3/1/05 to -- | S. Garimella |
| Ion Driven Air Flow for Microscale Cooling Applications | NSF | $259,917 | 8/1/02 to 7/31/05 | S. Garimella |
| High-Flux Microscale Cooling with Ion-Driven Air Flow | SRC | $351,351 | 7/1/02 to 6/30/05 | S. Garimella |
| Micro-Fluidic Control Based on Acoustic Streaming | NSF | $209,369 | 9/1/00 to 8/31/03 | K.D. Frampton |
| Nanodiamond in Oil | Tennessee Valley Authority | $168,761 | 1/1/01 to 8/31/02 | J.L. Davidson |
| Evaluate High TC XO Additive Practicality | Tennessee Valley Authority | $100,000 | 1/1/00 to 1/1/01 | J.L. Davidson |
| | | $28,298,813 | | |

## External Awards as Research Participant

| Title | Sponsor | Amount | Dates | PI |
|---|---|---|---|---|
| Purdue Center for Faculty Success | NSF | $4,793,015 | 10/1/08 to 3/31/15 | L. Weldon |
| Center for Prediction of Reliability, Integrity and Survivability of Microsystems | NNSA | $18,648,090 | 4/15/08 to 4/14/14 | J. Murthy |
| State of Indiana Funded Activities for Midwest Institute of Nanoelectronics Discovery (MIND) | Notre Dame/IN Economic Devel. Corp | $1,595,638 | 7/15/09 to 11/30/11 | J. Cooper |
| REU: Design, Application, Analysis and Control of Interfaces (DAACI) | NSF | $294,363 | 5/1/06 to 4/30/09 | S. Beaudoin |
| Desorption Electrospray Ionization | ONR | $3,540,652 | 2/22/05 to 12/31/10 | G. Cooks |
| Midwest Crossroads Alliance for Graduate Education and the Professoriate (AGEP) | NSF | $8,282,501 | 10/01/04 to 3/31/13 | M. Smith |
| High Content Toxicology Screening Using a Massively Parallel, Multi-Phasic Cellular Biological Activity Detector (MP$^2$-CBAD) | DARPA | $1,022,026 | 8/21/00 to 2/20/03 | J.P. Wikswo |
| Center for Security of Large Scale Systems | PC Krause/ AFRL | $1,010,855 | 3/25/01 to 8/24/05 | T. Downar |
| Network for Computational Nanotechnology | NSF | $17,929,344 | 9/15/02 tp 10/31/10 | M. Lundstrom |
| Purdue Discovery Park | Lilly Endowment | $25,398,055 | 8/1/01 to 6/30/07 | S. Mason |

## Internal Awards as Principal Investigator

| Title | Sponsor | Amount | Duration | Co-PIs |
|---|---|---|---|---|
| Frontiers in Applications of Carbon Nanotubes and Graphene: US-India Research Workshops | Purdue Asian Initiative | $10,000 | 1/1/08 to 6/30/09 | T.D. Sands |
| Integrated Variable-Density Carbon Nanotube Arrays for Biomolecular Separation | Purdue Research Foundation | $13,263 | 9/1/03 to 8/31/04 | J.P. Gore |
| Sub-Micron Thermal Modeling of ULSI Transistors | Vanderbilt University Discovery Grant | $96,750 | 5/1/99 to 4/30/01 | R.D. Schrimpf |

# EDUCATIONAL ACTIVITIES

## Theses and Dissertations Supervised

| NAME | DEGREE | GRAD. DATE | NAME OF CO-CHAIR | TITLE |
|---|---|---|---|---|
| Ashok Raman | MS (1) (Vanderbilt) | 8/2001 | | Non-Equilibrium Thermal Effects in Power Transistors |
| Ariosto B. Jorge | PhD (1) (Vanderbilt) | 8/2002 | | Self-Regular BEM Approaches and Error Estimation for Linear Elastic Fracture Mechanics in 2-D |
| Paul W. Majsztrik | MS (2) (Vanderbilt) | 12/2002 | | Solar-Thermionic Power Generation using Diamond-Based Electron Emission |
| C. Thomas Harris | MS (3) (Vanderbilt) | 8/2003 | | Thermal Characterization Electron Field Emission using Carbon Nanostructures and Diamond Thin Films |
| Yun Wang | MS (4) (Vanderbilt) | 8/2003 | | Thermal Conductivity Enhancement of Liquids by Nanoparticle Suspension |
| David K. Schaffer | MS (5) (Vanderbilt) | 12/2003 | | Polymeric Microfluidic Components for Enhanced DNA Hybridization |
| Vishal Chopra | MS (6) | 5/2004 | | Experimental Characterization of Thermionic Emission from Carbon Nanostructures |
| Daniel Schlitz | PhD (2) | 5/2004 | S. Garimella | Microscale Ion-Driven Air Flow |
| Michael Peterson | MS (7) | 8/2004 | S. Garimella | Experimental Characterization of Ion Generation by Electron Field Emission in Air |
| Vance Robinson | MS (8) | 8/2004 | | An Experimental Study of Thermionic Emission Energy Distributions from Carbon-Based Materials |
| Yang Liu | MS (9) | 8/2005 | | Simulation of Thermionic Emission from Quantum Wires |
| Rajesh K. Garg | PhD (3) | 5/2006 | J. Gore | Numerical Simulations and Diagnostics of the Gas-Phase Growth Environment of Carbon Nanotube Synthesis by Plasma Enhanced Chemical Vapor Deposition |
| Jun Xu | PhD (4) | 5/2006 | | Carbon Nanotube Array Thermal Interfaces |
| Wei Zhang | PhD (5) | 8/2006 | S. Garimella | Sub-Continuum Ion Transport in Air And Phonon Transport in Nanostructures |

| Matthew Maschmann | PhD (6) | 8/2006 | R. Bashir | Synthesis of Templated Vertically Oriented Single-Walled Carbon Nanotubes for Device Integration |
|---|---|---|---|---|
| Sebastine Ujereh | MS (10) | 8/2006 | I. Mudawar | Effects of Carbon Nanotube Arrays on Nucleate Pool Boiling |
| Jinsong Zhang | PhD (7) | 8/2006 | | Thermal Processes in Sodium Borohydride Hydrogen Storage Systems |
| R. Curtis Rands | MS (11) | 5/2007 | | Thermal Modeling of a High-Altitude Airship |
| Varsha Velagapudi | MS (12) | 12/2007 | I. Mudawar | Heat Transfer in Metal Hydride Storage Systems |
| Himanshu Mishra | MS (13) | 12/2007 | T.Sands | Carbon Nanotube Electrical Interfaces for Thermoelectrics |
| Sungwon Kim | PhD (8) | 5/2008 | | Protein adsorption on carbon nanotubes for biosensor applications |
| Tyler Westover | PhD (9) | 8/2008 | | Characterization of Energy Exchange in Quantum-Confined Electron Emission Processes |
| Andrew Schwinke | MS (14) | 8/2008 | | Thermal Modeling and Optimization of a Lenticular Airship |
| Vikash Khanikar | MS (15) | 8/2008 | I. Mudawar | CNT-Enhanced Boiling in Microchannels |
| Sriharsha Aradhya | MS (16) | 8/2008 | S. Garimella | Optimal Structure of Carbon Nanotube Thermal Interfaces |
| David Go | PhD (10) | 12/2008 | S. Garimella | Enhanced Convection by Ionic Body Forces |
| Baratunde Cola | PhD (11) | 12/2008 | X.F. Xu | Photoacoustic Characterization of Carbon Nanotube Thermal Interfaces |
| Aaron Franklin | PhD (12) (ECE) | 12/2008 | D. Janes | Templates for Single-Walled Carbon Nanotube Devices |
| Jonathan Claussen | MS (17) | 12/2008 | | Biosensing with nanocube-augmented carbon nanotube networks |
| Glen Powell | MS (18) | 8/2009 | S. Garimella | Controlled Synthesis of CNT-Based Nanostructures for Enhanced Boiling and Wicking |
| Casey Porta | MS (19) | 8/2009 | T. Pourpoint | Heat Transfer Behavior of Cryosorbent Powders for Hydrogen Storage |
| John Zuidema | MS (20) | 12/2010 | | Ordered Carbon Nanotube Growth and Optical Reflectance in Porous Anodic Alumina Templates |
| Kevin McMullen | MS (21) | 12/2010 | | Measurement of Thermionic Electron Emission from Modified Graphene Petals |

| Zhen Huang | PhD (13) | 12/2010 | J. Murthy | Multi-Scale Simulation of Phonon Transport across Heterogeneous Interfaces |
| Alfredo Tuesta | MS (22) | 12/2010 | R. Lucht | Optical Diagnostics of the Gas Phase Environment during Plasma CVD of Carbon Nanotubes |
| Dhruv Singh | PhD (14) | 5/2011 | J. Murthy | Frequency and Polarization Resolved Phonon Transport in Carbon and Silicon Nanostructures |
| Robert Sayer | PhD (15) | 8/2011 | | Measurement of Electrical Self-heating for Thermal Characterization of MEMS and NEMS Structures |
| Aaron Sisto | MS (23) | 8/2011 | X. Ruan | Theory and Measurements on the Optical Behavior of Ordered Carbon Nanomaterials |
| Jonathan Claussen | PhD (16) (ABE) | 8/2011 | M. Porterfield | Biological Sensing with Nano-Bio Interface Systems |
| Scott vander Laan | MS (24) (ECE) | 8/2011 | D. Janes | Photoelectric Effects in Vertical Nanocarbon Structures |
| Jason Stair | MS (25) (MET) | 8/2011 | H. McNally | Experiments on Hydrogen Permeability through Membranes |
| Stephen Hodson | MS (26) | 12/2011 | | Effects of Carbon Nanotube Properties on Thermal Conductance |
| Mayra Artiles | MS (27) | 12/2011 | | Effects of Metal Nanoparticle Morphology on Carbon Nanotube Biosensors |
| Varrun Ashok | MS (28) (ECE) | 12/2011 | D. Janes | Enhancing the Oxidative Stability of Vegtable Oils using Nano Additives |
| Kyle Smith | PhD (17) | 5/2012 | | The Influence of Particle Shape on Structure, Mechanics, and Transport in Granular Materials |
| Patrick McCarthy | PhD (18) | 8/2013 | | Enhanced Thermal Energy Harvesting and Solar Energy Conversion Utilizing Carbon-based Nanomaterials |
| Guoping Xiong | PhD (19) | 12/2013 | R. Reifenberger | Synthesis of Graphene Nanomaterials and their Application in Electrochemical Energy Storage |
| Anurag Kumar | PhD (20) | 12/2013 | | Graphene Decorated Substrates and Their Interfacial Characteristics |
| Arun Selvaraj Kousalya | PhD (21) | 5/2014 | | Photo-enhanced Flow Boiling with Nanostructured Surfaces |
| Yuan Hu | MS (29) | 8/2014 | | Versatile Instrumentation of Electrochemical Supercapacitor Characterization |

| Alfredo Tuesta | PhD (22) | 12/2014 | | Optical Spectroscopy and Langmuir Probe Diagnostics of Microwave Plasma in Synthesis of Graphene-Based Nanomaterials |
| Joel Hey | MS (30) | 12/2015 | | Transient Thermal Characteristics of High-Flux Cooling Technologies |
| Nicholas Glavin | PhD (23) | 5/2016 | | Electro-Thermal Properties of BN-modified Graphene |
| Sridhar Sadasivam | PhD (24) | 8/2016 | | Thermo-mechanical Simulation of Nanostructure Ensembles |
| Jeffrey Engerer | PhD (25) | 8/2016 | | Flash Boiling for Rapid Cooling |
| Menlong Hao | PhD (26) | 8/2016 | | Thermoelectric Supplements to Power Plant Cycles |
| Stephen Hodson | PhD (27) | 12/2016 | | Microstructure of CNT Array Thermal Interface Materials |
| Ishan Srivastava | PhD (28) | 5/2017 | | Granular Structure Optimization for Enhanced Thermoelectrics |
| Galen Jackson | PhD (29) | 5/2017 | | Phase-change Materials for Thermal Storage |
| Kimberly Saviers | PhD (30) | 8/2017 | | Thermal Interfaces for Thermoelectric Energy Conversion |
| Jingjing Shi | PhD | 12/2017 (expected) | X. Ruan | Interfacial Modeling of Networked Carbon Nanostructures |
| Ujash Shah | MS | 12/2017 (expected) | S. Kais | TBD |
| Majed Alrefae | PhD | 12/2017 (expected) | | Laser Diagnostics of Roll-to-roll Plasma Synthesis of Graphene |
| Brian Fu | MS | 5/2018 (expected) | | TBD |
| Arpan Kundu | PhD | 5/2018 (expected) | | Electrothermal Behavior of Electrochemical Devices |
| Yijun Ge | PhD | 12/2018 (expected) | | Electron-phonon Coupling in van der Waals Heterostructures |
| Yuan Hu | PhD | 5/2019 (expected) | | TBD |
| Aaditya Candadai | PhD | 5/2019 (expected) | | TBD |
| Rajath Kantharaj | PhD | 5/2019 (expected) | | TBD |

## Postdoctoral and Visiting Associates Mentored

1. Greg Walker, Postdoc 1999-2001 (Vanderbilt)
2. Frank Pfefferkorn, Postdoc 2002-2003

3. Xi Richard Zhang, Postdoc 2005-2006
4. Yuan Zheng, Postdoc 2005-2006
5. Timothee Pourpoint, Postdoc Research Associate 2006-2007
6. Placidus Amama, Postdoc 2004-2007
7. Kishore Uppireddi, Visiting PhD student, University of Puerto Rico - San Juan, 2008
8. T. Bhuvana, Postdoctoral Exchange Associate (JNCASR) 2008-2009
9. Sungwon S. Kim, Postdoctoral Research Associate 2008, Visiting Professor of Mechanical Engineering 2009-2011
10. Narendra Kurra, Visiting PhD student, JNCASR, 2010
11. Chandra Sekhar Rout, Postdoctoral Exchange Associate (JNCASR), 2010-2012.
12. KPSS Hembram, Postdoctoral Exchange Associate (JNCASR), 2010-2011.
13. Oliver Jesuit, Visiting Student, Technical University of Hamburg-Harburg, 2010-2011.
14. Ritu Gupta, Visiting Student, JNCASR, 2011.
15. Prashant Kumar, Postdoc 2011 - 2012
16. Rajib Paul, Postdoc 2011 - 2014
17. Guoping Xiong, Postdoc 2014 - present
18. Anurag Kumar, Postdoc 2014 - present
19. Ritu Gupta, Postdoc 2014 - 2015
20. Pingge He, Visiting Student, 2014 - present
21. Qiangqiang Zhang, Visiting Student, 2015 - 2016
22. Ankush Kumar, Visiting Student, 2015 - 2016
23. Antonio Esquivel Puentes, Visiting Student, 2016

## Masters Projects (non-thesis) Supervised

1. Emilie Garnier, *Spray Coating of Organometallics on Graphitic Petals,* 2015-16 (MS, Purdue)
2. P. Gupta, *Case Study on a HEXFET's Electrothermal Simulation Process Utilizing CFDRC Software Package*, May 2002 (MEng, Vanderbilt)

## Undergraduate Research Supervised

1. M. Graham, *Micro-Aspirating Air Heat Exchangers for Enhanced Compact Cooling of Electronics*, 1/99 - 5/99.
2. B. Galante, *Hot Wire Anemometry: System Setup*, 1/99 – 5/99
3. M.J. McGowan, *Thermocouple Calibration System Setup*, 1/99 - 5/99
4. C.T. Harris, *Convective Heat Transfer Enhancement from Active Fins*, Meritor Summer Research Program, 5/99 - 8/99
5. M.J. McGowan, *Direct Refrigeration by Field Emission*, 5/99 - 8/99
6. D.K. Schaffer, *Direct Power Generation by Field Emission*, 5/99 - 8/99
7. D.K. Schaffer, *Design and Fabrication of Test Platform for Diamond Tip Emission Energy Conversion Experimentation*, 8/99 - 5/00
8. C.T. Harris, *High Vacuum System Setup for Field Emission Experiments*, 8/99 - 5/00
9. M.J. McGowan, *Radiative Shielding of High-Temperature Elements for Field Emission Experiments*, 8/99 - 5/00

10.   A.W. Sloss, *Dynamic Measurements of Advanced Roller Coasters*, 1/00 - 5/00

11.   D.J. Mahon, *Vacuum System Testbed for Field Emission Experiments*, 5/00-8/00

12.   M.W. Savage, *Automated Data Acquisition for Field Emission Experiments*, 5/00-8/00

13.   T.W. Brooks, *Thermoelectric Intercooler for IC Engines*, 5/00-8/00

14.   E.M. Balitsis, *Heat-Flux Gauge and Calibration System*, 5/00-8/00

15.   A.W. Sloss, *Microfluidic Polymer Structures*, 5/00-8/00

16.   B.J. Doty, *Microchannel Cooling of Integrated Circuits*, 9/00-5/01

17.   T.W. Brooks, *Infrared Thermography for Microchannel Cooling Experiments*, 1/01-5/01

18.   J.S. Jarrell, *Microfluidic Flow Equipment for Protein Separation*, 1/01-5/01

19.   B. Cola, *Simulation of Thermal Stresses in Diamond Film Structures*, 5/01-8/01

20.   M.W. Savage, *Automated Data Acquisition for Nanofluidic Experiments*, 5/01-7/01

21.   J.S. Jarrell, *Enhanced Microchannel Heat Sinks for Electronics Cooling*, 5/01-5/02

22.   B. Cola, *Design of an On-Site Sub-Station for Thermal Testing of Power Transformers*, 8/01-5/02

23.   J. Nolke, *Development of Soft Lithography Tools for BioMEMS*, 1/03- 5/03

24.   P. Smith, *Experiments on Thermal Conductivity of Carbon Nanotube Arrays*, 1/03 – 5/03

25.   N. Merkel, *Atomic Force Microscopy of Carbon Nanotubes*, 6/03 – 8/03

26.   J. Zoss, *Development of the Multiscale Manufacturing Center*, 6/03 – 8/03

27.   S. Ujereh, *Enhanced Pool Boiling using Carbon Nanotube Arrays*, 6/03 – 8/03

28.   J. Valentine, *Design and Fabrication of PDMS BioMEMS*, 1/04 – 5/04

29.   H. Hans, *Three-axis Manipulator for Electron Energy Measurements*, 8/03 – 5/04

30.   P. Kroes, *Design and Fabrication of Substrates for PECVD*, 1/04 – 5/04

31.   T. Prawiradiraja, *Automated Data Acquisition for Thermionic Emission Experiments*, 9/03 – 5/04

32.   J. Ziebarth, *Synthesis of Carbon Nanotubes from PLD Films*, 6/04 – 8/04

33.   J. Valentine, *Fabrication of Microfluidic Devices using Soft Lithography in Conjunction with Film Masks*, 8/04 – 12/04, BSME honors thesis

34.   N. Merkel, *AFM Imaging of Single-Walled Carbon Nanotubes*, 8/04 – 12/04

35.   K. Smith, *Experimental Data Acquisition for Hydrogen Storage Systems*, 5/05 – 8/05

36.   S. Oogebule, *Low-Temperature Synthesis of Carbon Nanotubes*, 5/05 – 7/05

37.   Y. Luo, *Thermionic Energy Distribution Measurements*, 5/05 – 12/05

38.   N. Merkel, *Bond Force Measurements at CNT-Substrate Interfaces by AFM*, 5/05 – 12/05

39.   N. Mascerenhas, *Calibrated Electron Energy Distributions*, 8/05 – 12/05

40.   K. Smith, *High-Pressure Metal Hydride Hydrogen Storage System*, 1/06 – 5/06

41.   Y. Luo, *Thermionic Energy Distribution Measurements*, 1/06 – 5/06

42.   N. Merkel, *AFM Characterization of Nanodiamond Surfaces*, 1/06 – 5/06

43.   N. Mascerenhas, *Calibrated Electron Energy Distributions*, 1/06 – 5/06

44.   G. Powell, *Thermionic Electron Energy Distributions from Nanomaterials*, 6/06 – 8/06

45.   S. Flueckiger, *Metal Hydride Hydrogen Storage System Development*, 6/06 – 8/06

46.   R. Maturana, *Convective Enhancement with Ionic Winds*, 8/06 – 8/07

47.   K. Smith, *Thermodynamic Modeling of Metal Hydride Hydrogen Storage*, 8/06 – 5/07

48.    S. Flueckiger, *Experimental Systems for Hydrogen Storage*, 8/06 – 5/07
49.    A. Dighe, *Thermionic Emission from Nanostructured Carbon*, 5/07 – 8/07
50.    N. Lilovich, *Photoelectrochemical Hydrogen Generation from Carbon Nanotubes*, 5/07 – 8/07
51.    C. Ingle,  *Bonding of Carbon Nanotubes to Spin-on Glass*, 5/07 – 8/07
52.    D. Lyzenga, *Modeling of Carbon Nanotube Electronic Devices*, 5/07 – 8/07
53.    A. Dighe, *Solar Hydrogen Generation with Nanostructures,* 5/08 – 8/08
54.    A. Sisto, *Cyberinfrastructure for Heat Transfer*, 5/08 – 8/08
55.    M. Artiles, *Thermal Conductivity of Metal Hydride Powders*, 5/08 – 8/08
56.    E. Sheets, *Coating of Dendrimer-based Catalysts*, 5/08 – 8/08
57.    A. Sisto, *Ab Intio Modeling of CNT-based Photonic Crystals*, 1/09 – 5/09
58.    M. Hankosky, *Pd Thiolate Bonding of CNT Arrays*, 5/09 — 8/09
59.    K. Binkley, *Intercalation of Graphitic Nanopetals*, 5/10 – 5/12
60.    M. Lau, *Microlens Arrays for Solar Concentration*, 5/11 – 8/11
61.    A. Dubitsky, *Flash Boiling of Methanol*, 1/12 – 5/11
62.    S.-L. Pang, *Jamming of Granular Media*, 5/12 – 8/12
63.    Y. Che, *Green's Function Modeling of Long-Wave Interfacial Transport*, 5/12 – 8/12
64.    R. Earley, *Rapid Cooling with Foam Heat Exchangers*, 8/12 – 12/12
65.    Y. Hu, *Thermal Interface Modeling*, 8/12 – 12/12
66.    S.-L. Pang, *Heterogeneous Material Modeling*, 8/12 – 12/12
67.    K. Fisher, *Modeling of Supercapacitors,* 5/13 — 8/13
68.    R. Kantharaj, *Heat Transfer in Granular Materials*, 5/15 — 8/15
69.    B. Kuthanazhi, *Scalable Production of Graphene-based Supercapacitors,* 5/15 — 8/15
70.    J. Mynhier, *Optimization in the Simulation of Jammed Polyhedral Particles*, 5/15 — 8/15
71.    J. Comparan, *Oxygen Plasma Treatment of PET,* 5/15 — 8/15
72.    Y. Chen, *CFD Modeling of Roll-to-Roll Plasma Processing*, 1/16 —12/16
73.    A. Berghoff, *Graphitic Petal Characterization*, 5/16 — 8/16
74.    D. Torres, *Plasma Treatment of Liquid Crystal Polymers*, 5/16 — 8/16
75.    T. Kobil, *Flash Boiling for Room Cooling,* 1/17 — 5/17
76.    E. Ramirez, *Flash Boiling for Room Cooling,* 1/17 — 5/17
77.    N. Fruehe, *Flash Boiling for Room Cooling,* 1/17 — 5/17
78.    W. Topercer, *Flash Boiling for Room Cooling,* 1/17 — 5/17
79.    E. Sattler, *50kW Pulsed Cooling Testbed*, 5/17 — 8/17

## Courses Taught at UCLA

Fall 2017     MAE 231G *Microscopic Energy Transport*. 4 credits, 24 enrolled. Grad elective.
Spring 2018   MAE 133A *Intermediate Thermodynamics*. 4 credits, 64 enrolled. UG elective.
Fall 2018     MAE 231G *Microscopic Energy Transport*. 4 credits, 25 enrolled. Grad elective.

## Courses Taught at Purdue University

Fall 2002     ME 200 *Thermodynamics I*. 3 credits, 120 enrolled. Required undergrad.

Spring 2003    ME 597F *Nano- and Micro-scale Energy Transfer*. 3 credits, 20 enrolled. Grad elective.

Fall 2003    ME 505 *Intermediate Heat Transfer*. 3 credits, 35 enrolled. Grad elective.

Spring 2004    ME 200 *Thermodynamics I*. 3 credits, 115 enrolled. Required undergrad.

Fall 2004    ME 505 *Intermediate Heat Transfer*. 3 credits, 60 enrolled. Grad elective.

Spring 2005    ME 597F *Nano- and Micro-scale Energy Transfer*. 3 credits, 14 enrolled. Grad elective.

May 2005    ME 595M *Computational Methods for Nanoscale Thermal Transport*, 1 credit, 8 enrolled. Grad elective. (with J. Murthy)

Fall 2005    ME 605 *Convection of Heat and Mass*. 3 credits, 14 enrolled. Grad elective.

Spring 2006    ME 315 *Heat and Mass Transfer*. 4 credits (incl. separate lab), 53 enrolled. Required undergrad.

Fall 2006    ME 200 *Thermodynamics I*. 3 credits, 120 enrolled. Required undergrad.

Spring 2007    ME 597F *Nano- and Micro-scale Energy Transfer*. 3 credits, 11 enrolled. Grad elective.

May 2007    ME 595M *Computational Methods for Nanoscale Thermal Transport*, 1 credit, 4 enrolled. Grad elective. (with J. Murthy)

Fall 2007    ME 605 *Convection of Heat and Mass*. 3 credits, 12 enrolled. Grad elective.

Fall 2007    ME 200 *Thermodynamics I*. 3 credits, 126 enrolled. Required undergrad. (with E. Groll)

Summer 2008 ME 200 *Thermodynamics I*. 3 credits, 117 enrolled. Required undergrad. (with Y. Zheng)

Fall 2008    ME 606 *Radiation Heat Transfer*. 3 credits, 6 enrolled. Grad elective.

Spring 2010    ME 697F (3-week module, X. Ruan lead instructor) *Computational Methods for Nanoscale Energy Transport*. 3 credits, 12 enrolled. Grad elective

Fall 2011    ME 503 (formerly 597F) *Nano- and Micro-scale Energy Transfer*. 3 credits, 19 enrolled. Grad elective.

Spring 2012    ME 315 *Heat and Mass Transfer*. 4 credits (incl. separate lab), 50 enrolled. Required undergrad.

Fall 2012    ME 315 *Heat and Mass Transfer*. 4 credits (incl. separate lab), 74 enrolled. Required undergrad.

Spring 2013    *Thermal Energy at the Nanoscale*. nanoHUB-U online course (https://nanohub.org/courses/TE). 148 enrolled in initial real-time offering.

Fall 2013    ME 503 (formerly 597F) *Nano- and Micro-scale Energy Transfer*. 3 credits, 34 enrolled. Grad elective.

Spring 2015    ME 608 *Numerical Methods for Heat, Mass, and Momentum Transfer.* 3 credits, 40 enrolled. Grad elective.

Fall 2015    ME 503 (formerly 597F) *Nano- and Micro-scale Energy Transfer*. 3 credits, 23 enrolled. Grad elective.

Spring 2016    ME 463 *Senior Design*. 3 credits, 25 enrolled. Required undergrad.

Fall 2016    ME 200 *Thermodynamics I*. 3 credits, 75 enrolled. Required undergrad.

Spring 2017    ME 200 *Thermodynamics I*. 3 credits, 46 enrolled. Required undergrad.

## Courses Taught at Indian Institute of Technology, Jodhpur

Dec 2015     *Synthesis and Characterization of Materials for Energy Storage Devices*. 1 credit, 25 enrolled. Grad elective. (with R. Gupta, G.U. Kulkarni, R. Sharma)

## Courses Taught at Jawaharlal Nehru Centre for Advanced Scientific Research

Summer 2009 JF 206 *Heat Transport: From Atoms to Continuum*. 2 credits, 12 enrolled. Grad elective. (with K.R. Sreenivas)

## Courses Taught at Vanderbilt University

Fall 1998     ME 220A *Thermodynamics I*.  3 credits. 12 enrolled. Required course.

Fall 1998     ME 213 *Energetics Laboratory*. 2 credits. 46 enrolled. Required course. (taught 2 of 12 labs)

Spring 1999   ME 224/CE 203 *Fluid Mechanics*.  3 credits. 21 enrolled. Required course.

Fall 1999     ME 213 *Energetics Laboratory*. 2 credits. 41 enrolled. Required course. (taught 5 of 9 labs and supervised the entire course)

Fall 1999     ME 365 *Special Topics in Heat Transfer: Microscale Energy Transport*. 3 credits. 12 enrolled. Grad elective.

Fall 1999     ME 392 *Special Topics: Error Estimates in Engineering Numerical Methods*. 3 credits. 1 enrolled. Elective.

Fall 1999     ES 101 *Adventures in Mechanical Engineering*. 1 credit. 4 enrolled. Elective course (taught 1 of 10 lectures)

Spring 2000   ME 224/CE 203 *Fluid Mechanics*.  3 credits. 21 enrolled. Required course.

Fall 2000     ME 213 *Energetics Laboratory*. 2 credits. 41 enrolled. Required course. (taught 5 of 9 labs and supervised the entire course)

Spring 2001   ME 363 *Conduction and Radiation Heat Transfer*. 3 credits. 5 enrolled. Grad elective.

Fall 2001     ME 365 *Special Topics in Heat Transfer: Microscale Energy Transport*. 3 credits. 8 enrolled. Grad elective.

Spring 2002   ME 220A *Thermodynamics I*.  3 credits. 30 enrolled. Required course.

## Courses Taught at Cornell University

Summer 1997 ME 221 *Introductory Thermodynamics*. 3 credits. 17 enrolled. Required course.

## Courses Created at Vanderbilt University

ME 365       *Microscale Energy Transport*. Fall 1999, Fall 2001.

## Courses Created at Purdue University

ME 597F      *Nano- and Micro-Scale Energy Transfer Processes*. Spring 2003, Spring 2005, Spring 2007.

ME 595M      *Computational Methods for Nanoscale Thermal Transport*. May 2005 and 2008 (co-developed with Prof. J. Murthy).

nanoHUB-U    *Thermal Energy at the Nanoscale*. Perpetual online course. (https://nanohub.org/courses/TE).

**EXH. 18 PAGE 248**

## Courses Created at Jawaharlal Nehru Centre for Advanced Scientific Research

JF 206      *Heat Transport: From Atoms to Continuum*. Summer 2009 (co-developed with K.R. Sreenivas).

# SERVICE

## Professional Service

Director, Center for Integrated Thermal Management of Aerospace Vehicles (CITMAV)

| | 2014 — present |
|---|---|
| Co-Director, Indo-US R&D Joint Networked Centre on Nanomaterials for Clean Energy and Environmental Sensors | 2016 — present |
| Co-Director, Indo-US Joint Centre on Nanomaterials for Energy | 2009 – 2015 |

*Professional Society Committee Service*

International Centre for Heat and Mass Transfer

| | |
|---|---|
| Scientific Council | 2018 — present |
| International Thermal Conductivity Conference Board of Directors | |
| Secretary | 2017 — present |
| Vice Chair | 2014 — 2017 |
| ASME NanoEngineering Council Member | 2012 – 2014 |
| Co-Vice Chair | 2012 – 2013 |
| ASME NanoEngineering for Energy and Sustainability (NEES) Steering Committee Member | 2011 – present |
| IEEE TC-9 Committee on Thermal Phenomena in Electronics | 1999 – 2012 |
| ASME K-6 Committee on Heat Transfer in Energy Systems | 2000 – present |
| Chair of the Committee | 2010 – 2012 |
| ASME K-16 Committee on Heat Transfer in Electronic Systems | 2000 – present |
| ASME K-16 Committee Representative to the IMECE Conference | 2001 |
| AIAA Thermophysics Technical Committee | 2010 – 2014 |
| Institute for Biological Engineering, Councilor-at-Large | 2004 – 2006 |

*Service as a Peer Reviewer*

Manuscript review: *Chemistry of Materials; Computer Methods in Applied Mechanics and Engineering; Diamond and Related Materials; Experimental Heat Transfer; Finite Elements in Engineering; IEEE Transactions on Advanced Packaging; IEEE Transactions on Components, Packaging, and Manufacturing Technology; IEEE Transactions on Nanotechnology; IEEE Transactions on Plasma Science; International Journal of Heat and Mass Transfer; International Journal of Refrigeration; Journal of Electronic Packaging; Journal of Energy Resources Technology; Journal of Fluids Engineering; Journal of Applied Physics; Applied Physics Letters; Journal of Heat Transfer; Materials Chemistry & Physics; Journal of Nanomaterials; Journal of Nanoscience and Nanotechnology; Physical Chemistry Chemical Physics; Journal of Physics D—Applied Physics; Journal of the American Chemical Society; Nanoscale & Microscale Thermophysical Engineering; Nano Research; Nanoscience & Nanotechnology Letters; Nanotechnology; Nature Nanotechnology; Physica B; Physical Review B; Science; Sensors and Actuators B; Journal of Thermal Science and Engineering Applications; Journal of Nano Energy and Power Research; Journal of Thermal Science & Engineering Applications; Advanced Energy Materials; Energy & Environmental Science; International Journal of Environmental Analytic Chemistry; Sensors; Thin Solid Films; Bulletin of Materials Science; Energy Conversion & Management; Journal of Materials Chemistry A; Journal of Materials Chemistry C.*

Proposal review: *NSF Chemical and Transport Division, Genes and Genome Systems, SBIR/STTR; NASA EPSCoR; Stanford Global Climate and Energy Project; AFOSR*

*SBIR; Army Research Lab; UK Innovative Electronics Manufacturing Research; Indo-US Science & Technology Forum; DoE Basic Sciences.*

External thesis review: *Indian Institute of Science, Jawaharlal Nehru Centre for Advanced Scientific Research-Chemistry and Physics of Materials Unit, Indian Institute of Technology-Madras, University of Madras, University of Waterloo.*

*Society Memberships*

| | |
|---|---|
| Member, American Society of Mechanical Engineers | 1993 – present |
| Senior Member, American Institute of Aeronautics & Astronautics | 2012 – present |
| Member, American Institute of Aeronautics and Astronautics | 2010 – 2012 |
| Member, Institute of Biological Engineering | 2002 – 2009 |
| Member, International Thermoelectric Society | 1999 – 2003 |
| Member, American Society for Engineering Education | 1999 – 2001 |

*Editorial Positions*

| | |
|---|---|
| Specialty Chief Editor, *Frontiers in Thermal and Mass Transport* (section of *Frontiers in Mechanical Engineering*) | 2015 — present |
| Associate Editorial Board, *Frontiers in Nanoenergy Technologies and Materials* (section of *Frontiers in Energy Research and Materials*) | 2014 – present |
| Co-Editor, *Energy Conversion & Management* | 2013 – 2014 |
| Editorial Advisory Board, *Energy Conversion & Management* | 2013 – present |
| Special Issue Editor, *Sensors*, special section on biosensors | 2011 – 2012 |
| Editorial Board, *Nano Energy and Nano Environment* | 2011 – 2017 |
| Associate Editor, *Journal of Nano Energy & Power Research* | 2010 – 2017 |
| Editorial Board, *Journal of Nanoengineering & Nanomanufacturing* | 2010 – 2017 |

*Conference Organizer Positions*

Associate Editor, *16th International Heat Transfer Conference*, Beijing, China, August 2018.

Tech Talks Track Co-chair, *Itherm 2018*, San Diego, CA, May 2018

Conference Chair, *International Thermal Conductivity Conference and International Thermal Expansion Symposium,* West Lafayette, IN, April 2014.

Track Co-Chair, *Heat Transfer in Energy Systems*, ASME Summer Heat Transfer Conference, San Juan, PR, July 2012.

Track Co-Chair, *Emerging Technologies,* ITHERM, San Diego, CA, 2012.

Workshop Co-Organizer, *Symposium on Nanomaterials for Energy*, West Lafayette, IN, April 2012.

Track Co-Chair, *Energy Systems Analysis, Thermodynamics, and Sustainability* International Mechanical Engineering Congress & Exposition, Denver, CO, November 2011.

Workshop Co-Organizer, *Workshop on Basics of Nanomaterials and Applications in Energy Conversion, Transport, and Storage*, Bangalore, India, August 2010.

US Scientific Committee, *14th International Heat Transfer Conference,* Washington, DC, August 2010.

Technical Committee Co-Chair, *10th AIAA/ASME Joint Thermophysics and Heat Transfer Conference*, Chicago, IL, June 2010.

Workshop Co-Chair, *AFRL/RX Thermal Management Materials Workshop*, Dayton, OH, October 2009.

Symposium Co-Chair, *Surface Engineering for Thermal Management*, at the *36th International Conference on Metallurgical Coatings and Thin Films*, San Diego, CA USA, April 2009.

Workshop Co-Chair (US), *Frontiers in Scalable Nanostructured Interface Materials: A US-India Joint Workshop*, West Lafayette, IN USA, March 2009.

Workshop Co-Chair (US), *Joint Indo-US Workshop on Scalable Nanomaterials for Enhanced Energy Transport, Conversion and Efficiency*, Bangalore, INDIA, August 2008.

Conference Co-Chair, *2nd ASME Energy Nanotechnology International Conference*, Santa Clara, CA, September 2007.

Track Chair, Energy and Heat Transfer, *International Conference on Integration and Commercialization of Micro and Nanosystems*, Sanya, China, January 2007.

Workshop Co-Organizer (US), *International Workshop on Thermal Design and Management in Electronics*, Bangalore, India, January 2006.

Conference Organizer, *ASME Region VI Graduate Student Technical Conference*, March 2004

Conference Organizer, *ASME Region VI Graduate Student Technical Conference*, March 2003

Conference Organizer, *ASME Region XI Graduate Student Technical Conference*, March 2001

*Conference Session Chair Positions*

Regular service (through present) as a session chair at: *International Mechanical Engineering Congress and Exposition, ASME Summer Heat Transfer Conference, Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems, International Conference on Metallurgical Coatings & Thin Films.*

Periodic service as session chair at: *International Heat Transfer Conference (2010); International Conference on Integration and Commercialization of Micro & Nanosystems (2007); Institute for Biological Engineering Annual Meeting (2004, 2006); Joint AIAA/ASME Thermophysics and Heat Transfer Conference (2002, 2006, 2010)*

## Academic Service

*UCLA Department of Mechanical and Aerospace Engineering*

| | |
|---|---|
| Department Chair | 2018 — present |
| Laboratory Space Policy Committee, chair | 2017 — 2018 |
| Graduate Admissions Committee | 2017 — 2018 |

*Purdue University*

| | |
|---|---|
| Birck Nanotechnology Center Strategic Directions Committee | 2016 – 2017 |
| Discovery Park Strategic Advisory Board | 2016 – 2017 |
| Review Panelist, Diversity Transformation Award, Phases I and II | 2015 |
| ADVANCE Diversity Catalyst | 2013 – 2017 |
| Search Committee for Deputy Director, Birck Nanotechnology Ctr. | 2013 – 2014 |
| Entrepreneurship, Innovation and Business Committee | 2011 – 2012 |
| Birck Nanotechnology Center Director Search Committee | 2010  – 2011 |
| Disciplinary Review Subcommittee, Chairperson, Birck Center | 2008 – 2012 |
| Internal Advisory Committee, Birck Nanotechnology Center | 2007 – 2010 |
| Safety Committee, Birck Nanotechnology Center | 2006 – 2017 |

*T.S. Fisher, p. 67*

*Purdue University College of Engineering*

| | |
|---|---|
| Faculty Mentor, Multiethnic Introduction to Engineering (MITE) | Summer 2016 |
| Faculty Mentor, Academic Boot Camp (ABC) | Summer 2016 |
| Academic Grievances Committee | 2016 — 2017 |
| Engineering Named Professorships Committee | 2016 — 2017 |
| Pre-eminent Team Review Panelist | 2015 |
| Member, Pre-eminent Teams: (1) Cold Plasmas, (2) Wireless Implantable Devices, (3) Nanomanufacturing, (4) Particulate Processes & Products | 2014 — 2017 |
| Nanomanufacturing Pre-eminent Team Search Committee | 2014 — 2017 |
| Implantable Wireless Sensors Pre-eminent Team Search Comm. | 2013 — 2017 |
| Diversity Action Committee | 2012 – 2017 |
| Strategic Planning Committee on International Partnerships, Co-Chair | 2009 |
| Alliance for Graduate Education and the Professoriate Professor | 2005 – 2017 |
| Energy Signature Area Search Committee | 2006 – 2007 |
| Academic Personnel Grievances Committee | 2004 – 2005 |
| Associate Dean for Research Advisory Committee | 2003 – 2005 |
| Renewable Energy and Power Systems Search Committee | 2003 – 2005 |
| NcN Technical Director Search Committee | 2003 |
| Nanosystems Integration Search Committee | 2003 – 2005 |

*Purdue University School of Mechanical Engineering*

| | |
|---|---|
| Chair, School Strategic Planning Committee | 2016 – 2017 |
| Thermo-fluids Faculty Search Committee | 2015 – 2016 |
| Department Faculty Search Committee | 2012 – 2013 |
| Mechanical Engineering Strategic Planning Committee | 2011 – 2012 |
| Heat Transfer Faculty Search Committee | 2011 – 2012 |
| Mechanical Engineering Leadership Team | 2010 – 2013 |
| Heat Transfer Area Chair | 2010 – 2013 |
| Graduate Student Teaching Practicum Committee Co-Chair | 2007 |
| Multi-Physics Transport in Micro/Nano Systems Search Comm. | 2006 – 2007 |
| Graduate Committee | 2004 – 2007 |
| Heat Transfer Area Exam Chair | 2002 – 2007 |
| Communications Committee | 2002 – 2004 |
| Research Committee | 2002 – 2003 |

*Vanderbilt University*

| | |
|---|---|
| Graduate Faculty Delegate Assembly | 1998 – 2002 |
| Vanderbilt Institute for Nanoscale Science and Engineering Steering Committee | 2000 – 2002 |

*Vanderbilt School of Engineering*

| | |
|---|---|
| Associate Dean for Research Search Committee | 2000 – 2001 |
| Information Technologies Committee | 2000 – 2002 |

*Vanderbilt Department of Mechanical Engineering*

| | |
|---|---|
| Graduate Committee | 1998 – 2001 |
| Facilities Committee | 1998 – 2001 |
| Chair, Facilities Committee | 2001 |
| Curriculum Committee | 1998 – 1999 |
| Assistant Professor Search Committee | 1999 – 2000 |
| Thermo-Fluids Search Committee | 2000 – 2001 |
| Flowers Chair Search Committee | 2001 |
| Vanderbilt University ASME Student Section Advisor | 1999 – 2001 |

| | |
|---|---|
| Primary author of departmental space allocation plan (with M. Goldfarb and K.D. Frampton) | 1999 |
| Academic advisor for 23 students in the Class of 2002 | |

## Community Service

| | |
|---|---|
| Mar Vista Recreation Center youth baseball coach | 2018 — present |
| Fisher Family Foundation, Vice President | 2015 – present |
| West Lafayette Little League Tee-Ball Director | 2013 |
| Progressive Vellore, Scientific Advisory Committee | 2013 – present |
| West Lafayette Pony League baseball coach | 2007 – 2010 |
| West Lafayette youth basketball coach (AAU) | 2004 – 2006 |
| West Lafayette Little League baseball coach | 2003 – 2008 |
| Program Coordinator, Preston Taylor Ministries After-School Program | 2000 – 2001 |
| Green Hills (TN) YMCA youth baseball coach | 1999 – 2001 |

## References

Available upon request