1  Robert E. Boone III (California Bar No. 132780)
2  reboone@bclplaw.com
   **BRYAN CAVE LEIGHTON PAISNER LLP**
3  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
4  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
5
6  Kelly W. Cunningham (California Bar No. 186229)
   kcunningham@cislo.com
7  **CISLO AND THOMAS LLP**
   12100 Wilshire Boulevard, Suite 1700
8  Los Angeles, CA 90025
   Telephone: (310) 451-0647
9  Facsimile: (310) 394-4477
10
   Attorneys for Defendant
11 Elco Lighting, Inc.

12             **UNITED STATED DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14

15 DMF, Inc., a California corporation,          Case No. 2:18-cv-07090-CAS-GJS

16             Plaintiff,                        [Hon. Christina A. Snyder]

17      v.                                       **DEFENDANT ELCO LIGHTING,**
                                                 **INC.'S JOINDER IN DEFENDANT**
18 AMP PLUS, INC., d/b/a ELCO                    **AMP PLUS, INC.'S OPPOSITION**
   LIGHTING, a California corporation;           **TO DMF'S MOTION FOR**
19 ELCO LIGHTING, INC., a California             **PRELIMINARY INJUNCTION**
   corporation,
20                                               **[Local Rule 79.5.2.2(B)]**
21             Defendants.
                                                 Date:        January 7, 2019
22                                               Time:        10:00 a.m.
   AMP PLUS, INC., d/b/a ELCO                    Location:    Courtroom 8D,
23 LIGHTING, a California corporation;           350 West First Street, Los Angeles, CA
24             Counterclaimant,
25      v.
26 DMF, Inc., a California corporation,
27             Counter-Defendant.
28

USA01\12338883.1

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1    Defendant Elco Lighting, Inc. hereby joins in Defendant AMP Plus, Inc.
2  dba Elco Lighting's Opposition to Plaintiff DMF's Motion for Preliminary
3  Injunction, including all other papers filed in connection therewith, and
4  incorporates herein by reference all such materials, as if set forth fully herein.
5  Elco Lighting, Inc. requests the Court to deny the Motion on the grounds stated
6  in the Opposition.

7  Dated:  December 3, 2018        **BRYAN CAVE LEIGHTON PAISNER LLP**

9                                 By:  _/s/ Robert E. Boone III_
10                                       Robert E. Boone III
11                                       Attorneys for Defendant
                                         Elco Lighting, Inc.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386