Robert E. Boone III (California Bar No. 132780)
reboone@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200

Kelly W. Cunningham (California Bar No. 186229)
kcunningham@cislo.com
**CISLO AND THOMAS LLP**
12100 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90025
Telephone:   (310) 451-0647
Facsimile:    (310) 394-4477

Attorneys for Defendant
AMP PLUS, INC. d/b/a Elco Lighting

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation, | Case No. 2:18-cv-07090-CAS-GJS |
| Plaintiff, | [Hon. Christina A. Snyder] |
| v. | **NOTICE OF ERRATA TO EXHIBIT 3 OF THE DECLARATION OF TIMOTHY FISHER** |
| AMP PLUS, INC., d/b/a ELCO LIGHTING, a California corporation; ELCO LIGHTING, INC., a California corporation, | |
| Defendants. | Date:       January 7, 2019<br>Time:       10:00 a.m.<br>Location:   Courtroom 8D,<br>350 West First Street, Los Angeles, CA |
| AMP PLUS, INC., d/b/a ELCO LIGHTING, a California corporation; | |
| Counterclaimant, | |
| v. | |
| DMF, Inc., a California corporation, | |
| Counter-Defendant. | |

USA01\12347876.1

NOTICE OF ERRATA – EX. 3 TO THE DECL. OF FISHER

1  PLEASE TAKE NOTICE that Defendant AMP Plus, Inc. dba Elco
2  Lighting ("Elco") hereby files this Notice of Errata with respect to Exhibit 3
3  [Dkt. 55-10] to the Declaration of Timothy Fisher [Dkt. 55-7].  The copy of
4  Exhibit 3 attached hereto is the correct copy.

Dated:  December 7, 2018          **BRYAN CAVE LEIGHTON PAISNER LLP**


By: */s/ Robert E. Boone III*
　　Robert E. Boone III
　　Attorneys for Defendant
　　AMP PLUS, INC. d/b/a Elco Lighting