Ben M. Davidson, Esq., Bar No. 181,464
*ben@dlgla.com*
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Telephone: (818) 918-4622

David W. Long, Esq. (admitted *pro hac vice*)
*longdw@ergoniq.com*
ERGONIQ LLC
8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff
DMF, Inc.

Robert E. Boone III, Bar No. 132,780
reboone@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: 310-576-2100

Kelly Cunningham, Bar No. 186,229
kcunningham@cislo.com
CISLO&THOMAS LLP
12100 Wilshire Blvd., Suite 1700
Los Angeles, California 90025
Telephone: 310-451-0647

Attorneys for Defendants AMP Plus, Inc.
d/b/a ELCO Lighting, and ELCO Lighting Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and<br><br>ELCO Lighting Inc., a California corporation,<br><br>       Defendants. | Case No.  2:18-CV-07090 CAS (GJSx)<br><br>**STIPULATION RE SETTING OF REMAINING DATES AND DEADLINES SUBMITTED BY PARTIES IN THEIR RULE 26(F) REPORT**<br><br>**[PROPOSED ORDER SUBMITTED CONCURRENTLY HEREWITH]** |

On January 9, 2019, the parties jointly submitted a Rule 26(f) Report in which they agreed to exchange infringement and invalidity contentions by adopting in part Patent Local Rules 3-1 and 3-3 of the Local Patent Rules developed by the District Court for the Northern District of California. *See* dkt. 97 (Joint Rule 26(f) Report).

On January 14, 2019, the Court set a deadline for filing amended pleadings (March 15, 2019), a Settlement Completion deadline (June 5, 2019), and a Status Conference re Settlement (June 17, 2019 at 11:00 a.m.). Dkt. 101.

The Court further ordered the parties to "meet and confer forthwith, regarding setting of the remainder of dates and deadlines, as stated in Court and on the record" and to "submit a Stipulation and Proposed Order no later than January 25, 2019, for the Court's approval." Dkt. 101.

Having met and conferred, the parties stipulate to proceed based on the schedule and procedures agreed upon in the Rule 26(f) Report up through the following proposed deadlines, with the remaining dates and deadlines to be set by the Court at the June 17, 2019 Status Conference re Settlement or at any earlier Status Conference that may be set by the Court:

| Matter | Originally Proposed Date | New Proposed Date |
|---|---|---|
| DMF Identification of Asserted Claims | February 5, 2019 | February 19, 2019 |
| Parties Exchange Infringement and Invalidity Contentions In Response To Interrogatories | February 15, 2019 | March 1, 2019 |
| Parties Exchange Claim Terms To Be Construed | March 1, 2019 | March 22, 2019 |

| | | |
|---|---|---|
| Parties Exchange Claim Construction Briefs | March 26, 2019 | April 9, 2019 |
| Parties Serve Rebuttal Claim Construction Briefs | April 5, 2019 | April 22, 2019 |
| Parties Prepare Joint Claim Construction Chart | April 29, 2019 | May 17, 2019 |

Respectfully submitted,

| DAVIDSON LAW GROUP, ALC | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: /s/ Ben M. Davidson<br>     Ben M. Davidson | By: /s/ Robert Boone (by permission BMD)<br>     Robert E. Boone III |
| | Attorneys for Defendants<br>AMP Plus, Inc. d/b/a ELCO Lighting and ELCO Lighting, Inc. |
| ERGONIQ LLC | |
| By: /s/ David Long<br>     David Long | Date:  January 25, 2019 |
| Attorneys for Plaintiff<br>DMF, Inc. | |
| Date January 25, 2019 | |

3

## CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)

Pursuant to Local Rule 5-4.3.4(A)(2)(i), I hereby certify that the content of this document is acceptable to Robert Boone, counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

DAVIDSON LAW GROUP, ALC


By:   /s/ Ben M. Davidson
     Ben M. Davidson, Esq.

Attorneys for Plaintiff
DMF, Inc.

Date: January 25, 2019