1 | Ben M. Davidson, Esq., Bar No. 181,464
*ben@dlgla.com*
2 | DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
3 | Calabasas, California 91302
Telephone: (818) 918-4622

4 |
David W. Long, Esq. (admitted *pro hac vice*)
5 | *longdw@ergoniq.com*
ERGONIQ LLC
6 | 8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
7 | Telephone: (202) 847-6853

8 | Attorneys for Plaintiff
DMF, Inc.

9 | Robert E. Boone III, Bar No. 132,780
reboone@bclplaw.com
10 | BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
11 | Santa Monica, California 90401-2386
Telephone:  310-576-2100

12 |
Kelly Cunningham, Bar No. 186,229
13 | kcunningham@cislo.com
CISLO&THOMAS LLP
14 | 12100 Wilshire Blvd., Suite 1700
Los Angeles, California 90025
15 | Telephone:  310-451-0647

16 | Attorneys for Defendants AMP Plus, Inc.
d/b/a ELCO Lighting, and ELCO Lighting Inc.

17 |

18 | **UNITED STATES DISTRICT COURT**

19 | **CENTRAL DISTRICT OF CALIFORNIA**

20 | DMF, Inc., a California corporation,      )   Case No.  2:18-CV-07090 CAS (GJSx)
                                          )
21 |              Plaintiff,                 )
                                          )   [~~PROPOSED~~] ORDER RE SETTING
22 |        vs.                             )   OF DATES RE REMAINING
                                          )   DATES AND DEADLINES
23 |                                        )   SUBMITTED BY THE PARTIES IN
                                          )   THEIR RULE 26(F) REPORT
24 | AMP Plus, Inc. d/b/a ELCO Lighting, a  )
     California corporation; and            )
25 |                                        )
     ELCO Lighting Inc., a California       )
26 | corporation,                           )
                                          )
27 |              Defendants.               )

28 |

After having considered the Stipulation and [Proposed] Order Re Setting of Dates re Remaining Dates and Deadlines Submitted By The Parties In Their Rule 26(f) Report, it is HEREBY ORDERED that the parties will proceed based on the schedule and procedures agreed upon in their Rule 26(f) Report up through the following proposed deadlines, with the remaining dates and deadlines to be set by the Court at the June 17, 2019 Conference re Settlement or any earlier Status Conference that may be set by the Court.

| Matter | Date |
|---|---|
| DMF Identification of Asserted Claims | February 19, 2019 |
| Parties Exchange Infringement and Invalidity Contentions In Response To Interrogatories | March 1, 2019 |
| Parties Exchange Claim Terms To Be Construed | March 22, 2019 |
| Parties Exchange Claim Construction Briefs | April 9, 2019 |
| Parties Serve Rebuttal Claim Construction Briefs | April 22, 2019 |
| Parties Prepare Joint Claim Construction Chart | May 17, 2019 |

**IT IS SO ORDERED.**

Dated: January 28, 2019

Hon.  Christina A. Snyder
United States District Judge