Robert E. Boone III, California Bar 132780
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
E-Mail:        reboone@bclplaw.com

Attorneys for Defendants and Counterclaimants
AMP Plus, Inc. d/b/a ELCO Lighting, Inc. and Elco Lighting, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and<br><br>ELCO Lighting Inc., a California corporation,<br><br>    Defendants. | Civil Action No. 2:18-cv-07090 CAS (GJXx)<br><br>**Joint Stipulation Regarding Leave For ELCO To Amend Answer And Counterclaims**<br><br>Ctrm:  350 W. First Street, Room 8D<br><br>Hon. Christina A. Snyder |

Defendants AMP Plus, Inc., d/b/a ELCO Lighting and ELCO Lighting Inc. (referred to collectively herein as "ELCO") and Plaintiff DMF, Inc. ("DMF") by and through their respective counsel, hereby stipulate and request the Court to approve their agreement permitting ELCO to file a Second Amended Answer and Counterclaims, attached hereto as Exhibit A, as follows:

1. The Parties conferred about ELCO's proposal to file a Second Amended Answer and Counterclaims that would add an unclean hands defense, an indefiniteness defense and add prior art identified by ELCO after filing the First Amended Answer and Counterclaim (Dkt. 18) on October 18, 2018.

2. The Parties disagreed on whether ELCO's defenses have merit, but agreed upon a procedure to reduce motion practice and its attendant burden on the Court and Parties whereby DMF would not oppose ELCO seeking leave to file the Second Amended Answer and Counterclaims without prejudice to DMF challenging the merits of the unclean hands and indefiniteness defenses under a motion to dismiss, motion to strike or as otherwise appropriate after entry of the amended pleading.

3. The Parties agreed that a third-party subpoena that ELCO served on Underwriters Laboratories, LLC ("UL") regarding ELCO's unclean hands defense would not be enforced until after the Court has ruled on DMF's motion to be filed challenging that defense.

4. The Parties agreed that entry of the Second Amended Answer and Counterclaims should not alter in anyway the current schedule and procedures set forth in the Court's January 28, 2019 Order (Dkt. 129), including the requirements for ELCO to assert Validity Contentions.

5. ACCORDINGLY, IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, that the Court enter an Order granting ELCO leave to file its Second Amended Answer and Counterclaims attached hereto without prejudice to DMF challenging the merits of the unclean

hands and indefiniteness defenses in a motion to dismiss, strike or otherwise, that the entry of the amended pleading shall not alter in any way the current schedule and procedures set forth in the Court's January 28, 2019 Order (Dkt. 129), including the requirements for ELCO to assert Validity Contentions, and that discovery will not proceed on the subpoena served by ELCO on UL until the Court has ruled on DMF's motion to be filed after entry of the amended pleading.

By: /s/ Ben M. Davidson
    Ben M. Davidson, Esq.

Ben M. Davidson
DAVIDSON LAW GROUP ALC

David W. Long
ERGONIQ LLC

*Attorneys for Plaintiff*
*DMF Inc.*

Date: March 15, 2019

By:   /s/ Robert E. Boone III
    Robert E. Boone III, Esq.

Robert E. Boone III
BRYAN CAVE LEIGHTON PAISNER

*Attorneys for Defendants*
*AMP Plus, Inc., d/b/a ELCO Lighting,*
*and ELCO Lighting Inc..*

Date: March 15, 2019

**Certification Pursuant To Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Ben M. Davidson, Esq., counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

Dated: March 15, 2019     By: /s/ Robert E. Boone III