Robert E. Boone III, California Bar 132780
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-Mail:    reboone@bclplaw.com

Attorneys for Defendants and Counterclaimants
AMP Plus, Inc. d/b/a ELCO Lighting, Inc. and Elco Lighting, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and<br><br>ELCO Lighting Inc., a California corporation,<br><br>    Defendants. | Civil Action No. 2:18-cv-07090 CAS (GJXx)<br><br>**[Proposed] Order Regarding Joint Stipulation Regarding Leave For ELCO To Amend Answer And Counterclaims**<br><br>Ctrm:  8D<br>           350 W. First Street<br><br>Hon. Christina A. Snyder |

[Proposed] Order on Stipulation for ELCO to Amend Pleading

After having considered the Stipulation Regarding Leave For ELCO To Amend Answer And Counterclaims, it is HEREBY ORDERED that:

1. Defendants AMP Plus, Inc., d/b/a ELCO Lighting and ELCO Lighting Inc. ("ELCO") are granted leave to file their Second Amended Answer and Counterclaims submitted with the parties' Stipulation, without prejudice to DMF challenging the merits of DMF's unclean hands and indefiniteness defenses in a motion to dismiss, strike or otherwise. Defendants shall file their Second Amended Answer and Counterclaims forthwith.

2. The filing of the amended pleading shall not alter in any way the current schedule and procedures set forth in the Court's January 28, 2019 Order (Dkt. 129), including the requirements for ELCO to assert Validity Contentions.

3. Discovery will not proceed on a third-party subpoena served by ELCO on Underwriters Laboratories, LLC ("UL") until the Court has ruled on DMF's motion to be filed after entry of the amended pleading.

**IT IS SO ORDERED.**

Dated: March 15, 2019

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge