Robert E. Boone III (California Bar No. 132780)
reboone@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendants
AMP PLUS, INC. d/b/a Elco Lighting
And Elco Lighting, Inc.

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation, | Case No. 2:18-cv-07090-CAS-GJS |
| Plaintiff, | [Hon. Christina A. Snyder] |
| v. | **REPORT / DECLARATION OF SAEED "STEVE" COHEN RE DEFENDANTS' COMPLIANCE WITH THE COURT'S MARCH 8, 2019 PRELIMINARY INJUNCTION ORDER** |
| AMP PLUS, INC., d/b/a ELCO LIGHTING, a California corporation; ELCO LIGHTING, INC., a California corporation, | |
| Defendants. | |
| AMP PLUS, INC., d/b/a ELCO LIGHTING, a California corporation; | |
| Counterclaimant, | |
| v. | |
| DMF, Inc., a California corporation, | |
| Counter-Defendant. | |

I, Saeed "Steve" Cohen, declare as follows:

1. I am the President of AMP Plus, Inc. dba ELCO Lighting ("ELCO") and of Elco Lighting, Inc. ("ELI") (collectively, "Defendants"). I provide this report and declaration pursuant to the Court's Minute Order Granting Plaintiff DMF, Inc.'s Motion for Preliminary Injunction, entered on March 8, 2019 (the "Order" or "Preliminary Injunction"). I have personal knowledge of the matters contained herein. If called as a witness in this action, I could and would testify to these matters.

2. Defendants have done the following to comply with the Preliminary Injunction:

    a. On March 12, 2019, ELCO stopped filling orders for or shipping ELL modules, model nos. ELL0827, ELL0830, ELL0835, ELL0840, ELL08SD, ELL1127, ELL1130, ELL1135, ELL1140 and ELL11SD (the "subject ELL modules"). These are the only ELL modules with the driver inside the casting. ELCO has cordoned off its on-hand inventory of the subject ELL modules inside its warehouse in Vernon, California, so that the inventory will not be sold or shipped. That is the only place where ELCO has inventory of the subject ELL modules. The inventory consists of the following quantities of units of each model:

| Model No. | Quantity on hand |
|---|---:|
| ELL0827 | 1,190 |
| ELL0830 | 1,380 |
| ELL0835 | 55 |
| ELL0840 | 461 |
| ELL08SD | 438 |
| ELL1127 | 2,123 |
| ELL1130 | 1,867 |
| ELL1135 | 880 |

1

REPORT / DECLARATION OF SAEED "STEVE" COHEN RE COMPLIANCE WITH PRELIM. INJUNCTION

| ELL1140 | 118 |
|---------|-----|
| ELL11SD | 476 |

b. On March 12, 2019, ELCO stopped selling or offering for sale the subject ELL modules. On March 13, 2019, ELCO removed all references to, images of, and information about the subject ELL modules from ELCO's website.

c. On March 12, 2019, I advised all ELCO sales employees of the Preliminary Injunction and that ELCO cannot sell or offer for sale the subject ELL modules.

d. ELCO has stopped distributing marketing materials that contain information about the subject ELL modules. ELCO sales personnel have been instructed to redact information about the subject ELL modules from any marketing materials and product literature that contain information regarding any of those modules and other ELCO products, such as ELCO's product catalogs, by removing those pages from the catalogs or blacking out / covering up the references to the subject ELL modules with a solid adhesive tape, before those materials are disseminated outside the company.

e. ELCO has emailed and/or faxed written instructions to its distributors and outside sales representatives to immediately stop selling and/or promoting the subject ELL models, and to not display or distribute ELCO catalogs that contain information regarding these models.

f. ELCO has verified that it does not have any current or future advertisements for the subject ELL modules in any publication or trade magazine.

g. On March 11, 2019, ELCO sent written notice to its manufacturer of the subject ELL modules, instructing the manufacturer to (a) cease manufacturing the subject ELL modules immediately; and (b) cease importing any finished modules to the U.S.

h. ELCO also has canceled any pending orders of the subject ELL modules from the manufacturer.

i. ELCO has canceled any shipments of the subject ELL modules into the U.S.

j. ELCO has stopped distributing any samples of the subject ELL modules to distributors or outside sales representatives.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22nd day of March 2019, at Vernon, California.

By: _____
Saeed "Steve" Cohen