**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

## United States District Court

for the

Central **District of** California

DMF, Inc. , Plaintiff,

v. Case No. 2:18-cv-07090-CAS-GJS

AMP Plus, Inc., et al. , Defendant.

## NOTICE OF APPEAL

Notice is hereby given that AMP Plus, Inc. dba ELCO Lighting, and ELCO Lighting, Inc. (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order regarding Plaintiff's Motion for Preliminary Injunction (from the final judgment) ((from an order) (describe the order)) entered in this action on 3/7/2019

(Signature of appellant or attorney)
Robert E. Boone III, California Bar No. 132780
Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:   reboone@bclplaw.com

(Address of appellant or attorney and e-mail address)

[ Reset Fields ]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.