1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| DMF, Inc., a California corporation, | Civil Action No. 2:18-cv-07090 CAS (GJSx) |
| Plaintiff, | |
| v. | **[Proposed] Mediation Privilege Order** |
| AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and | Ctrm:  255 E. Temple St., Los Angeles, CA, 90012, Courtroom 640, 6th Flr |
| ELCO Lighting Inc., a California corporation, | Hon. Magistrate Judge Gail J. Standish |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   WHEREAS the Parties DMF, Inc., AMP Plus, Inc. d/b/a ELCO Lighting and

2   ELCO Lighting Inc. (collectively "the Parties") are participating in mediation before

3   Judge Gail J. Standish to explore settlement of the instant action;

4   WHEREAS prior to, during and after meditation conferences with Judge

5   Standish, the Parties will prepare draft documents and will have oral

6   communications with clients, counsel and others for purposes of the mediation;

7   WHEREAS, in order to encourage the candor necessary to a successful

8   meditation, the Parties seek an Order that will maintain the confidentiality of all

9   documents (including drafts) and oral communications made specifically for

10   purposes of this mediation;

11   IT IS ORDERED that, unless otherwise mutually agreed to in writing by all

12   Parties, all documents (including drafts) and communications (oral or written) made

13   specifically for purposes of this mediation shall remain confidential and such

14   documents and communications shall not be discoverable or admissible in this or

15   any other proceeding involving the Parties or anyone else.

16

17

18   DATED:  April 8, 2019

_____

19   GAIL J. STANDISH
     UNITED STATES MAGISTRATE JUGE

20

21

22

23

24

25

26

27

28