Ben M. Davidson, Esq., Bar No. 181464
*ben@dlgla.com*
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Telephone: (818) 918-4622

David W. Long, Esq. (admitted *pro hac vice*)
*longdw@ergoniq.com*
ERGONIQ LLC
8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff
DMF, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and ELCO Lighting Inc., a California corporation,<br><br>Defendants. | Case No.  2:18-CV-07090 CAS (GJSx)<br><br>**NOTICE OF WITHDRAWAL OF MEMORANDUM OF POINTS & AUTHORITIES SUPPORTING PLAINTIFF DMF'S RULE 12 MOTION TO STRIKE OR DISMISS ELCO'S AFFIRMATIVE DEFENSES OF INDEFINITENESS AND UNCLEAN HANDS [Dkt. 168]**<br><br>Date:  May 6, 2019<br>Time: 10:00 a.m.<br><br>Hon. Christina A. Snyder<br>Courtroom: 8D, 350 West First Street |

1

1    TO THE COURT AND ALL PARTIES TO THIS ACTION:

2    Plaintiff DMF Inc. hereby withdraws its Memorandum of Points and

3 Authorities Supporting Plaintiff DMF's Rule 12 Motion to Strike or Dismiss Elco's

4 Affirmative Defenses of Indefiniteness and Unclean Hands Pursuant to Rule 12

5 [Dkt. 168] ("Motion") filed on April 8, 2019 as Docket No. 168.

6    The Motion was inadvertently filed without the supporting declaration, notice

7 of motion, and proposed order.  A corrected Motion with supporting documents is

8 being filed concurrently herewith.

9

10                    Respectfully submitted,

11 April 8, 2019         /s/ Ben Davidson

12                    Ben M. Davidson (State Bar No. 181464)

13                    ben@dlgla.com

14                    DAVIDSON LAW GROUP, ALC

15                    4500 Park Granada Blvd, Suite 202

Calabasas, California  91302

16                    Office: (818) 918-4622

Fax: (310) 473-2941

17

18                    David W. Long

19                    longdw@ergoniq.com

(admitted *pro hac vice*)

20                    ERGONIQ LLC

21                    8200 Greensboro Dr. Suite 900

McLean, VA  22102

22                    Office: (202) 847-6853

23

24                    Attorneys for Plaintiff DMF, Inc.

25

26

27

28

2