Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
(*pro hac vice*)
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA  22102
Office: (202) 847-6853

Attorneys for Plaintiff DMF, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and<br><br>ELCO Lighting Inc., a California corporation,<br><br>Defendants. | Civil Action No. 2:18-cv-07090 CAS (GJSx)<br><br>**Notice of Motion of Plaintiff DMF Inc.'s To Compel Responses To Requests For Production**<br><br>Date: June 5, 2019<br>Time: 3:00pm<br>Ctrm: 640 Roybal Federal Building<br><br>U.S. Magistrate Judge Gail J. Standish |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 5, 2019, at 3:00 p.m. in Courtroom 640, located at the Roybal Federal Building in Los Angeles, California, Plaintiff DMF Inc. ("DMF") will and hereby does move the Court for an order compelling production of documents and things in response to DMF's First and Second Sets of Requests For Production.

This Motion to Compel is brought pursuant Rules 26, 34, and 37 of the Federal Rules of Civil Procedure; Rule 37 of the Local Rules of this Court, the Court's May 10, 2019 Order (Dkt. No. 185); and, is made on the grounds that the requested discovery is well within the scope of Fed. R. Civ. P. Rule 26(b)(1), and ELCO's failure to comply with its discovery obligations is without justification. This Motion is based on the Joint Email submitted to the Court on May 7, 2019; DMF's Opening Brief, submitted concurrently herewith; the accompanying Declaration of Ben M. Davidson and the exhibits thereto; and, any reply or supplemental memoranda that may be filed.

Respectfully submitted,

Dated: May 17, 2019

By: /s/ Ben M. Davidson
Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
(admitted *pro hac vice*)
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA  22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*