## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 18-7090-CAS (GJSx) | Date | June 6, 2019 |
|---|---|---|---|
| Title | DMF, Inc. v. AMP Plus, Inc., et al. | | |

Present: The Honorable    GAIL J. STANDISH, U.S. MAGISTRATE JUDGE

| E. Carson | CS Roybal Courtroom 640 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| David W. Long | Robert E. Boone, III |
| Ben M. Davidson (via telephone) | |

**Proceedings:**        Plaintiff's Motion to Compel [Dkt. 186] ("Plaintiff's Motion")

The case is called, and appearances are stated for the record.

The Court hears argument regarding Plaintiff's Motion.  As set forth in more detail on the record, the Court orders the following:

1. By June 21, 2019, Defendants shall produce the documents related to opinions of counsel;

2. By July 1, 2019, Defendants shall substantially complete production of the remainder of the agreed upon documents as discussed with the Court;

3. By July 12, 2019, Defense counsel shall produce a privilege log to Plaintiff's counsel.

The remainder of Plaintiff's Motion is hereby taken under submission pending the further filings.  By no later than July 17, 2019, counsel shall send a joint discovery status report setting forth any outstanding discovery disputes to the Chambers e-mail address.  The Court will set a further telephone conference if necessary.

|  | 1 | : | 31 |
|---|---|---|---|
| Initials of Preparer | | efc | |

CV-90 (10/08)                           CIVIL MINUTES - GENERAL                           Page 1 of 1