# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV18-7090-CAS(GJSx) | | Date | July 22, 2019 |
|---|---|---|---|---|
| Title | *DMF, INC. v. AMP PLUS, INC., D/B/A ELCO LIGHTING; ET AL. [AND RELATED COUNTERCLAIM]* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ben Davidson | Robert Boone, III |
| David Long | Daniel Crowe |

**Proceedings:**   (IN CHAMBERS) - DEFENDANTS' REQUEST FOR LEAVE TO ALLOW A POWERPOINT PRESENTATION AT THE JULY 29, 2019 *MARKMAN* HEARING (Filed 07/18/2019)[253]

The Court is in receipt of the above-referenced request filed by defendants. The Court is also in receipt of plaintiff's Opposition[254] filed on July 18, 2019.

Defendants' Request for Leave to Allow a PowerPoint Presentation at the July 29, 2019 *Markman* Hearing is hereby granted in part and denied in part. The Court hereby allots 30 minutes for each side, within which to present their PowerPoint.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |