Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and ELCO Lighting Inc., a California corporation,<br><br>Defendants. | Civil Action No. 2:18-cv-07090 CAS (GJXx)<br><br>**Plaintiff DMF's Notice of Motion and Motion for Remedial Measures in Response to Defendants' Violation of Mediation Privilege Order in Their Opposition (Dkt. 248) to DMF's *Ex Parte* Application for Reconsideration of the Court's Order Granting ELCO Leave to Amend Contentions**<br><br>Hearing Date: August 28, 2019<br>Time: 10:00 a.m.<br>Ctrm: 640 Roybal Federal Building<br>Magistrate Judge Gail J. Standish |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff DMF, Inc. ("DMF") hereby seeks relief from the Court regarding Defendants' ("ELCO's") violation of the Mediation Privilege Order (Dkt. 167) entered by Magistrate Judge Standish. More specifically, on July 11, 2019, ELCO made a public filing in this case that not only disclosed Confidential/Privileged Mediation Communications, but made false representations about the parties' mediation discussions in order to "poison the well" for DMF before Hon. Christina A. Snyder, as she considered several pending discretionary motions, including a motion to stay this case that has been denied without prejudice.

This motion is made based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points & Authorities filed in support and the concurrently-filed Declaration of Ben M. Davidson, the pleadings of record referenced in the memorandum, such further argument and evidence as may be considered by the Court, and the proposed order submitted concurrently herewith.

The motion is brought after unsuccessful efforts to informally resolve the matter in meet-and-confer discussions with counsel for ELCO on July 12, 2019 and July 17, 2019 pursuant to Local Rule 7-3.

Respectfully submitted,

Dated: July 31, 2019   By:   /s/ Ben M. Davidson

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900

1
                                                                           McLean, VA 22102
                                                                           Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

DMF's Notice of Motion and Motion for Remedial Measures
in Response to Defendants' Violation of Mediation Privilege Order

- 3 -