

**RECEIVED**
CLERK, U.S. DISTRICT COURT

8/23/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CR\_\_\_\_ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DMF, INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellee*

v.

**AMP PLUS, INC., A CALIFORNIA CORPORATION, DBA ELCO LIGHTING, ELCO LIGHTING, INC., A CALIFORNIA CORPORATION,**
*Defendants-Appellants*

_____

2019-1750

_____

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-07090-CAS-GJS, Senior Judge Christina A. Snyder.

_____

**ON MOTION**

_____

**O R D E R**

Appellants AMP Plus, Inc. and ELCO Lighting, Inc. move unopposed to voluntarily dismiss appeal pursuant to Fed. R. App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42(b).

(2) Each side shall bear its own costs.

FOR THE COURT

August 23, 2019        /s/Peter R. Marksteiner
Date                  Peter R. Marksteiner
                            Clerk of Court

**ISSUED AS A MANDATE:** August 23, 2019