UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 18-7090-CAS (GJSx) | Date | August 28, 2019 |
|---|---|---|---|
| Title | DMF, Inc. v. AMP Plus, Inc., et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | | CS Roybal Courtroom 640 |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| David Long<br>Ben M. Davidson | Robert Boone, III |

**Proceedings:**  Plaintiff's Motion for Relief from Court re Defendants' Violation of Mediation Privilege Order [262] (Plaintiff's Motion"); Order

The case is called, and appearances are stated for the record.

The Court hears argument regarding from counsel and for the reasons recited on the record, denies Plaintiff's Motion. The Court also considered and denied Defendant's request made in its Opposition to Plaintiff's Motion for attorney's fees incurred in connection with the Motion.

The Court orders that the portion of the hearing related to the facts underlying Plaintiff's argument that the mediation privilege was breached will be maintained under seal.

**IT IS SO ORDERED.**

: 38

Initials of Preparer     efc