Robert E. Boone III (California Bar No. 132780)
reboone@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel: (310) 576-2100/Fax: (310) 576-2200

Daniel A. Crowe (*Pro Hac Vice*)
dacrowe@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000/Fax (314) 259-2020

Erin A. Kelly (*Pro Hac Vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel: (303) 861-7000/Fax: (303) 866-0200

Attorneys for Defendant AMP PLUS, INC.
d/b/a Elco Lighting and Elco Lighting, Inc.

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP PLUS, INC., d/b/a ELCO LIGHTING, a California corporation; and<br><br>ELCO LIGHTING, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | Case No. 2:18-cv-07090-CAS-GJS<br><br>[Hon. Christina A. Snyder]<br><br>**DENIED**<br>BY ORDER OF THE COURT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX-PARTE* APPLICATION FOR AN ORDER STRIKING DMF, INC.'S UNTIMELY FILED AND UNTIMELY SERVED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

USA\601579048.1

**[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION**

1    FOR GOOD CAUSE having been shown, upon consideration of Defendants
2    AMP PLUS, INC. d/b/a Elco Lighting and Elco Lighting, Inc.'s *Ex Parte*
3    Application for an Order Striking Plaintiff DMF, Inc.'s Untimely Filed and
4    Untimely Served Motion for Partial Summary Judgment, IT IS HEREBY
5    ORDERED THAT Plaintiff's Motion for Partial Summary Judgment (ECF Nos.
6    345-353) is stricken for being filed and served untimely, in violation of the February
7    3, 2020 dispositive motion filing deadline.
8    IT IS SO ORDERED.
9    Dated: February 5, 2020

**DENIED**
<u>BY ORDER OF THE COURT</u>
Hon. Christina A. Snyder
United States District Court Judge

1
**[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION**