Robert E. Boone III (California Bar No. 132780)
reboone@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Daniel A. Crowe (*Pro Hac Vice*)
dacrowe@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Erin A. Kelly (*Pro Hac Vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Attorneys for Defendants AMP PLUS, INC.
d/b/a Elco Lighting and Elco Lighting, Inc.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and,<br><br>ELCO Lighting Inc., a California corporation,<br><br>                    Defendants.<br><br>_____<br><br>AND RELATED COUNTER-ACTIONS. | Case No. 2:18-CV-07090 CAS (GJSx)<br><br>[Hon. Christina A. Snyder]<br><br>**DEFENDANTS' TRIAL WITNESS LIST**<br><br><br>Trial Date:  March 31, 2020<br>Time:         9:00 a.m. |

Defendants AMP PLUS, INC. d/b/a Elco Lighting and Elco Lighting, Inc. ("collectively Defendants") by and through its attorneys, hereby submits its list of trial witnesses, as follows:

1.      Steve Cohen

2.      Brandon Cohen

3.      Benjamin Ardestani

4.      Richard Nguyen

5.      Joseph O'Neill

6.      Don Smith

7.      Eric Bretschneider

8.      Dan Cajumban (via videotaped deposition)

9.      Colby Chevalier (via videotaped deposition)

10.     Eric Braitmeyer (via videotaped deposition)

11.     Eric Kelly

12.     Alex Kwong

13.     James Kwong

14.     Allen Tseng

15.     Michael Danesh

16.     Benjamin Chen

17.     Ian Ibbitson

18.     Andrew Wakefield

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

DEFENDANTS' TRIAL WITNESS LIST

19.     James Keenley

Defendants reserve the right to amend or supplement this list at any time before trial.

Dated:  February 24, 2020

BRYAN CAVE LEIGHTON PAISNER LLP
Robert E. Boone III
Daniel A. Crowe
Erin A. Kelly

By: */s/ Robert E. Boone III*
    Robert E. Boone III
Attorneys for Defendants
AMP Plus, Inc. d/b/a ELCO Lighting and
Elco Lighting, Inc.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386