Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and<br><br>ELCO Lighting Inc., a California corporation,<br><br>　　　　Defendants. | Civil Action No. 2:18-cv-07090 CAS (GJS)<br><br>**NOTICE OF LODGING [PROPOSED] Order Under Federal Rule of Civil Procedure 56(g) Treating Certain Facts As Established In This Case**<br><br>Ctrm: 350 W. First. Street, Room 8D<br>Hon. Christina A. Snyder |

Please take notice that, pursuant to the Court's March 19, 2020 Order granting in part and denying in part DMF's motion for summary judgment, Plaintiff DMF Inc. lodges herewith a Proposed Order Under Federal Rule of Civil Procedure 56(g) Treating Certain Facts As Established In This Case.

Dated: March 24, 2020

Respectfully submitted,

/s/ Ben M. Davidson
Ben M. Davidson
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*