# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-7090-CAS(GJSx) | Date | April 21, 2020 |
|---|---|---|---|
| Title | *DMF, INC. v. AMP PLUS, INC., D/B/A ELCO LIGHTING; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Long<br>Ben Davidson | Robert Boone, III<br>Daniel Crowe<br>Erin Kelly |

**Proceedings:** TELEPHONE FURTHER STATUS CONFERENCE

Hearing held by telephone and counsel are present. The Court confers with counsel, as stated on the record. Counsel shall meet and confer forthwith. Thereafter, file a Joint Stipulation and Proposed Order re: briefing and hearing on the reconsideration motion(s), as discussed in the hearing, no later than April 24, 2020. If counsel are unable to stipulate on briefing and hearing, the Court will proceed in setting the dates.

Counsel further confer with the Court regarding plaintiff's request to extend deadlines in the related action, as stated on the record. The Court sua sponte extends those dates by 90 days and will issue a minute order in the related action forthwith.

|  | 00 : 18 |
|---|---|
| Initials of Preparer | CMJ |