# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV19-4519-CAS(GJSx) | Date | April 21, 2020 |
| Title | *DMF, INC. v. AMP PLUS, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

The Court held a telephone hearing in the related action. At that hearing, counsel conferred with the Court regarding plaintiff's request to extend deadlines in the above-referenced action and the Court sua sponte extends those dates by 90 days, as follows:

Factual Discovery Cut-off: September 30, 2020;
Last Day to File Motions: November 20, 2020;
Exchange of Expert Reports Cut-off: September 15, 2020;
Exchange of Rebuttal Reports Cut-off: October 15, 2020;
Exchange of Reply Reports Cut-off: November 5, 2020;
Expert Discovery Cut-off: November 16, 2020;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): February 1, 2021;**
and Jury Trial **(9:30 A.M.): February 23, 2021.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |