# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation<br><br>Plaintiff(s)<br>v.<br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and ELCO Lighting Inc., a California<br>Defendant(s) | CASE NUMBER<br>2:18-cv-07090-CAS-GJSx<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

AMP Plus, Inc. d/b/a ELCO Lighting and E[ ]  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute J. Rick Tache, Buchalter, A Professional Corporation                                    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

18400 Von Karman Avenue, Suite 800
*Street Address*

Irvine, CA 92612-0514                              rtache@buchalter.com
*City  State  Zip*                                 *E-Mail Address*

(949) 760-1121            (949) 720-0182            195100
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of Robert E. Boone III; Daniel A. Crowe (PHV); Erin A. Kelly (PHV)
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  January 4, 2021                              *Christine A. Snyder*
                                                    U. S. District Judge