DAVIDSON LAW GROUP, ALC
Ben M. Davidson (CASB #181464)
ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

ERGONIQ LLC
David W. Long (admitted *pro hac vice*)
longdw@ergoniq.com
8200 Greensboro Dr., Suite 900
McLean, VA  22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DMF, Inc.,<br><br>           Plaintiff,<br><br>           v.<br><br>AMP Plus, Inc., d/b/a ELCO Lighting, and d/b/a ELCO Lighting Inc.,<br><br>           Defendant. | Case No.    2:18-CV-07090 CAS (GJSx)<br><br>**Stipulation To Dismiss Without Prejudice Trademark and Unfair Competition Claims** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff DMF, Inc. ("Plaintiff") and Defendant AMP, Plus, Inc. dba ELCO Lighting and ELCO Lighting Inc. ("ELCO"), stipulate as follows:

DMF's Complaint filed on August 15, 2018 states a cause of action for patent infringement (Count I) and three causes of action for trademark infringement and unfair competition (Counts II, III, and IV—misnumbered as Counts II, II, and V). DMF's trademark and unfair competition claims were based in part on ELCO's use

of the trademark UNO to advertise products that ELCO has rebranded using other marks or has discontinued selling.  The parties therefore agree to dismissal without prejudice of DMF's federal and state trademark and unfair competition claims (Counts II, III, and IV) pursuant to the concurrently-filed proposed order.

Respectfully submitted,

Dated: May 20, 2021

By:    /s/ Ben M. Davidson
       DAVIDSON LAW GROUP, ALC
       Ben M. Davidson (State Bar No. 181464)
       ben@dlgla.com
       4500 Park Granada Blvd, Suite 202
       Calabasas, California  91302
       Office: (818) 918-4622
       Fax: (310) 473-2941

       Attorneys for Plaintiff DMF, Inc.

And

By:  /s/ Roger Scott (with permission)

       BUCHALTER
       A Professional Corporation
       J. Rick Taché
       Kari L. Barnes
       Roger L. Scott

       Attorneys for Defendants
       AMP Plus, Inc. doing business as ELCO
       Lighting and ELCO Lighting, Inc.

**Stipulation To Dismiss Without Prejudice**
**CASE NO. 2:18-cv-07090-CAS-GJS**

## CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Roger Scott, counsel for ELCO, and I have obtained his authorization to affix his electronic signature to this document.

May 20, 2021

By:   /s/ Ben M. Davidson
DAVIDSON LAW GROUP, ALC
Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Plaintiff DMF, Inc.

**Stipulation To Dismiss Without Prejudice**
**CASE NO. 2:18-cv-07090-CAS-GJS**