Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long (admitted *pro hac vice*)
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation; and<br><br>ELCO Lighting Inc., a California corporation,<br><br>    Defendants. | Civil Action No. 2:18-cv-07090 CAS (GJSx)<br><br>**Plaintiff DMF's Notice Of Filing Petition For Writ of Mandamus Review of IPR Estoppel Ruling** |

    Please take notice that on June 14, 2021, DMF Inc. is filing in the U.S. Court of Appeals for the Federal Circuit the attached petition for a writ of *Schlagenhauf* mandamus review of the Court's Order (Dkt 558) on IPR estoppel and Appendix, which *Schlagenhauf* mandamus review arises where the law was unclear and any error understandable.

Dated: June 14, 2021

Respectfully submitted,

by: <u>/s/ David W. Long</u>
David W. Long (admitted *pro hac vice*)
ERGONIQ LLC

Ben M. Davidson (Cal. Bar 181464)
DAVIDSON LAW GROUP, *ALC*
*Attorneys for Plaintiff DMF, Inc.*