**BUCHALTER**
A Professional Corporation
J. Rick Taché (SBN: 195100)
Kari L. Barnes (SBN 253640)
Roger L. Scott (SBN: 247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Facsimile:  949.720.0182
Email:      rtache@buchalter.com
            kbarnes@buchalter.com
            rscott@buchalter.com

Attorneys for Defendants
AMP Plus, Inc. dba ELCO Lighting and
ELCO Lighting, Inc.

**DAVIDSON LAW GROUP, ALC**
Ben M. Davidson (SBN 181464)
ben@dlgla.com
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622

**ERGONIQ LLC**
David W. Long (admitted *pro hac vice*)
longw@ergoniq.com
8200 Greensboro Drive, Suite 900
McLean, VA 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff, DMF, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, INC. a California Corporation,<br><br>             Plaintiff,<br><br>v.<br><br>AMP PLUS, INC. d/b/a ELCO LIGHTING, a California Corporation; ELCO LIGHTING, INC., a California corporation;<br><br>             Defendants. | Case No. 2:18-cv-07090 CAS (GJSx)<br><br>**Joint Stipulation To Continue Date For Submitting Status Report Proposing Pretrial And Trial Dates**<br><br>[Proposed Order Submitted Concurrently Herewith] |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

Joint Stipulation To Continue Date For Submitting Status
Report Proposing Pretrial And Trial Dates
BN 47102671v1

Case No. 2:18-cv-07090 CAS (GJSx)

Pursuant to the Court's September 14, 2021 Order that the parties file a joint status report in this matter (ECF No. 566), Plaintiff DMF, Inc. ("DMF") and Defendants AMP Plus, Inc. dba ELCO Lighting and ELCO Lighting, Inc. (collectively "ELCO") state as follows:

The parties have met and conferred regarding a proposed schedule in this matter. The parties agree that trial setting in this matter should be deferred until after the United States Court of Appeals for the Federal Circuit issues a decision in the pending appeal and cross-appeal in the matter *DMF, Inc. v. AMP Plus, Inc.*, No. 2021-1595, -1636 (the "Appeal").

On July 23, 2021, ELCO filed its opening brief in the Appeal. Appeal, Dkt. 15. DMF's opening brief is due November 1, 2021. Appeal, Dkt. 22. Based on the current schedule, the Appeal will be fully briefed on or about December 31, 2021. Based on the Federal Circuit's usual scheduling, the parties anticipate that oral argument will occur in late Spring 2022, and an opinion will issue thereafter.

The parties believe that the Federal Circuit's ruling on the Appeal will inform the issues to be tried and may conserve court resources. Further, after the Federal Circuit's decision, an opportunity may arise for the parties to have productive settlement discussion, preferably with the assistance of Magistrate Judge MacKinnon, who was instrumental in leading the parties to settlement of the design patent infringement case filed by DMF against ELCO.

The parties therefore respectfully request that the Court continue the time to set a pretrial and trial date (see Order Setting Date For Joint Status Report (dkt. 566), and require the parties, within two (2) weeks following the decision in the Appeal, to submit a joint status report to the Court including proposed dates for the final pretrial conference and trial.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**Joint Stipulation To Continue Date For Submitting Status Report Proposing Pretrial And Trial Dates**
BN 47102671v1

Case No. 2:18-cv-07090 CAS (GJSx)

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED:  September 29, 2021 | BUCHALTER<br>A Professional Corporation<br><br>By: */s/  Roger L. Scott*<br>       J. Rick Taché<br>       Kari L. Barnes<br>       Roger L. Scott<br>Attorneys for Defendants<br>AMP Plus Lighting, Inc.<br>dba ELCO Lighting, and<br>ELCO Lighting, Inc. |
| DATED:  September 29, 2021 | DAVIDSON LAW GROUP<br><br>By: */s/  Ben M. Davidson*<br>       Ben M. Davidson<br>Attorneys for Plaintiff<br>DMF, Inc. |

2

BUCHALTER
A Professional Corporation
Irvine

**Joint Stipulation To Continue Date For Submitting Status Report Proposing Pretrial And Trial Dates**

Case No. 2:18-cv-07090 CAS (GJSx)

BN 47102671v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 29, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-3.2.1.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Ben M. Davidson
Ben M. Davidson

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

Joint Stipulation To Continue Date For Submitting Status
Report Proposing Pretrial And Trial Dates
BN 47102671v1

3

Case No. 2:18-cv-07090 CAS (GJSx)