DAVIDSON LAW GROUP, ALC
Ben M. Davidson (SBN 181464)
ben@dlgla.com
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622

ERGONIQ LLC
David W. Long (admitted *pro hac vice*)
longw@ergoniq.com
8200 Greensboro Drive, Suite 900
McLean, VA 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff, DMF, Inc.

BUCHALTER
A Professional Corporation
J. Rick Taché (SBN: 195100)
Kari L. Barnes (SBN 253640)
Roger L. Scott (SBN: 247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Facsimile:  949.720.0182
Email:     rtache@buchalter.com
           kbarnes@buchalter.com
           rscott@buchalter.com

Attorneys for Defendants
AMP Plus, Inc. dba ELCO Lighting and
ELCO Lighting, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, INC. a California Corporation,<br><br>    Plaintiff,<br>v.<br><br>AMP PLUS, INC. d/b/a ELCO LIGHTING, a California Corporation; ELCO LIGHTING, INC., a California corporation;<br><br>    Defendants. | Case No. 2:18-cv-07090 CAS (GJSx)<br><br>**Amended Joint Stipulation To Continue Status Conference To Propose Pretrial And Trial Dates**<br><br>[Proposed Order Submitted Concurrently Herewith] |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**Amended Joint Stipulation To Continue Status
Conference Proposing Pretrial And Trial Dates**
Error! Unknown document property name.

Case No. 2:18-cv-07090 CAS (GJSx)

Pursuant to the Court's October 7, 2021 Order following a Zoom Status Conference Re: Stipulation To Continue [569], Plaintiff DMF, Inc. ("DMF") and Defendants AMP Plus, Inc. dba ELCO Lighting and ELCO Lighting, Inc. (collectively "ELCO"), respectfully submit this amended stipulation setting out the date of the next status conference to discuss proposed pretrial conference and trial dates to Monday January 10, 2022 at 11:00 a.m., or another date approximately 90 days from the prior status conference that is convenient for the Court.

Respectfully submitted,

DATED: October 13, 2021        DAVIDSON LAW GROUP

By: __/s/ Ben M. Davidson__
Ben M. Davidson
Attorneys for Plaintiff
DMF, Inc.

DATED: October 13, 2021        BUCHALTER
A Professional Corporation

By: __/s/ Roger L. Scott (by BMD)__
J. Rick Taché
Kari L. Barnes
Roger L. Scott
Attorneys for Defendants
AMP Plus Lighting, Inc.
dba ELCO Lighting, and
ELCO Lighting, Inc.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**Amended Joint Stipulation To Continue Status Conference Proposing Pretrial And Trial Dates**
Error! Unknown document property name.

Case No. 2:18-cv-07090 CAS (GJSx)

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)**

Pursuant to Section 2(c)(3) of the electronic case filing administrative policies and procedures manual, I hereby certify that the content of this document is acceptable to Roger L. Scott, counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

*/s/ Ben M. Davidson*
Ben M. Davidson
Davidson Law Group, ALC
Attorneys for Plaintiff DMF, Inc.

2

Buchalter
A Professional Corporation
Irvine

Joint Stipulation To Continue Date For Submitting Status Report Proposing Pretrial And Trial Dates
Error! Unknown document property name.

Case No. 2:18-cv-07090 CAS (GJSx)