

RECEIVED
CLERK, U.S. DISTRICT COURT
11/15/21
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MAT\_\_\_\_ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE: DMF, INC., A CALIFORNIA CORPORATION,

*Petitioner*

---

2021-153

---

On Petition for Writ of Mandamus to the United States District Court for the Central District of California in No. 2:18-cv-07090-CAS-GJS, Senior Judge Christina A. Snyder.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, BRYSON[1], DYK, PROST, O'MALLEY, REYNA, TARANTO, CHEN, HUGHES, STOLL, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

**O R D E R**

---

[1] Circuit Judge Bryson participated only in the decision on the petition for panel rehearing.

DMF Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on November 22, 2021.

FOR THE COURT

November 15, 2021           /s/ Peter R. Marksteiner
       Date                 Peter R. Marksteiner
                            Clerk of Court