DAVIDSON LAW GROUP, ALC
Ben M. Davidson (SBN 181464)
ben@dlgla.com
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622

ERGONIQ LLC
David W. Long (admitted *pro hac vice*)
longw@ergoniq.com
8200 Greensboro Drive, Suite 900
McLean, VA 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff, DMF, Inc.

BUCHALTER
A Professional Corporation
J. Rick Taché (SBN: 195100)
Kari L. Barnes (SBN 253640)
Roger L. Scott (SBN: 247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Facsimile:  949.720.0182
Email:    rtache@buchalter.com
          kbarnes@buchalter.com
          rscott@buchalter.com

Attorneys for Defendants
AMP Plus, Inc. dba ELCO Lighting and
ELCO Lighting, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, INC. a California Corporation,<br><br>Plaintiff,<br>v.<br><br>AMP PLUS, INC. d/b/a ELCO LIGHTING, a California Corporation; ELCO LIGHTING, INC., a California corporation;<br><br>Defendants. | Case No. 2:18-cv-07090 CAS (GJSx)<br><br>**Joint Stipulation For One-Week Extension Of Time To Status Conference To Propose Pretrial And Trial Dates**<br><br>[Proposed Order Submitted Concurrently Herewith] |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

Joint Stipulation To Continue Status Conference To Propose Pretrial And Trial Dates

Case No. 2:18-cv-07090 CAS (GJSx)

BN 47102671v1

1  On October 14, 2021, the Court continued a status conference to propose pretrial and trial dates to January 10, 2022 at 10:00 a.m.

Plaintiff DMF Inc. ("DMF") and Defendants AMP Plus, Inc. and ELCO Lighting Inc. ("ELCO") respectfully seek a one-week extension of the Status Conference scheduled for January 10, 2022 at 10:00 a.m.

Counsel for DMF informed ELCO's counsel today that DMF's client contact and DMF's co-lead counsel's family are dealing with Covid infections at home. DMF therefore has been unable to prepare for the Status Conference but expects to be able to by January 17, 2022.

The parties therefore respectfully request that the Court schedule the next status conference to discuss proposed pretrial conference and trial dates to Monday January 17, 2022 at 11:00 a.m.

Respectfully submitted,

DATED:   January 7, 2022          DAVIDSON LAW GROUP

By:  /s/ Ben M. Davidson
Ben M. Davidson
Attorneys for Plaintiff
DMF, Inc.

DATED:   January 7, 2022          BUCHALTER
A Professional Corporation

By:  /s/ Roger Scott (with permission BMD)
J. Rick Taché
Kari L. Barnes
Roger L. Scott
Attorneys for Defendants
AMP Plus Lighting, Inc.
dba ELCO Lighting, and
ELCO Lighting, Inc.

BUCHALTER
A Professional Corporation
Irvine

Joint Stipulation To Continue Status Conference To Propose Pretrial And Trial Dates

Case No. 2:18-cv-07090 CAS (GJSx)

BN 47102671v1

## ATTESTATION REGARDING SIGNATURE

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:   January 7, 2022                DAVIDSON LAW GROUP


By: _____
Ben M. Davidson
Attorneys for Plaintiff
DMF, Inc.

Buchalter
A Professional Corporation
Irvine

3

Joint Stipulation To Continue Date For Submitting Status Report Proposing Pretrial And Trial Dates

Case No. 2:18-cv-07090 CAS (GJSx)

BN 47102671v1