UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-7090-CAS(GJSx) | Date | January 24, 2022 |
|---|---|---|---|
| Title | *DMF, INC. v. AMP PLUS, INC., D/B/A ELCO LIGHTING; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Long<br>Ben Davidson | Roger Scott<br>J. Rick Tache |

**Proceedings:**   ZOOM STATUS CONFERENCE

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The Court sets a Further Status Conference re: Appeal and/or Rescheduling Dates on **June 20, 2022**, at **11:00 A.M.** Counsel shall file a Joint Report seven (7) days before the hearing.

|  | 00 | : | 08 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |