**BUCHALTER**
A Professional Corporation
J. Rick Taché (SBN: 195100)
Roger L. Scott (SBN: 247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Facsimile:  949.720.0182
Email:     rtache@buchalter.com
           rscott@buchalter.com

Attorneys for Defendants
AMP Plus, Inc. dba ELCO Lighting and
ELCO Lighting, Inc.

**DAVIDSON LAW GROUP, ALC**
Ben M. Davidson (SBN 181464)
ben@dlgla.com
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622

**ERGONIQ LLC**
David W. Long (admitted *pro hac vice*)
longw@ergoniq.com
8200 Greensboro Drive, Suite 900
McLean, VA 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff, DMF, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, INC. a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMP PLUS, INC. d/b/a ELCO LIGHTING, a California Corporation; ELCO LIGHTING, INC., a California corporation;<br><br>　　　　Defendants. | Case No. 2:18-cv-7090-CAS-GJS<br><br>**JOINT STATUS CONFERENCE REPORT RE: APPEAL AND/OR RESCHEDULING DATES** |

1   Plaintiff DMF, Inc. ("DMF") and Defendants AMP Plus, Inc. dba ELCO
2  Lighting and ELCO Lighting, Inc. (collectively "ELCO"), by and through their
3  respective counsel, respectively submit this joint status report pursuant to the
4  Court's January 24, 2022 Minute Order.  ECF No. 580 (as modified by ECF No.
5  581).
6   On January 24, 2022, the Court held a status conference regarding trial
7  scheduling in this matter.  At the January 24, 2022 hearing, upon agreement of the
8  parties, the Court held that a trial setting conference in this matter would be
9  deferred pending the outcome of ELCO's appeal and DMF's cross-appeal of the
10 Patent Trial and Appeals Board issued its final written decision ("Decision") in
11 *Inter Partes* Review Case No. IPR2019-01094 regarding United States Patent No.
12 9,964,266 (the " '266 Patent").  *See*, *DMF, Inc. v. AMP Plus, Inc.*, No. 2021-1595, -
13 1636 (the "Appeal").
14  The Appeal is currently fully briefed, but an oral argument date has not yet
15 been set.  Based on inquiries from the Court of Appeal regarding the parties'
16 availability for hearing, the parties anticipate that oral argument may be set in
17 August or September 2022, but in no event later than December 2022, with a
18 written decision to follow thereafter.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

JOINT STATUS CONFERENCE REPORT
BN 71217729v2

Case No. 2:18-cv-7090-CAS-GJS

1    Accordingly, the parties request that the Court continue the status conference
2 set for June 27, 2022 to a date in January 2023.  Should a decision in the Appeal
3 issue prior to the continued status conference, the parties will promptly inform the
4 Court.

6  DATED: June 20, 2022            BUCHALTER
                                    A Professional Corporation

                                    By: /s/ Roger L. Scott
                                        J. Rick Taché
                                        Kari L. Barnes
                                        Roger L. Scott
                                        Attorneys for Defendants
                                        AMP Plus Lighting, Inc.
                                        dba ELCO Lighting, and
                                        ELCO Lighting, Inc.

   DATED: June 20, 2022            DAVIDSON LAW GROUP

                                    By: /s/ Ben M. Davidson
                                        Ben M. Davidson
                                        Attorneys for Plaintiff
                                        DMF, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 21, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-3.2.1.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

                                                          */s/  Roger L. Scott*
                                                          Roger L. Scott