UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-7090-CAS(GJSx) | Date | June 27, 2022 |
|---|---|---|---|
| Title | *DMF, INC. v. AMP PLUS, INC., D/B/A ELCO LIGHTING; ET AL. [AND RELATED COUNTERCLAIM]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Long<br>Ben Davidson | Roger Scott<br>J. Rick Tache |

**Proceedings:**      ZOOM FURTHER STATUS CONFERENCE RE: PENDING APPEAL/ CROSS APPEAL AND/OR RESCHEDULING DATES

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record.  Counsel shall file a Joint Report when oral argument before the Appeals Court is set.  Upon receipt of the parties' Joint Report, the Court will set a further hearing.

|  | 00 | : | 05 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |