# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMP Plus, Inc. d/b/a/ ELCO Lighting, et al., <br><br> Defendants. | Case No. 2:18-cv-07090-CAS (GJSx) <br><br> **INTERIM JUDGMENT REGARDING WILLFULNESS** |

Following a bench trial concerning willfulness, wherein the Court assumed infringement and validity of U.S. Patent No. 9,964,266 per stipulation of the parties, the Court entered its Findings of Fact and Conclusion of Law that Plaintiff DMF, Inc. did not carry its burden to prove willfulness. Accordingly, on the factual issue of willfulness, the Court enters Judgment in favor of Defendants AMP Plus, Inc. d/b/a ELCO LIGHTING and ELCO Lighting, Inc. Upon entry of this interim Judgment, Federal Rule of Civil Procedure 52(b) shall apply to the Court's findings as to willfulness. However, because the patent infringement claim to which the willfulness findings relate has not been finally adjudicated, the

1  judgment as to willfulness shall not be deemed a final judgment from which a
2  partial appeal could be taken under Federal Rule of Civil Procedure 54(b).

4  DATED: January 2, 2024        By: *Christina A. Snyder*
                                    Hon. Christina A. Snyder
                                    United States District Judge