O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DMF, Inc., | No. 2:18-cv-007090-CAS-GJSx |
|---|---|
| Plaintiff, | **AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| AMP Plus, Inc. d/b/a ELCO Lighting et al., | |
| Defendants. | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's Findings of Fact and Conclusions of Law, issued after the Court presided over a bench trial, and the entirety of the record available including all interim judgments, the Court hereby ORDERS and **ENTERS FINAL JUDGMENT** as follows with respect to Plaintiff DMF, Inc. ("DMF") and Defendants AMP Plus, Inc. d/b/a ELCO Lighting and ELCO Lighting Inc. ("ELCO" or "Defendants," generally, or "AMP Plus" and "ELI," only when it is necessary to discuss both entities separately):

    1.    Judgment in favor of DMF that AMP Plus infringes Claims 1, 2, 4-8, 13-15, 19, 21, 25, 26, and 28-29 of U.S. Patent No. 9,964,266 (the "'266 Patent")

by making, using, offering for sale, selling and/or importing Versions 1, 2, and 3 of the Residential ELL LED Module products.  Damages are awarded to DMF and against AMP Plus in the amount of $15,940.60.

2. Judgment in favor of ELI that ELI does not infringe Claims 1, 2, 4-8, 13-15, 19, 21, 25, 26, and 28-29 of the '266 Patent.  DMF shall take nothing on this claim.

3. Judgment in favor of DMF that Defendants have not shown that the '266 Patent is unenforceable or that the '266 Patent Claims 1, 2, 4-8, 13-16, 19, 21, 25, 26, or 28-30 are invalid.

4. Judgment in favor of Defendants that DMF had not shown (i) indirect infringement (induced or contributory) of Claims 16 and 30 of the '266 Patent or (ii) willful infringement of the '266 Patent.  DMF shall take nothing on these claims.

5. As between DMF and AMP Plus, DMF is the prevailing party.  As between DMF and ELI, ELI is the prevailing party.

6. All other claims and/or counterclaims by any party are dismissed without prejudice and the parties shall bear their own costs as to these other claims.

7. AMP Plus and its officers, agents, servants, employees, and attorneys, and all persons acting in active concert or participation with them shall be and hereby are **PERMANENTLY ENJOINED** from (a) making, using, selling, offering to sell, and importing into the United States Versions 1, 2, and 3 of the Residential ELL LED Module products and any products not more than colorably different from these products and (b) inducing anyone to perform any of the foregoing acts.

IT IS SO ORDERED.

Dated:  February 10, 2025            By: _____
                                         Honorable Christina A. Snyder
                                         UNITED STATES DISTRICT JUDGE